**Fill in this information to identify the case:**

Debtor 1 Hilery Marie Leatherman

Debtor 2 Thomas Edward Leatherman, II
(Spouse, if filing)

United States Bankruptcy Court of Maryland

Case number 24-15386

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no**. (if known): 29

**Last four digits** of any number you use to identify the debtor's account: 4766

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 07/24/2024 Objection to Plan $550;07/09/2024 plan Review $400 | (3) | $ 950.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 09/04/2024 Proof of Claim $550 | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1 Hilery Marie Leatherman
First Name Middle Name Last Name

Case number *(if known)* 24-15386

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/Andrew Spivack
Signature

Date 10/17/2024

**Print:** **Andrew Spivack (21497)**
First Name Middle Name Last Name

Title Attorney

Company Brock & Scott, PLLC

Address 3825 Forrestgate Dr.
Number Street

Winston-Salem, NC 27103
City State ZIP Code

Contact phone 844-856-6646

Email MDBKR@brockandscott.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice Of Postpetition Mortgage Fees, Expenses, And Charges will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee

David Erwin Cahn, Debtor's Attorney

I hereby further certify that on the 17th day of October, 2024, a copy of the Notice Of Postpetition Mortgage Fees, Expenses, And Charges was also mailed first class mail, postage prepaid to:

Hilery Marie Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769

Thomas Edward Leatherman, II
4487 Tulip Tree Lane
Middletown, MD 21769

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com