IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILERY MARIE LEATHERMAN | ) | Case No. 24-15386-MCR |
| | ) | |
| and | ) | (Chapter 13) |
| | ) | |
| THOMAS EDWARD LEATHERMAN II | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor Middletown Valley Bank and serve all pleadings and court papers upon undersigned counsel.

Respectfully submitted,

Dated: June 28, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Middletown Valley Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Timothy P. Branigan   cmecf@chapter13maryland.com
David Erwin Cahn   david@cahnlawoffice.com, 4200@notices.nextchapterbk.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1