IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Hilery Marie Leatherman and Thomas Edward Leatherman, II,<br>     *Debtor* | Case No. 24-15386 |
| Freedom Mortgage Corporation,<br>     *Claimant*<br><br>vs.<br><br>Hilery Marie Leatherman and Thomas Edward Leatherman, II,<br>     *Debtor* | Chapter 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, Freedom Mortgage Corporation, (hereinafter "Claimant"), by and through counsel, files this Objection to Confirmation of Chapter 13 Plan pursuant to 11 U.S.C. § 1325, generally, and Fed. R. Bankr. Proc. Rule 3015(f), and in support, respectfully represents as follows:

1.   Jurisdiction is based on 28 U.S.C. § 1334(e) and 11 U.S.C. § 1324(a).

2.   On or about June 26, 2024, Hilery Marie Leatherman and Thomas Edward Leatherman, II (hereinafter "Debtors") filed a petition under Chapter 13 of the United States Bankruptcy Code.

3.   Prior to the petition filing date, the Debtors executed a promissory note ("Note") in the principal amount of $368,686.00 at the original interest rate of 3.875%. The obligations under the Note are secured by a Deed of Trust, encumbering real property owned by the Debtors,

1

improved by a residence known as 4487 Tulip Tree Ln, Middletown, MD 21769 (hereinafter "Property").

4. Claimant is a secured claimant with respect to the subject Property.

5. Claimant intends to timely file a proof of claim indicating pre-petition arrears of approximately $11,619.44.

6. Debtor's Chapter 13 Plan (Doc. No. 5) ("Plan"), dated June 26, 2024, lists pre-petition arrears owed to Claimant in the amount of $9,906.87. *Chapter 13 Plan*, ¶ 4.6.2. This figure is inaccurate.

7. Claimant objects to the extent that the Plan fails to provide for a full cure of the pre-petition default on its secured claim. 11 U.S.C. § 1322(b)(5).

8. Claimant does not oppose the entry of an Order Denying Chapter 13 Plan With Leave to Amend or a continuance of the confirmation hearing to provide time for Debtors to submit amendments to the Plan consonant with the Claimant's secured claim.

WHEREFORE, the Claimant and its assigns, pray that this Court:

1. Enter an order denying confirmation of the Chapter 13 Plan; or,

2. In the alternative, require the Debtors to file an amended Chapter 13 Plan in accordance with arrears stated herein within a reasonable period of time; and

3. Grant such other and further relief as may be just and necessary.

Respectfully Submitted,

Date: July 24, 2024

/s/Ryan Srnik
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC

          3825 Forrestgate Drive
          Winston Salem, NC 27103
          Telephone: (844) 856-6646
          Facsimile: (704) 369-0760
          E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection To Confirmation Of Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee

David Erwin Cahn, Debtor's Attorney

I hereby further certify that on the 24th day of July, 2024, a copy of the Objection To Confirmation Of Chapter 13 Plan was also mailed first class mail, postage prepaid to:

Hilery Marie Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769

Thomas Edward Leatherman, II
4487 Tulip Tree Lane
Middletown, MD 21769

/s/Ryan Srnik
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com