**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
HILERY MARIE LEATHERMAN            Case No. 24-15386
THOMAS EDWARD LEATHERMAN, II
    *Debtors*
_____

Freedom Mortgage Corporation
    *Claimant,*                           Chapter 13

v.

HILERY MARIE LEATHERMAN
THOMAS EDWARD LEATHERMAN, II
*Debtors/Respondent(s)*
_____

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Upon review of the Objection to Confirmation of Chapter 13 Plan filed herein by Freedom Mortgage Corporation, it is hereby,

ORDERED, that confirmation of the Chapter 13 Plan be and hereby is DENIED with leave to amend.

cc:

David Erwin Cahn, Esq.
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701
*Counsel for Debtor*

Hilery Marie Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769

Thomas Edward Leatherman, II
4487 Tulip Tree Lane
Middletown, MD 21769
*Debtors*

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

Andrew Spivack
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Claimant*

**END OF ORDER**