## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| HILERY M. LEATHERMAN and : | Case No. 24-1-5386-MCR |
| THOMAS E. LEATHERMAN, II, : | Chapter 13 |
| Debtors. : | |
| : | |

### TRUSTEE'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN DATED JUNE 26, 2024

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtors' Chapter 13 plan dated June 26, 2024 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtors commenced this case under Chapter 13 on June 26, 2024. The Plan proposes to pay $1,000.00 monthly for months 1 through 12, and $2,350.00 monthly for months 13 through 54, and $2,650.00 monthly for months 55 through 60 for a gross funding of $126,600.00.

2. The Debtors have failed to provide their quarterly estimated tax returns, deed for the real property, and to amend Schedule F as requested by the Trustee. At this time, the Debtors have failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

3. It appears that the Plan must provide a 100% payment to unsecured creditors. The Plan proposes funding sufficient to provide a distribution of approximately 30% to unsecured creditors. The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

4. The Debtors have non-exempt equity of at least $97,765.00 in real property. The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

5. The Debtor must file with the Court monthly business reports as required by sections 1304(c) and 704(a)(8) of the Bankruptcy Code, and Bankruptcy Rule 2015(a)(3) and (c)(1).

6. Accordingly, the Plan should not be confirmed.

**LEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED <u>AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING</u>*. AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS. THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING. THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

          Respectfully submitted,

September 6, 2024          /s/ Timothy P. Branigan
          Timothy P. Branigan (Fed. Bar No. 06295)
          Chapter 13 Trustee
          9891 Broken Land Parkway, #301
          Columbia, Maryland 21046
          (410) 290-9120

- 3 -

## Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

David E. Cahn, Esq.

I caused a copy of the pleading above to be sent on September 6, 2024 by first-class U.S. mail, postage prepaid to:

Thomas E. Leatherman, II
Hilery M. Leatherman
4487 Tulip Tree Lane
Middletown, MD  21769

                                            /s/ Timothy P. Branigan
                                            Timothy P. Branigan (Fed. Bar No. 06295)