# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–15386 – MCR**   Chapter: **13**

**Hilery Marie Leatherman and**
**Thomas Edward Leatherman II**
Debtors

## NOTICE

Virtual confirmation hearing – Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a Confirmation Hearing will be held

on 9/24/24 at 02:00 PM

to consider and act upon the following:

5 – Chapter 13 Plan Filed by Hilery Marie Leatherman, Thomas Edward Leatherman II. (Attachments: # 1 Certificate of Service)(Cahn, David)

15 – Objection to Confirmation of Plan Filed by Freedom Mortgage Corporation (related document(s)5 Chapter 13 Plan filed by Debtor Hilery Marie Leatherman, Debtor Thomas Edward Leatherman). (Attachments: # 1 Proposed Order)(Srnik, Ryan)

16 – Objection to Confirmation of Chapter 13 Plan . (Branigan, Timothy)

Dated: 9/13/24

Mark A. Neal, Clerk of Court
by Courtroom Deputy Jennifer Whitfield
Hearings_mcr@mdb.uscourts.gov

Form cnfhrgre (rev. 08/13/2024)