United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 24-15386-MCR |
| Hilery Marie Leatherman | Chapter 13 |
| Thomas Edward Leatherman, II | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 13, 2024 | Form ID: cnfhrgre | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2024 19:13:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 13 2024 19:19:52 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 19:19:53 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 19:20:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2024 19:13:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2024 19:13:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2024 19:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 13 2024 19:14:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 13 2024 19:13:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 13 2024 19:13:00 | Office of the Comptroller of Maryland, |

District/off: 0416-0 | User: admin | Page 2 of 3
Date Rcvd: Sep 13, 2024 | Form ID: cnfhrgre | Total Noticed: 54

| | | | |
|---|---|---|---|
| | | | Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 19:19:58 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 19:19:58 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580236 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 19:20:06 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 19:20:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 19:14:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2024 19:19:51 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + Email/Text: mrdiscen@discover.com | Sep 13 2024 19:13:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | Email/Text: mrdiscen@discover.com | Sep 13 2024 19:13:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2024 19:13:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2024 19:13:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 13 2024 19:13:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 13 2024 19:14:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 13 2024 19:14:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2024 19:14:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2024 19:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | Email/Text: bankruptcy@jh.edu | Sep 13 2024 19:13:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32580235 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 13 2024 19:20:02 | Chase Bank, PO Box 36520, Louisville, KY 40233 |
| 32626950 | + Email/Text: RASEBN@raslg.com | Sep 13 2024 19:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 19:19:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 19:19:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + Email/Text: bankruptcy@patriotfcu.org | Sep 13 2024 19:14:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 32580255 | ^ MEBN | Sep 13 2024 19:10:57 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 19:19:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| 32580671 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Sep 13 2024 19:14:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 19:19:55 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 | Email/Text: treasuryquestions@frederickcountymd.gov | Sep 13 2024 19:14:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + Email/Text: bkelectronicnotices@usaa.com | Sep 13 2024 19:13:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 19:19:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2024 19:13:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:      Case No.: **24–15386 – MCR**      Chapter: **13**

**Hilery Marie Leatherman and**
**Thomas Edward Leatherman II**
Debtors

## NOTICE

Virtual confirmation hearing – Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a Confirmation Hearing will be held

on 9/24/24 at 02:00 PM

to consider and act upon the following:

5 – Chapter 13 Plan Filed by Hilery Marie Leatherman, Thomas Edward Leatherman II. (Attachments: # 1 Certificate of Service)(Cahn, David)

15 – Objection to Confirmation of Plan Filed by Freedom Mortgage Corporation (related document(s)5 Chapter 13 Plan filed by Debtor Hilery Marie Leatherman, Debtor Thomas Edward Leatherman). (Attachments: # 1 Proposed Order)(Srnik, Ryan)

16 – Objection to Confirmation of Chapter 13 Plan . (Branigan, Timothy)

Dated: 9/13/24

Mark A. Neal, Clerk of Court
by Courtroom Deputy Jennifer Whitfield
Hearings_mcr@mdb.uscourts.gov

Form cnfhrgre (rev. 08/13/2024)