| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-15386<br>District of Maryland<br>Greenbelt<br>Wed Oct 16 09:43:34 EDT 2024 | Affirm, Inc.<br>650 California St., Fl. 12<br>San Francisco, CA 94108-2716 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America<br>4060 Ogletown/Stanton Rd.<br>Newark, DE 19713 | Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Bank of Missouri<br>P.O. Box 4488<br>Beaverton, OR 97076-4402 | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 |
| David Erwin Cahn<br>Law Office of David Cahn, LLC<br>129-10 W. Patrick St., 2nd Fl.<br>Frederick, MD 21701 | Capital One Bank (USA), NA<br>4851 Cox Rd.<br>Glen Allen, VA 23060-6293 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital Women's Care<br>PO Box 791208<br>Baltimore, MD 21279-1208 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| Credit One Bank<br>PO Box 60500<br>City Of Industry, CA 91716-0500 | Cynthia J. Moorman, MD, PA<br>Attn # 26323R, PO Box 14000<br>Belfast, ME 04915-4033 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | FB&T<br>101 Crossways Park Dr. W<br>Woodbury, NY 11797-2020 | Family Dental Associates<br>504B W. Patrick St.<br>Frederick, MD 21701-4049 |
| Frederick Memorial Health<br>400 W 7th St.<br>Frederick, MD 21701-4593 | Frederick Pathology Consultatns, P.A.<br>PO Box 43130<br>Nottingham, MD 21236-0130 | Freedom Mortgage<br>PO Box 619063<br>Dallas, TX 75261-9063 |
| Freedom Mortgage / Attn: Bankruptcy Departme<br>11988 Exit 5 Pkwy., Bldg. 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br> Winston-Salem, NC 27103-2930 |

| | | |
|---|---|---|
| GS Bank USA<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 | Hyundai Capital America DBA Hyundai Motor Fi<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Motor Finance<br>Po Box 650805<br>Dallas, TX 75265-0805 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (p)JOHNS HOPKINS HEALTH SYSTEM<br>3910 KESWICK ROAD<br>SUITE 3300<br>BALTIMORE MD 21211-2226 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Hilery Marie Leatherman<br>4487 Tulip Tree Lane<br>Middletown, MD 21769-7612 |
| Thomas Edward Leatherman II<br>4487 Tulip Tree Lane<br>Middletown, MD 21769-7612 | Maryland State Fair<br>PO Box 188<br>2200 York Rd.<br>Lutherville Timonium, MD 21093-3120 | Middletown Valley Bank<br>PO Box 75<br>Middletown, MD 21769-0075 |
| Middletown Valley Bank<br>24 W. Main Street<br>PO Box 75<br>Middletown, MD 21769-0075 | Middletown Valley Bank<br>498 N. Potomac Street<br>Hagerstown, MD 21740-3865 | Middletown Valley Bank<br>Maurice B. VerStandig, Esq.<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854-3976 |
| Middletown Valley Family Medicine, P.A.<br>Attn # 31681C, PO Box 14000<br>Belfast, ME 04915 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Patriot Federal Credit Union<br>800 Wayne Ave., PO Box 778<br>Chambersburg, PA 17201-0778 |
| Quest Diagnostics<br>PO Box 825<br>South Windsor, CT 06074-0825 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ryan Srnik<br>Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Suite 150<br>Winston-Salem, NC 27103-2930 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Synchrony Bank<br>170 West Election Road, Ste. 125<br>Draper, UT 84020-6425 | Treasurer of<br>Frederick County<br>30 North Market Street<br>Frederick, MD  21701-5420 |
| USAA Savings Bank<br>PO Box 33009<br>San Antonio, TX 78265-3009 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | Verizon<br>500 Technology Drive<br>Suite 550<br>Weldon Springs, MO 63304-2225 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Wiener and Daniels, DPM, PA<br>20 Crossrads Dr., Ste. 14-15<br>Owings Mills, MD 21117-5419 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>PO Box 36520<br>Louisville, KY 40233 | Comptroller of Maryland<br>110 Carroll St.<br>Annapolis, MD 21411 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Johns Hopkins Health System<br>Po Box 417714<br>Boston, MA 02241 | (d)Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street, Suite 230<br>Baltimore, MD 21202 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients   58<br>Bypassed recipients    0<br>Total                 58 | |