| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-15386<br>District of Maryland<br>Greenbelt<br>Wed Oct 16 09:43:34 EDT 2024 | Affirm, Inc.<br>650 California St., Fl. 12<br>San Francisco, CA 94108-2716 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America<br>4060 Ogletown/Stanton Rd.<br>Newark, DE 19713 | Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Bank of Missouri<br>P.O. Box 4488<br>Beaverton, OR 97076-4402 | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 |
| David Erwin Cahn<br>Law Office of David Cahn, LLC<br>129-10 W. Patrick St., 2nd Fl.<br>Frederick, MD 21701 | Capital One Bank (USA), NA<br>4851 Cox Rd.<br>Glen Allen, VA 23060-6293 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital Women's Care<br>PO Box 791208<br>Baltimore, MD 21279-1208 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| Credit One Bank<br>PO Box 60500<br>City Of Industry, CA 91716-0500 | Cynthia J. Moorman, MD, PA<br>Attn # 26323R, PO Box 14000<br>Belfast, ME 04915-4033 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | FB&T<br>101 Crossways Park Dr. W<br>Woodbury, NY 11797-2020 | Family Dental Associates<br>504B W. Patrick St.<br>Frederick, MD 21701-4049 |
| Frederick Memorial Health<br>400 W 7th St.<br>Frederick, MD 21701-4593 | Frederick Pathology Consultatns, P.A.<br>PO Box 43130<br>Nottingham, MD 21236-0130 | Freedom Mortgage<br>PO Box 619063<br>Dallas, TX 75261-9063 |
| Freedom Mortgage / Attn: Bankruptcy Departme<br>11988 Exit 5 Pkwy., Bldg. 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br> Winston-Salem, NC 27103-2930 |

GS Bank USA
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-0001

Hyundai Capital America DBA Hyundai Motor Fi
P.O. Box 20809
Fountain Valley, CA 92728-0809

Hyundai Motor Finance
Po Box 650805
Dallas, TX 75265-0805

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)JOHNS HOPKINS HEALTH SYSTEM
3910 KESWICK ROAD
SUITE 3300
BALTIMORE MD 21211-2226

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Hilery Marie Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769-7612

Thomas Edward Leatherman II
4487 Tulip Tree Lane
Middletown, MD 21769-7612

Maryland State Fair
PO Box 188
2200 York Rd.
Lutherville Timonium, MD 21093-3120

Middletown Valley Bank
PO Box 75
Middletown, MD 21769-0075

Middletown Valley Bank
24 W. Main Street
PO Box 75
Middletown, MD 21769-0075

Middletown Valley Bank
498 N. Potomac Street
Hagerstown, MD 21740-3865

Middletown Valley Bank
Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Middletown Valley Family Medicine, P.A.
Attn # 31681C, PO Box 14000
Belfast, ME 04915

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Patriot Federal Credit Union
800 Wayne Ave., PO Box 778
Chambersburg, PA 17201-0778

Quest Diagnostics
PO Box 825
South Windsor, CT 06074-0825

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ryan Srnik
Brock and Scott, PLLC
3825 Forrestgate Dr.
Suite 150
Winston-Salem, NC 27103-2930

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Synchrony Bank
170 West Election Road, Ste. 125
Draper, UT 84020-6425

Treasurer of
Frederick County
30 North Market Street
Frederick, MD  21701-5420

USAA Savings Bank
PO Box 33009
San Antonio, TX 78265-3009

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Verizon
500 Technology Drive
Suite 550
Weldon Springs, MO 63304-2225

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Wiener and Daniels, DPM, PA
20 Crossrads Dr., Ste. 14-15
Owings Mills, MD 21117-5419

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>PO Box 36520<br>Louisville, KY 40233 | Comptroller of Maryland<br>110 Carroll St.<br>Annapolis, MD 21411 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Johns Hopkins Health System<br>Po Box 417714<br>Boston, MA 02241 | (d)Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street, Suite 230<br>Baltimore, MD 21202 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     0<br>Total                  58 | |