# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE: | Case No. 24-15386 |
| Hilery Marie Leatherman | |
| Thomas Edward Leatherman, II | |
| Debtors | Chapter 13 |

## NOTICE OF VOLUNTARY WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Freedom Mortgage Corporation, its successors and/or assigns, by and through counsel, hereby withdraws, without prejudice, its Objection to Confirmation of Plan (Doc. No. 22) filed herein against Debtors Hilery Marie Leatherman and Thomas Edward Leatherman, II.

Respectfully submitted,

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>18th day of November, 2024</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee

David Erwin Cahn, Debtor's Attorney

I hereby further certify that on the <u>18th day of November, 2024</u>, a copy of the Notice was also mailed first class mail, postage prepaid to:

Hilery Marie Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769

Thomas Edward Leatherman, II
4487 Tulip Tree Lane
Middletown, MD 21769

<u>/s/Andrew Spivack</u>
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com