United States Bankruptcy Court
District of Maryland

In re:                                                                                      Case No. 24-15386-MCR

Hilery Marie Leatherman                                                                     Chapter 13

Thomas Edward Leatherman, II

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: pdfall | Total Noticed: 54 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 20 2024 19:13:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 20 2024 19:22:54 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 19:23:04 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 19:23:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2024 19:13:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2024 19:13:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2024 19:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 20 2024 19:14:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 20 2024 19:13:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |

| District/off: 0416-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: pdfall | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| 32580672 | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 20 2024 19:13:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 19:23:03 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 19:22:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580236 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 19:23:13 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 19:23:12 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2024 19:13:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2024 19:22:55 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + Email/Text: mrdiscen@discover.com | Dec 20 2024 19:13:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | Email/Text: mrdiscen@discover.com | Dec 20 2024 19:13:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 20 2024 19:13:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | Email/Text: Bankruptcy@Freedommortgage.com | Dec 20 2024 19:13:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 20 2024 19:13:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2024 19:14:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2024 19:14:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2024 19:13:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 19:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | Email/Text: bankruptcy@jh.edu | Dec 20 2024 19:13:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32580235 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2024 19:23:03 | Chase Bank, PO Box 36520, Louisville, KY 40233 |
| 32626950 | + Email/Text: RASEBN@raslg.com | Dec 20 2024 19:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 19:22:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 19:22:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + Email/Text: bankruptcy@patriotfcu.org | Dec 20 2024 19:14:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 32580255 | ^ MEBN | Dec 20 2024 19:10:57 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 19:23:04 | Resurgent Receivables, LLC, Resurgent Capital |

| District/off: 0416-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: pdfall | Total Noticed: 54 |

|  |  |  |  | Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 32580671 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Dec 20 2024 19:14:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 19:23:04 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 |  | Email/Text: treasuryquestions@frederickcountymd.gov | Dec 20 2024 19:13:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 20 2024 19:13:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 19:22:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 19:13:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Ryan Srnik | |

District/off: 0416-0                          User: admin                                    Page 4 of 4
Date Rcvd: Dec 20, 2024                       Form ID: pdfall                                Total Noticed: 54

                    ryan.srnik@brockandscott.com  wbecf@brockandscott.com

Timothy P. Branigan
                    cmecf@chapter13maryland.com

TOTAL: 6

Entered: December 20th, 2024
Signed: December 20th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(at Greenbelt)

| | |
|---|---|
| In re: | : |
| | : |
| **HILERY M. LEATHERMAN and** | :   **Case No. 24-1-5386-MCR** |
| **THOMAS E. LEATHERMAN, II,** | :   Chapter 13 |
| Debtor(s). | : |
| | : |

**ORDER CONFIRMING PLAN**

The plan under chapter 13 of the Bankruptcy Code having been transmitted to creditors and it have been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code it is hereby:

ORDERED, that the plan of the Debtor filed **NOVEMBER 6, 2024** is hereby confirmed; and it is further

ORDERED, that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or this case is dismissed or otherwise terminated; and it is further

ORDERED, that the Debtor(s) is/are directed to pay to the Trustee on or before the **26TH** day of each month, the sum of **$1,000.00** monthly for months **1** through **12** and the sum of **$2,225.00** monthly for months **13** through **60**, for a total period of **<u>60</u>** months.

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

- 1 -

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) resides.

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents
that the plan complies with the
provisions of 11 U.S.C. § 1325 and
recommends confirmation                               /s/ Timothy P. Branigan
                                                      Timothy P. Branigan
                                                      Chapter 13 Trustee

cc:     All Creditors
        Debtor(s)
        Debtor(s)' Counsel
        Chapter 13 Trustee

**END OF ORDER**