United States Bankruptcy Court
District of Maryland

In re:     Case No. 24-15386-MCR
Hilery Marie Leatherman     Chapter 13
Thomas Edward Leatherman, II
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Dec 20, 2024     Form ID: pdfparty     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | Dec 20 2024 19:13:00 | DEPARTMENT OF DEFENSE, Attn: Payroll, DFAS GARNISHMENT LAW DIRECTORATE, PO BOX 998002, CLEVELAND, OH 44199-8002 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com 4200@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2024 | Form ID: pdfparty | Total Noticed: 2 |

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Ryan Srnik
ryan.srnik@brockandscott.com  wbecf@brockandscott.com

Timothy P. Branigan
cmecf@chapter13maryland.com

TOTAL: 6

Entered: December 20th, 2024
Signed: December 20th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

In re:                                             :
                                                   :
**HILERY M. LEATHERMAN and**     :   Case No. 24-1-5386-MCR
**THOMAS E. LEATHERMAN, II,**    :   Chapter 13
                    Debtor(s).        :
                                                   :

### ORDER TO PAY DEBTOR'S WAGES TO TRUSTEE

It appearing that **THOMAS E. LEATHERMAN, II,** S.S.N. **XXX-XX-2196** (if a complete social security number is required for identification, contact the trustee's office: (410) 290-9120), the above-named debtor, filed a plan under Chapter 13 of Title 11 of the United States Code, that the plan was confirmed by this Court, that, under the provisions of 11 U.S.C. § 1325(c), any entity from whom the debtor receives income shall pay all of any part of such income to the Trustee as may be ordered by the Court, and that a portion of the debtor's earning from services are necessary for the execution of the debtor's plan.

It further appearing that the debtor is employed by:

      **DEPARTMENT OF DEFENSE**
      **DFAS GARNISHMENT LAW DIRECTORATE**
      **PO BOX 998002**
      **CLEVELAND, OH  44199-8002**
      **Attn: Payroll**

**NOW, THEREFORE**, it is by the United States Bankruptcy Court for the District of Maryland **ORDERED**, that the named employer is directed to deduct from the earning of the debtor the sum of **$1,000.00** each calendar month, beginning with the pay period next succeeding the employer's receipt of this Order, and pay the amount deducted, within 15 calendar days of the close of each calendar month, into the Trustee's lockbox as follows:

      **Timothy P. Branigan, Trustee**
      **P.O. Box 480**
      **Memphis, TN  38101-0480**

until further notification by the Trustee or Order of the Court; and it is further

- 1 -

**ORDERED**, that, until Order of the Court, the employer shall not make any deduction for account of any garnishments, wage assignment, credit union or any other purpose except for deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the debtor's employment contract, collections of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligations pursuant to an order of a competent jurisdiction; and it is further

**ORDERED**, that the employer shall notify the Trustee if the debtor's employment terminates.

copies to:

Timothy P. Branigan, Trustee
9891 Broken Land Parkway, #301
Columbia, MD  21046

Department of Defense
DFAS Garnishment Law Directorate
PO Box 998002
Cleveland, OH  44199-8002

Hilery M. Leatherman
Thomas E. Leatherman, II
4487 Tulip Tree Lane
Middletown, MD  21769

David E. Cahn, Esquire
129-10 E. Patrick St., 2nd Floor
Frederick, MD  21701

**END OF ORDER**