IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILERY MARIE LEATHERMAN | ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II | ) | Chapter 13 |
| | ) | |
|     Debtors | ) | |
| | ) | |

## MOTION TO SELL PROPERTY OF THE ESTATE

COMES NOW Debtors, Hillary Marie Leatherman and Thomas Edward Letherman, II, by and through undersigned counsel, who hereby moves for an Order authorizing the sale of the estate's interest in real property pursuant to 11 U.S.C. 363(b), and in support thereof states as follows:

1.    The Debtor filed their Voluntary Petition on June 26, 2024.

2.    Among the assets the Debtor listed in their bankruptcy petition is real property located at 4487 Tulip Tree Lane, Middletown, Maryland 21769 (the "**Property**") with a value at the time of filing of $611,400.00.

3.    The Property is encumbered by a first priority deed of trust in favor of Freedom Mortgage Corporation securing a debt which had an outstanding balance of approximately $312,679.60 as of the date of the filing of the Petition in this case [Claim 29].

4.    The Property is further encumbered by a second and third priority deed of trust in favor of Middletown Valley Bank securing a debt which had an outstanding balance of approximately $118,068.70 and $2,981.61, respectively, as of the date of the filing of the Petition in this case [Claims 27 & 28].

5.    Debtor has obtained a fully executed contract for the sale (the "**Contract**") of the

Property for the amount of $650,000.00.  A true and correct copy of the Contract of Sale is attached hereto as Exhibit A.

6. Settlement on the Property is scheduled to occur, upon approval of this Honorable Court, on July 15, 2025.

7. The prospective purchasers of the Property are Gregory Heffner and Terry Heffner.

8. The Secured Claims held by Freedom Mortgage Company and Middletown Valley Bank shall be paid directly from the settlement of the Property.

9. All non-exempt proceeds from the sale of the property shall be paid into the Plan for the benefit of the creditors.

WHEREFORE, Hillary Marie Leatherman and Thomas Edward Letherman, II, debtors herein, request that the Court grant this Motion and enter an Order authorizing the sale of the real property known as 4487 Tulip Tree Lane, Middletown, Maryland 21769 and for such other and further relief as is appropriate.

Respectfully submitted,

/s/ David Cahn_____
David E. Cahn, Bar No. 18279
The Law Office of David Cahn LLC
129 W. Patrick St., Ste. 10
Frederick, MD  21701
Ph: (301) 799-8072/Fx: (877) 862-5426
cahnd@cahlawoffice.com
*Attorney for the DebtorsP*

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this July 1, 2025, a true and correct copy of the foregoing Motion, Exhibit, Notice, and Proposed Order were served electronically via the Court's CM/ECF system to:

- Timothy P. Branigan     cmecf@chapter13maryland.com
- Christine Maggard     christine.maggard@brockandscott.com, wbecf@brockandscott.com
- Andrew Leonard Spivack     andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik     ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

and via the United States Postal Service with prepaid first class postage to the parties on the following Mailing Matrix.

                                                                                       /s/ David E. Cahn