IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILERY MARIE LEATHERMAN | ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

**NOTICE OF DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE AND SETTING DEADLINE TO AMEND FILED PROOF OF CLAIMS**

A motion was filed on behalf of the Debtor(s) to sell property of the estate. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion is attached.

If you do not want the court to grant the motion to sell property of the estate, or if you want the court to consider your views on the motion, then by July 22, 2025, you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

David E. Cahn, Esq.
Law Office of David Cahn, LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the court will receive it by the date stated above. If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date. If you file a timely response to the motion, the hearing on the motion will take place on August 5, 2025, at 2:00 pm in Courtroom 3-C, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt MD 20770.

The value of the property to be sold as stated on Schedule A is $611,400.00. The prospective purchasers of the estate property are Gregory Heffner and Terry Heffner. The

purchase price for the sale of the real property is $650,000.00 which is to be paid in a lump sum payment at the time of closing, minus any deposits paid.

Any amendment to a previously filed claim must be filed no later than twenty-one (21) days after the date of filing of this notice. Such amendments include amending a claim previously filed as a secured claim, to reflect an unsecured claim resulting from the effect of 11 U.S.C. § 506(a) and/or liquidation of the collateral.

MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.

No charges or costs are to be paid by the estate. Further, no concessions are to be made by the estate.

DATE:  July 1, 2025                              Respectfully submitted,

/s/ David Cahn
David E. Cahn, Bar No. 18279
The Law Office of David Cahn LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD  21701
Ph: (301) 799-8072/Fx: (877) 862-5426
cahnd@cahlawoffice.com
*Attorney for the Debtors*