Exhibit A



## RESIDENTIAL CONTRACT OF SALE

***This is a Legally Binding Contract; If Not Understood, Seek Competent Legal Advice.***

**THIS FORM IS DESIGNED AND INTENDED FOR THE SALE AND PURCHASE OF IMPROVED SINGLE FAMILY RESIDENTIAL REAL ESTATE LOCATED IN MARYLAND ONLY.**

### SECTION ONE: GENERAL CONTRACT PROVISIONS

**1. DATE OF OFFER:** _____ **June 12, 2025** _____ .

**2. TIME IS OF THE ESSENCE.** Time is of the essence of this Contract. The failure of Seller or Buyer to perform any act as provided in this Contract by a prescribed date or within a prescribed time period shall be a default under this Contract and the non-defaulting party, upon written notice to the defaulting party, may declare this Contract null and void and of no further legal force and effect. In such event, all Deposit(s) shall be disbursed in accordance with the Deposit paragraph of this Contract.

**3. SELLER:** _____ **Thomas Leatherman II, Hilery Leatherman** _____

**4. BUYER:** _____ **Gregory  Heffner, Terry Heffner** _____

**5. PROPERTY:** Seller does sell to Buyer and Buyer does purchase from Seller, all of the following described Property (hereinafter "Property") known as _____ **4487 Tulip Tree Ln** _____ located in _____ **Middletown** _____ **Frederick** _____ City/County, Maryland, Zip Code _____ **21769** _____ , together with the improvements thereon, and all rights and appurtenances thereto belonging.

**6. ESTATE:** The Property is being conveyed: ___**X**___ in fee simple or _____ subject to an annual ground rent, now existing, in the amount of _____ Dollars ($_____) payable semi-annually, as now or to be recorded among the Land Records of _____ City/County, Maryland.

**7. PURCHASE PRICE:** The Purchase Price is _____ **Six Hundred Fifty Thousand** _____ Dollars ($_**650,000.00**_).

**8. PAYMENT TERMS:** The payment of the purchase price shall be made by Buyer as follows:
**(a)** Buyer ☐ has delivered OR ☒ will deliver within _____ **n/a** _____ Days of the Date of Contract Acceptance an initial Deposit by way of _____ **n/a** _____ in the amount of _____ Dollars ($_____).
**(b)** An additional Deposit by way of _____ **n/a** _____ in the amount of _____ Dollars ($_____ **n/a** _____) to be paid _**n/a**_ _____
**(c)** All Deposits will be held in escrow by: _____ **n/a** _____ .
  **If Deposit will not be held by a Maryland licensed real estate broker, the parties shall execute a separate written Escrow Agreement that complies with Section 10-802 of the Real Property Article, Annotated Code of Maryland.**
**(d)** The purchase price less any and all Deposits shall be paid in full by Buyer in cash, wired funds, bank check, certified check or other payment acceptable to the settlement officer at settlement.
**(e)** Buyer and Seller instruct broker named in subparagraph (c) above to place the Deposits in: **(Check One)**
    ☒ A non interest bearing account; **OR**
    ☐ An interest-bearing account, the interest on which, in absence of default by Buyer, shall accrue to the benefit of Buyer. Broker may charge a fee for establishing an interest bearing account.

**9. DEPOSIT:** If the Deposit is held by a Broker as specified in Paragraph 8(c) of this Contract, Buyer hereby authorizes and directs Broker to hold the Deposit instrument without negotiation or deposit until the parties have executed and accepted this Contract.  Upon acceptance, the initial Deposit and additional Deposits (the "Deposit"), if any, shall be placed in escrow as provided in Paragraph 8(e) of this Contract and in accordance with the requirements of Section 17-502(b)(1) of the Business Occupations and Professions Article, Annotated Code of Maryland. If Seller does not execute and accept this Contract, the initial Deposit instrument shall be promptly returned to Buyer. The Deposit shall be disbursed at settlement. In the event this Contract shall be terminated or settlement does not occur, Buyer and Seller agree that the Deposit shall be disbursed by Broker only in accordance with a Release of Deposit agreement executed by Buyer and Seller.  In the event Buyer and/or Seller fail to complete the real estate transaction in accordance with the terms and conditions of this Contract, and either Buyer or Seller shall be unable or unwilling to execute a Release of Deposit agreement, Buyer and Seller hereby acknowledge and agree that Broker may distribute the Deposit in accordance with the provisions of Section


Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com
New Market, 26 W Main Street, Suite C New Market MD 21774  **Page 1 of 11  10/24** Hilery Leatherman          (240) 409-3245          **4487 Tulip Tree**


17-505(b) of the Business Occupations and Professions Article, Annotated Code of Maryland and Section 10-803 of the Real Property Article, Annotated Code of Maryland.

**10. SETTLEMENT:** Date of Settlement _____**July 15, 2025**_____or sooner if agreed to in writing by the parties.

**11. ADDENDA/DISCLOSURES:** The Addenda checked below, which are hereby attached, are made a part of this Contract:

☒ Affiliated Business Disclosure Notice
☐ Additional As Is Provisions
☐ ATU/BAT On-Site Sewage Disposal
☐ Back-Up Contract
☐ Buyer Request for Seller's Compensation
   Of Buyer's Broker
☐ Cash Appraisal Contingency
☐ Condominium Resale Notice
☐ Conservation Easement
☐ Disclosure of Licensee Status
☒ Disclosure of Information on Lead-Based Paint
and/or Lead-Based Paint Hazards
☐ FIRPTA
☐ Forest Conservation Act
☐ Homeowners Association Notice
☒ Inclusions/Exclusions, Leased Items, & Utilities
☐ Kickout
☐ Local City/County Certifications/Registrations
☒ Local City/County Notices/Disclosure
☒ Maryland Lead Poisoning Prevention Program
☐ Other Addenda/Special Conditions:

☐ MD Non-Resident Seller Transfer Withholding Tax
☒ Notice to Buyer and Seller – Maryland Residential
Property Condition Disclosure Law
☐ Notice & Discl. of Deferred Water & Sewer Charges
☐ NPL Superfund Site Disclosure
☐ On-Site Sewage Disposal System Inspection
☐ Property Inspections
☐ Property Subject to Ground Rent
☐ Purchase Price Escalation
☐ Buyer's Sale, Fin., Settlement/Lease of Other Real
Estate
☒ Seller Contribution
☐ Seller's Home of Choice
☐ Solar Panel
☐ Short Sale
☐ Tenant Occupied
☐ Third Party Approval
☐ Water Quality Test
☐ Water Yield Test

**12. BUYER AND SELLER MAY EXECUTE THIS CONTRACT ELECTRONICALLY USING ELECTRONIC SIGNATURES:** Buyer and Seller hereby acknowledge that pursuant to Section 21-101 et seq. of the Commercial Law Article, Annotated Code of Maryland, Buyer and Seller may execute this contract electronically using electronic signatures. If a mortgage or settlement company requires wet signatures, all parties agree to promptly re-sign all the documents. The parties agree that this Contract offer shall be deemed validly executed and delivered by a party if a party executes this Contract and delivers a copy of the executed Contract to the other party by facsimile transmittal or delivers a digital image of the executed document by electronic transmittal.

**13. ENTIRE AGREEMENT:** This Contract and any addenda thereto contain the final and entire agreement between the parties, and neither they nor their agents shall be bound by any terms, conditions, statements, warranties or representations, oral or written, not herein contained. The parties to this Contract mutually agree that it is binding upon them, their heirs, executors, administrators, personal representatives, successors and, if permitted as herein provided, assigns. Once signed, the terms of this Contract can only be changed by a document executed by all parties. This Contract shall be interpreted and construed in accordance with the laws of the State of Maryland. It is further agreed that this Contract may be executed in counterparts, each of which when considered together shall constitute the original Contract.

**14. COMPUTATION OF DAYS:** As used in this Contract, and in any addendum or addenda to this Contract, the term "days" shall mean consecutive calendar days, including Saturdays, Sundays, and holidays, whether federal, state, local or religious. A day shall be measured from 12:00:00 a.m. to and including 11:59:59 p.m. in the Eastern Time Zone. For the purposes of calculating days, the count of "days" shall begin on the day following the day upon which any act or notice as provided in this Contract, or any addendum or addenda to this Contract, was required to be performed or made.

**15. SELLER RESPONSIBILITY:** Seller agrees to keep existing mortgages free of default until settlement. All violation notices or requirements noted or issued by any governmental authority (including without limitation, any permit violation notices), or actions in any court on account thereof, against or affecting the Property at the date of settlement of this Contract, shall be complied with by Seller and the Property conveyed free thereof. The Property is to be held at the risk of Seller until legal title has passed or possession has been given to Buyer. If, prior to the time legal title has passed or possession has been given to Buyer, whichever shall occur first, all or a substantial part of the Property is destroyed or damaged, without fault of Buyer, then this Contract, at the option of Buyer, upon written notice to Seller, shall be null and void and of no further effect, and the deposits shall be disbursed in accordance with the Deposit paragraph of this Contract.

**16. LEASES:** Seller may neither negotiate new leases nor renew existing leases for the Property which extend beyond settlement or possession date without Buyer's written consent. Seller warrants that the Property is not tenant-occupied nor subject to any leases, unless otherwise stated in an attached Tenant Occupied Addendum.

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**17. NON-ASSIGNABILITY:** This Contract may not be assigned without the written consent of Buyer and Seller.  If Buyer and Seller agree in writing to an assignment of this Contract, the original parties to this Contract remain obligated hereunder until settlement.

**18. SECTION AND PARAGRAPH HEADINGS:** The Section and Paragraph headings of this Contract are for convenience and reference only, and in no way define or limit the intent, rights, or obligations of the parties.

<u>**SECTION TWO: PAYMENT OF THE PURCHASE PRICE**</u>

**19. FINANCING:** Buyer's obligation to purchase the Property is contingent upon Buyer obtaining a written commitment for a loan secured by the Property as follows:

☐ Conventional Financing Addendum     ☐ USDA Financing Addendum     ☐ Owner Financing Contingency
☐ FHA Financing Addendum     ☐ Assumption Addendum     ☐ No Financing Contingency
☒ VA Financing Addendum     ☐ Gift of Funds Contingency Addendum     ☐ OTHER: _____

**20. FINANCING APPLICATION AND COMMITMENT:** Buyer agrees to make a written application for the financing as herein described within _____**Three**_____ (____**3**____) days from the Date of Contract Acceptance.  If a written financing commitment is not obtained by Buyer within _____**Twenty-One**_____ (____**21**____) days from the Date of Contract Acceptance: (1) Seller, at Seller's election and upon written notice to Buyer, may declare this Contract null and void and of no further legal effect; or (2) Buyer, upon written notice to Seller, which shall include written evidence from the lender of Buyer's inability to obtain financing as provided in the Financing paragraph of this Contract, may declare this Contract null and void and of no further legal effect.  In either case, the deposit shall be disbursed in accordance with the Deposit paragraph of this Contract. If Buyer has complied with all of Buyer's obligations under this Contract, including those with respect to applying for financing and seeking to obtain financing, then the Release of Deposit agreement shall provide that the deposit shall be returned to Buyer.

**21. BUYER RESPONSIBILITY:** If Buyer has misrepresented Buyer's financial ability to consummate the purchase of the Property, or if this Contract is contingent upon Buyer securing a written commitment for financing and Buyer fails to apply for such financing within the time period herein specified, or fails to pursue financing diligently and in good faith, or if Buyer makes any misrepresentations in any document relating to financing, or takes (or fails to take) any action which causes Buyer's disqualification for financing, then Buyer shall be in default; and Seller may elect by written notice to Buyer, to terminate this Contract and/or pursue the remedies set forth under the Default paragraph of this Contract.

**22. SALE/SETTLEMENT OR LEASE OF OTHER REAL ESTATE:** Neither this Contract nor the granting of Buyer's loan referred to herein is to be conditioned or contingent in any manner upon the sale, settlement and/or lease of any other real estate unless a contingency for the sale, settlement and/or lease of other real estate is contained in an addendum to this Contract.  Unless this Contract is expressly contingent upon the sale, settlement and/or lease of any other real estate, Buyer shall neither apply for nor accept a financing loan commitment which is contingent upon or requires as a pre-condition to funding that any other real estate be sold, settled and/or leased.

**23. ALTERNATE FINANCING:** Provided Buyer timely and diligently pursues the financing described in the **Financing** paragraph, the **Financing Application and Commitment** paragraph, and the **Buyer Responsibility** paragraph, Buyer, at Buyer's election, may also apply for alternate financing. If Buyer, at Buyer's sole option, obtains a written commitment for financing in which the loan amount, term of note, amortization period, interest rate, down payment or loan program differ from the financing as described in the Financing paragraph, or any addendum to this Contract, the Financing Application and Commitment paragraph or any addendum to this Contract shall be deemed to have been fully satisfied.  Such alternate financing may not increase costs to Seller or exceed the time allowed to secure the financing commitment as provided in the Financing Application and Commitment paragraph, or any addendum to this Contract.

<u>**SECTION THREE: PROPERTY CONDITION AND INSPECTIONS**</u>

**24. INCLUSIONS/EXCLUSIONS:** Included in the purchase price are all permanently attached fixtures, including all smoke detectors.  Certain other **now existing items** which may be considered personal property, whether installed or stored upon the property, are included if identified on a Disclosure of Inclusions/Exclusions, Leased Items, and Utilities Addendum attached hereto.

**25. CONDITION OF PROPERTY AND POSSESSION: EXCEPT AS OTHERWISE SPECIFIED IN THIS CONTRACT INCLUDING THIS PARAGRAPH, THE PROPERTY IS SOLD "AS IS."** At settlement, Seller shall deliver possession of the Property vacant, clear of trash and debris, broom clean and in substantially the same condition as existed on the Date of Contract Acceptance. Buyer reserves the right to inspect the Property within five (5) days prior to settlement to confirm the condition of the property.

Copyright 2024 Maryland REALTORS®.  For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com

4487 Tulip Tree Lane Middletown



**26. INSPECTION CONTINGENCY:** If Buyer and Seller agree, Buyer will be afforded the opportunity, at Buyer's sole cost and expense, to condition Buyer's purchase of the Property upon inspections to ascertain any unsatisfactory conditions. Buyer and Seller acknowledge that Brokers, agents or subagents are not responsible for the existence or discovery of property defects. **Any Buyer Inspection Contingency must be established through Addenda to this Contract.**

**Inspection Addenda Attached** _____/_____          **Inspections Declined** [GH] / [JH]
                                **Buyer   Buyer**                                                          **Buyer    Buyer**

### SECTION FOUR: PROPERTY-SPECIFIC DISCLOSURES

**27. HOMEOWNER'S ASSOCIATION / CONDOMINIUM REGIME:** The Property is not part of development subject to the imposition of mandatory fees as defined by the Maryland Homeowner's Association Act or a condominium regime as defined by the Maryland Condominium Act, unless acknowledged by an attached addendum.

**28. NOTICE REGARDING DISCLOSURE OF DEFERRED WATER AND SEWER ASSESSMENTS:** Pursuant to Section 14-117(a)(5) of the Real Property Article of the Annotated Code of Maryland, a contract for the resale of residential real property that is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration shall contain a notice disclosing information about the deferred water and sewer charges. **If a Seller subject to this law fails to comply:**

    **(a) Prior to settlement, Buyer is entitled to rescind in writing the sales contract without penalty or liability. On rescission, Buyer is also entitled to the full return of any deposits made on account of the sales contract. If any deposits are held in trust by a licensed real estate broker, the return of the deposits to a Buyer under this law shall comply with the procedures under § 17-505 of the Business Occupations and Professions Article of the Annotated Code of Maryland. Buyer's right of rescission shall terminate five days after Seller provides to Buyer written notice in accordance with this requirement; and**

    **(b) After settlement, Seller shall be liable to Buyer for the full amount of any fee or assessment not disclosed, unless Seller was never charged a fee or assessment to defray the costs of public water or wastewater facilities by the developer, a successor of the developer, or a subsequent assignee.**

This law does *not* apply in a county that has adopted a disclosure requirement that is substantially similar to this law. (If the Property is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration: See Notice Regarding Deferred Water and Sewer Charges.)

**29. NOTICE CONCERNING PROPERTIES WITH PRIVATE OR DOMESTIC WATER SUPPLY WELL:** Pursuant to Section 10-713(B)(1) of the Real Property Article of the Annotated Code of Maryland, a contract for the sale of real property on which a private or domestic water supply well is located shall include a provision requiring, as a condition of the sale, that the Buyer ensure that water quality testing of the well be conducted. Settlement on the contract for the sale of real property may not occur until Seller and Buyer have each received and reviewed the results of the water quality testing. If a private or domestic water supply well is located on the Property, Seller and Buyer shall execute the Water Quality Test Addendum and Water Quality Test Notice.

Buyer may waive their right to have the well tested for water quality.

**Water Quality Test Addendum Attached** _____/_____ **Buyer waives their right to test the well** [GH] / [JH]
                                **Buyer    Buyer**                                                                      **Buyer   Buyer**

**30. AGRICULTURALLY ASSESSED PROPERTY:** The *Agricultural Use Assessment* (Assessment) is a reduced property tax assessment for agricultural land. To be eligible for the Assessment, the land must be actively used for agricultural purposes. The *Agricultural Land Transfer Tax* (Tax) is a tax imposed under Section 13-301 et seq. of the Tax-Property Article, Annotated Code of Maryland**. If the Property is assessed in the agricultural use category and the Buyer does not intend to use the Property for agricultural purposes, the Tax may become due and could be substantial.** The Tax is imposed on the deed itself and must be paid before the deed can be recorded. At the time of sale, Seller shall notify Buyer in writing that the transfer may be subject to the Tax. Buyer will be responsible to pay the Tax unless the parties negotiate a different agreement. To avoid paying the Tax, Buyer must continue to use the Property for agricultural purposes and comply with the other requirements of the law. **The Property, or any portion thereof, may be subject to an Agricultural Land Transfer Tax as imposed by Section 13-301 et seq. of the Tax-Property Article, Annotated Code of Maryland, by reason of the Property's having been assessed on the basis of agricultural use. The Tax assessed as a result of this transfer shall be paid by** __seller if any_____.

**31. NOTICE CONCERNING CONSERVATION EASEMENTS:** If the Property is encumbered by a Conservation Easement as defined in Section 10-705 of the Real Property Article, Annotated Code of Maryland, the contract must contain a notice concerning the easement, which is contained in an attached addendum. This Paragraph does not apply to the sale of property in an action to foreclose a mortgage or deed of trust. (If the Property is encumbered by a Conservation Easement: See Conservation Easement Addendum.)

 Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com 

4487 Tulip Tree Lane

**32. FOREST CONSERVATION AND MANAGEMENT PROGRAM:** Buyer is hereby notified that this transfer may be subject to the Forest Conservation and Management Program imposed by Section 8-211 of the Tax-Property Article, Annotated Code of Maryland. Forest Conservation and Management program taxes assessed as a result of this transfer shall be paid by __seller if any_____

**33. FOREST CONSERVATION ACT NOTICE:** If the Property is a tract of land 40,000 square feet or more in size, Buyer is notified that, unless exempted by applicable law, as a prerequisite to any subdivision plan or grading or sediment control permit for the Property, Buyer will be required to comply with the provisions of the Maryland Forest Conservation Act imposed by Section 5-1601, et seq. of the Natural Resources Article, Annotated Code of Maryland, including, among other things, the submission and acceptance of a Forest Stand Delineation and a Forest Conservation Plan for the Property in accordance with applicable laws and regulations. Unless otherwise expressly set forth in an addendum to this Contract, Seller represents and warrants that the Property is not currently subject to a Forest Conservation Plan, Management Agreement or any other pending obligation binding the owner of the Property under said Act; further, Seller represents and warrants that no activities have been undertaken on the Property by Seller in violation of the Forest Conservation Act.

<u>**SECTION FIVE: GENERAL DISCLOSURES**</u>

**34. SINGLE FAMILY RESIDENTIAL REAL PROPERTY DISCLOSURE NOTICE: Buyer is advised of the right to receive a "Disclosure and Disclaimer Statement" from Seller (Section 10-702 Real Property Article, Annotated Code of Maryland).**

**35. GROUND RENT:** If the Property is subject to ground rent and the ground rent is not timely paid, the ground lease holder (i.e., the person to whom the ground rent is payable) may bring an action under Section 8-402.3 of the Real Property Article, Annotated Code of Maryland. As a result of this action, a lien may be placed upon the property. If the Property is subject to ground rent, Sections 14-116 and 14-116.1 of the Real Property Article provide the purchaser, upon obtaining ownership of the Property, with certain rights and responsibilities relative to the ground rent. (If the Property is subject to ground rent: See Property Subject to Ground Rent Addendum.)

**36. LEAD-BASED PAINT:**

**A. FEDERAL LEAD-BASED PAINT LAW:** Title X, Section 1018, the Residential Lead-Based Paint Hazard Reduction Act of 1992 (the "Act"), requires the disclosure by Seller of information regarding lead-based paint and lead-based paint hazards in connection with the sale of any **residential** real property on which a residential dwelling was constructed prior to 1978. Unless otherwise exempt by the Act, the disclosure shall be made on the required federal Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards form. **Seller and any agent involved in the transaction are required to retain a copy of the completed Lead-Based Paint Disclosure form for a period of three (3) years following the date of settlement. A Seller who fails to give the required Lead-Based Paint Disclosure form and EPA pamphlet may be liable under the Act for three times the amount of damages and may be subject to both civil and criminal penalties.**

Buyer acknowledges by Buyer's initials below that Buyer has read and understands the provisions of Paragraph 36.A.
_____ / _____ **(BUYER)**

**B. RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of paint per room for interior projects; more than 20 square feet of paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP.

A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on the Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit http://www2.epa.gov/lead/renovation-repair-and-painting-program.

Buyer acknowledges by Buyer's initials below that Buyer has read and understands Paragraph 36.B.
_____ / _____ **(BUYER)**

**C. MARYLAND LEAD POISONING PREVENTION PROGRAM:** Under the Maryland Lead Poisoning Prevention Program (the "Maryland Program"), any residential dwelling constructed prior to 1978 that is leased for residential purposes is required to be registered with the Maryland Department of the Environment (MDE). If the Property was built prior to 1978 and is now or has been a rental property or may become a rental property in the future, a separate Maryland Lead-Based Paint Disclosure form is attached. Detailed information regarding compliance requirements may be obtained at: http://www.mde.state.md.us/programs/Land/LeadPoisoningPrevention/Pages/index.aspx.

Buyer acknowledges by Buyer's initials below that Buyer has read and understands Paragraph 36.C.
_____ / _____ **(BUYER)**



Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com
4487 Tulip Tree Lane

**37. LIMITED WARRANTY:** NOTICE TO BUYER: IF A WARRANTY PLAN IS BEING OFFERED WITH THE PURCHASE OF THE PROPERTY, IT MAY BE A LIMITED WARRANTY. SINCE SUCH WARRANTY PLANS DO NOT COVER STRUCTURAL DEFECTS AND MAY NOT COVER PRE-EXISTING DEFECTS, BUYER SHOULD REQUEST THE REAL ESTATE AGENT TO PROVIDE BUYER WITH ANY BROCHURE WHICH DESCRIBES THE PLAN IN ORDER TO DETERMINE THE EXTENT OF COVERAGE PROVIDED BY THE WARRANTY.

**38. PROPERTY INSURANCE BROCHURE:** An informational brochure published by Maryland REALTORS® titled "Property Insurance Basics – What You Should Know" is available to explain current issues relative to obtaining insurance coverage for the Property to be purchased and may be obtained on Maryland REALTORS® website: http://www.mdrealtor.org/Portals/0/adam/Content/gejh4dXTAEWPU3vfLrkJ1A/Link/FINAL-Property-Insurance-Basics-Flyer-Web.pdf.

**39. FLOOD DISCLOSURE NOTICE:**

    **A. FLOOD INSURANCE PREMIUMS:** The Property or part of the Property may be located in an area established by the government as a "flood plain" or otherwise in an area where flood insurance could be required by Buyer's mortgage lender as a condition of granting a mortgage.  In addition, construction on the Property could be prohibited or restricted. The National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located.  Due to amendments to federal law governing the NFIP those premiums are increasing, and in some cases will rise by a substantial amount over the premiums previously charged for flood insurance. As a result, Buyer should not rely on the premiums paid for flood insurance on the Property as an indication of the premiums that will apply after Buyer completes the purchase.  In considering the purchase of this Property, Buyer should consult with one or more carriers of flood insurance for better understanding of flood insurance coverage, the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may increase in the future. The only requirement for purchasing flood insurance from the NFIP is that you live in a community that participates (via floodplain regulations) in the NFIP. The same requirement applies to the mandatory purchase of flood insurance. Detailed information regarding flood insurance coverage may be obtained at: https://www.fema.gov/national-flood-insurance-program.

    **B. FLOOD INSURANCE RATE MAPS:**  The State of Maryland in conjunction with the Federal Emergency Management Agency has been systematically updating flood insurance rate maps. The Property may be affected. Buyer is advised to contact the Maryland Department of the Environment and consult a flood insurance carrier to inquire about the status of the Property.  Detailed information regarding updated maps may be obtained at: http://www.mdfloodmaps.net.

**40. GUARANTY FUND:** NOTICE TO BUYER: BUYER IS PROTECTED BY THE REAL ESTATE GUARANTY FUND OF THE MARYLAND REAL ESTATE COMMISSION, UNDER SECTION 17-404 OF THE BUSINESS OCCUPATIONS AND PROFESSIONS ARTICLE OF THE ANNOTATED CODE OF MARYLAND, FOR LOSSES IN AN AMOUNT NOT EXCEEDING $50,000 FOR ANY CLAIM.

**41. NOTICE TO BUYER CONCERNING THE CHESAPEAKE AND ATLANTIC COASTAL BAYS CRITICAL AREA: Buyer is advised that all or a portion of the property may be located in the "Critical Area" of the Chesapeake and Atlantic Coastal Bays, and that additional zoning, land use, and resource protection regulations apply in this area. The "Critical Area" generally consists of all land and water areas within 1,000 feet beyond the landward boundaries of state or private wetlands, the Chesapeake Bay, the Atlantic Coastal Bays, and all of their tidal tributaries.  The "Critical Area" also includes the waters of and lands under the Chesapeake Bay, the Atlantic Coastal Bays and all of their tidal tributaries to the head of tide.  For information as to whether the property is located within the Critical Area, Buyer may contact the local Department of Planning and Zoning, which maintains maps showing the extent of the Critical Area in the jurisdiction.  Allegany, Carroll, Frederick, Garrett, Howard, Montgomery, and Washington Counties do not include land located in the Critical Area.**

**42. WETLANDS NOTICE:** Buyer is advised that if the Property being purchased contains waters of the United States, or if the Property contains land and/or waters regulated by the State, including, but not limited to, wetlands, approval from the U.S. Army Corps of Engineers (Corps) and/or the Maryland Department of the Environment (MDE) will be necessary before starting any work, including construction, if the work includes the discharge of dredged or fill material into a regulated area, or certain other activities conducted in a regulated area.  The Corps has adopted a broad definition of waters of the United States, which occur throughout the Chesapeake Bay Region, as well as other portions of the State.  The land and waters regulated by the State include tidal wetlands, nontidal wetlands and their buffers, and streams and their 100-year nontidal floodplain.  For information as to whether the Property includes waters of the United States or land and/or waters regulated by the State, Buyer may contact the Baltimore District of the Corps and/or MDE. Buyer may also elect, at Buyer's expense, to engage the services of a qualified specialist to inspect the Property for the presence of Corps- or MDE-regulated areas, including wetlands, prior to submitting a written offer to purchase the Property; or Buyer may include in Buyer's written offer a clause making Buyer's purchase of the Property contingent upon a satisfactory wetlands inspection.

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com



4487 Tulip Tree

**43. CRIMINAL ACTIVITY AND SEXUAL OFFENDERS.** Buyer may contact the state, county or municipal police departments in which the Property is located or check the "Sex Offender Registry" at the Maryland Department of Public Safety and Correctional Services website in order to ascertain criminal activity in the vicinity of the Property or the presence of registered sexual offenders who live or work within the vicinity of the Property. Buyer acknowledges that Buyer is solely responsible to inquire of such matters before signing this Contract. Buyer shall have no right to cancel this Contract based upon criminal activity or the presence of registered sexual offenders in the vicinity of the Property. Buyer further acknowledges that no real estate licensee involved in the sale or purchase of the Property, whether acting as the agent for Seller or Buyer, has any duty nor assumes any duty or responsibility to ascertain criminal activity or the presence of registered sexual offenders in the vicinity of the Property.

**44. MILITARY INSTALLATIONS:** This Section does not apply in Allegany, Carroll, Frederick, Garrett, Howard, Montgomery, and Washington Counties. Buyer is advised that the Property may be located near a military installation that conducts flight operations, munitions testing, or military operations that may result in high noise levels.

**45. NOTICE TO THE PARTIES:**

**A. NO REPRESENTATIONS**: Brokers, their agents, subagents and employees, make no representations with respect to:    (1) Water quantity, quality, color, or taste or operating conditions of public and/or private water systems;

(2) Location, size or operating condition of on-site sewage disposal systems;

(3) The extensions of public utilities by local municipal authorities, existence or availability of public utilities, and any assessments, fees or costs for public utilities which might be imposed by local municipal authorities or private entities, should public utilities be extended or available to the subject Property. (Buyer should consult the Department of Public Works to determine the availability of proposed future extensions of utilities.);

(4) Lot size, exact location.  If the subject Property is part of a recorded subdivision, Buyer can review the plat upon request at the Record Office.  If the subject Property is not part of a recorded subdivision, Buyer may verify exact size, location and through a survey by a licensed engineer or land surveyor, at Buyer's expense;

(5) Existing zoning or permitted uses of the Property, including, without limitation, whether any improvements to the Property required permit(s) and, if so, whether such improvements, were completed pursuant to permit(s) issued and/or whether any permit(s) issued were complied with.  Buyer should contact the appropriate local government agency and/or a licensed engineer to verify zoning, permit issuance/status, and permitted uses;

(6) Whether properly licensed contractors have been used to make repairs, renovations and improvements to the Property.

**B. NO ADVISING**: Brokers/agents are not advising the parties as to certain other issues, including without limitation: soil conditions; flood hazard areas; possible restrictions of the use of property due to restrictive covenants, leases, subdivision, environmental laws, easements or other documents; airport or aircraft noise; planned land use, roads or highways; and construction materials and/or hazardous materials, including without limitation flame retardant treated plywood (FRT), radon, radium, mold spores, urea formaldehyde foam insulation (UFFI), synthetic stucco (EIFS), asbestos, polybutylene piping and lead-based paint.  Information relating to these issues may be available from appropriate governmental authorities.  This disclosure is not intended to provide an inspection contingency.

**C. COMPENSATION OF VENDORS**: Buyer and Seller each assume full responsibility for selecting and compensating their respective vendors.

**D. PROTECTION OF HOMEOWNERS IN FORECLOSURE ACT NOTICE**: BUYER AND SELLER ACKNOWLEDGE THAT, UNDER SECTION 7-310 OF THE REAL PROPERTY ARTICLE OF THE ANNOTATED CODE OF MARYLAND, IF THE MORTGAGE ON THE PROPERTY IS AT LEAST 60 DAYS IN DEFAULT ON THE DATE OF CONTRACT ACCEPTANCE, SELLER HAS THE RIGHT TO RESCIND THE CONTRACT WITHIN 5 DAYS AFTER THE DATE OF CONTRACT ACCEPTANCE.  ANY PROVISION IN THIS CONTRACT OR OTHER AGREEMENT THAT ATTEMPTS OR PURPORTS TO WAIVE ANY OF THE SELLER'S RIGHTS UNDER SECTION 7-310 IS VOID.

**46. HOMESTEAD PROPERTY TAX CREDIT NOTICE TO BUYER: IF YOU PLAN TO LIVE IN THIS HOME AS YOUR PRINCIPAL RESIDENCE, YOU MAY QUALIFY FOR THE HOMESTEAD PROPERTY TAX CREDIT. THE HOMESTEAD PROPERTY TAX CREDIT MAY SIGNIFICANTLY REDUCE THE AMOUNT OF PROPERTY TAXES YOU OWE.** Additional information may be obtained at: https://dat.maryland.gov/realproperty/pages/maryland-homestead-tax-credit.aspx.

**47. PROPERTY TAX NOTICE – 60 DAY APPEAL:**  If any real property is transferred after January 1 and before the beginning of the next taxable year to a new owner, the new owner may submit a written appeal as to a value or classification on or before 60 days after the date of the transfer.

## SECTION SIX: TRANSFER OF TITLE AND CLOSING

**48. NOTICE OF BUYER'S RIGHT TO SELECT SETTLEMENT SERVICE PROVIDERS: Buyer has the right to select Buyer's own title insurance company, title lawyer, settlement company, escrow company, mortgage lender or financial institution as defined in the Financial Institutions Article, Annotated Code of Maryland.  Buyer acknowledges that Seller may not be prohibited from offering owner financing as a condition of settlement.**


Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com          4487 Tulip Tree Lane
**Page 7 of 11  10/24**

**49. DEED AND TITLE:** Upon payment of the purchase price, a deed for the Property containing covenants of special warranty and further assurances (except in the case of transfer by personal representative of an estate), shall be executed by Seller and shall convey the Property to Buyer.  Title to the Property, including all chattels included in the purchase, shall be good and merchantable, free of liens and encumbrances except as specified herein; except for use and occupancy restrictions of public record which are generally applicable to properties in the immediate neighborhood or the subdivision in which the Property is located and publicly recorded easements for public utilities and any other easements which may be observed by an inspection of the Property. Buyer expressly assumes the risk that restrictive covenants, zoning laws or other recorded documents may restrict or prohibit the use of the Property for the purpose(s) intended by Buyer. In the event Seller is unable to give good and merchantable title or such as can be insured by a Maryland licensed title insurer, with Buyer paying not more than the standard rate as filed with the Maryland Insurance Commissioner, Seller, at Seller's expense, shall have the option of curing any defect so as to enable Seller to give good and merchantable title or, if Buyer is willing to accept title without said defect being cured, paying any special premium on behalf of Buyer to obtain title insurance on the Property to the benefit of Buyer. In the event Seller elects to cure any defects in title, this Contract shall continue to remain in full force and effect; and the date of settlement shall be extended for a period not to exceed fourteen (14) additional days. If Seller is unable to cure such title defect(s) and is unable to obtain a policy of title insurance on the Property to the benefit of Buyer from a Maryland licensed title insurer, Buyer shall have the option of taking such title as Seller can give, or terminating this Contract and being reimbursed by Seller for cost of searching title as may have been incurred not to exceed 1/2 of 1% of the purchase price. In the latter event, there shall be no further liability or obligation on either of the parties hereto; and this Contract shall become null and void; and all Deposit(s) shall be disbursed in accordance with the Deposit paragraph of this Contract. In no event shall Broker(s) or their agent(s) have any liability for any defect in Seller's title.

**50. ADJUSTMENTS:** Ground rent, homeowner's association fees, rent and water rent shall be adjusted and apportioned as of date of settlement; and all taxes, general or special, and all other public or governmental charges or assessments against the Property which are or may be payable on a periodic basis, including the Metropolitan District Sanitary Commission and the Washington Suburban Sanitary Commission, or other benefit charges, assessments, liens or encumbrances for sewer, water, drainage, paving, or other public improvements completed or commenced on or prior to the date hereof, or subsequent thereto, are to be adjusted and apportioned as of the date of settlement and are to be assumed and paid thereafter by Buyer, whether assessments have been levied or not as of date of settlement if applicable by local law. **Any heating or cooking fuels remaining in supply tank(s) at time of settlement shall become the property of Buyer.**

**51. SETTLEMENT COSTS:** Buyer agrees to pay all settlement costs and charges including, but not limited to, all Lender's fees in connection herewith, including title examination and title insurance fees, loan insurance premiums, all document preparation and recording fees, notary fees, survey fees where required, and all recording charges, except those incident to clearing existing encumbrances or title defects, except if Buyer is a Veteran obtaining VA financing, those prohibited to be paid by a Veteran obtaining VA financing, which prohibited charges shall be paid by Seller. If Buyer is a Veteran obtaining VA financing, Buyer's Broker may not charge a flat fee to Buyer nor to Seller per VA Reg. Part 38 CFR 36.4313(b). Seller is advised that should Seller not be able to attend Settlement as scheduled, Seller may be subject to additional charges from the settlement company to cover the reasonable additional costs of accommodating Seller's request. In such event, Seller is advised to contact the title company to determine what charges may apply.

**52. TRANSFER CHARGES:**

**A. IN GENERAL.  If Buyer is NOT a first-time Maryland homebuyer, payment of Recordation Taxes and State and local Transfer Taxes will be divided equally between Buyer and Seller unless otherwise stated here:_____ . Buyer shall be entitled to receive the benefit of any local owner-occupancy reduction offered by the jurisdiction where the property is located.**

**B. FIRST-TIME MARYLAND HOMEBUYER.  Maryland law provides that the amount of state transfer tax due on the sale of property to a first-time Maryland homebuyer is reduced from 0.50% to 0.25% and shall be paid entirely by the Seller.  Payment of Recordation Taxes and local Transfer Taxes will be divided equally between Buyer and Seller unless otherwise stated here: ------------------------------------------------------------------- Continued...  Buyer shall be entitled to receive the benefit of any local owner-occupancy reduction offered by the jurisdiction where the property is located.  Buyer is hereby notified that to ensure receipt of the above reduction, Buyer should check the box on Page 10 of this Contract, indicating that Buyer is a first-time Maryland homebuyer, and complete the required affidavit at settlement indicating that the Buyer is a first-time Maryland homebuyer.**

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com
**Page 8 of 11  10/24**



4487 Tulip Tree Lane

**53. MARYLAND NON-RESIDENT SELLER:** If the Property is not the Seller's principal residence and the Seller is a non-resident individual of the State of Maryland or is a non-resident entity which is not formed under the laws of the State of Maryland or qualified to do business in the State of Maryland, a withholding tax from the proceeds of sale *shall* be withheld at the time of settlement except as otherwise provided by Maryland law. *Seller may request the Maryland Comptroller to issue a Certificate of Full or Partial Exemption from the withholding requirements, provided that such request is filed not later than 21 days prior to the date of closing.  For detailed information, seller should call 1-800-MDTAXES or visit: https://www.marylandtaxes.gov/forms/current_forms/withholding_requirement.pdf.*

**54. FOREIGN INVESTMENT TAXES-FIRPTA:** Section 1445 of the United States Internal Revenue Code of 1986 provides that a Buyer of residential real property located in the United States must withhold federal income taxes from the payment of the purchase price if (a) the purchase price exceeds Three Hundred Thousand Dollars ($300,000.00) and (b) the seller is a foreign person. Unless otherwise stated in an addendum attached hereto, if the purchase price is in excess of Three Hundred Thousand Dollars ($300,000.00), Seller represents that Seller is not a non-resident alien, foreign corporation, foreign partnership, foreign trust or foreign estate (as those terms are defined by the Internal Revenue Code and applicable regulations) and agrees to execute an affidavit to this effect at the time of settlement.

**55. INTERNAL REVENUE SERVICE FILING:** Buyer and Seller each agree to cooperate with the settlement officer by providing all necessary information so that a report can be filed with the Internal Revenue Service, as required by Section 6045 of the IRS Code.  To the extent permitted by law, any fees incurred as a result of such filing will be paid by the Seller.

**56. AUTHORIZATION TO PROVIDE TILA-RESPA INTEGRATED DISCLOSURES:** Buyer and Seller hereby authorize the lender, title company, escrow agent, and/or their representatives to disclose and provide copies of the closing disclosure(s) and/or other settlement statement to the real estate licensees involved in the transaction at the time these documents are provided to Buyer and Seller.

**57. BROKER'S FEE:** All parties irrevocably instruct the settlement officer to collect the fee or compensation and disburse same according to the terms and conditions provided in the listing agreement and/or agency representation agreement. Settlement shall not be a condition precedent to payment of compensation.

**58. BROKER LIABILITY:** Brokers, their agents, subagents and employees do not assume any responsibility for the condition of the Property or for the performance of this Contract by any or all parties hereto. By signing this Contract, Buyer and Seller acknowledge that they have not relied on any representations made by Brokers, or any agents, subagents or employees of Brokers, except those representations expressly set forth in this Contract.

**59. PROPERTY OWNER'S TITLE INSURANCE:** Buyer is encouraged to purchase owner's title insurance at either "standard" or "enhanced" coverage and rates. The coverage afforded by such title insurance would be governed by the terms and conditions thereof, and the premium for obtaining such title insurance coverage would be determined by the extent of its coverage. For purposes of owner's title insurance policy premium rate disclosures by Buyer's lender, Buyer and Seller agree that enhanced rates (if available) shall be quoted by Buyer's lender. Buyer understands that a policy issued to the Lender will not protect the Buyer from losses caused by title defect.  Nothing herein obligates Buyer to obtain any owner's title insurance coverage at any time, including at settlement, and that the availability of owner's title insurance coverage is subject to the underwriting criteria of the title insurer. Buyer understands that the Broker does not warrant the condition of title, and Buyer agrees to hold harmless Broker from any damages sustained by Buyer that may result from a defect in title.

<u>**SECTION SEVEN: BREACH OF CONTRACT AND DISPUTE RESOLUTION**</u>

**60. DEFAULT:** Buyer and Seller are required and agree to make full settlement in accordance with the terms of this Contract and acknowledge that failure to do so constitutes a breach hereof.  If Buyer fails to make full settlement or is in default due to Buyer's failure to comply with the terms, covenants and conditions of this Contract, the initial Deposit and additional Deposits (the "Deposit") may be retained by Seller as long as a Release of Deposit Agreement is signed and executed by all parties, expressing that said Deposit may be retained by Seller.  In the event the parties do not agree to execute a Release of Deposit Agreement, subject to the Deposit paragraph of this Contract, Buyer and Seller shall have all legal and equitable remedies.  If Seller fails to make full settlement or is in default due to Seller's failure to comply with the terms, covenants and conditions of this Contract, Buyer shall be entitled to pursue such rights and remedies as may be available, at law or in equity, including, without limitation, an action for specific performance of this Contract and/or monetary damages. In the event of any litigation or dispute between Buyer and Seller concerning the release of the Deposit, Broker's sole responsibility may be met, at Broker's option, by paying the Deposit into the court in which such litigation is pending, or by paying the Deposit into the court of proper jurisdiction by an action of interpleader.  Buyer and Seller agree that, upon Broker's payment of the Deposit into the court, neither Buyer nor Seller shall have any further right, claim, demand or action against Broker regarding the release of the Deposit; and Buyer and Seller, jointly and severally, shall indemnify and hold Broker harmless from any and all such rights, claims, demands or actions.

Copyright 2024 Maryland REALTORS®.  For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com



4487 Tulip Tree Lane Middletown

In the event of such dispute and in accordance with the interpleader action herein provided, Buyer and Seller further agree and hereby expressly and irrevocably authorize Broker to deduct from the Deposit all costs incurred by Broker in the filing and maintenance of such action of interpleader including but not limited to filing fees, court costs, service of process fees and attorneys' fees, provided that the amount deducted shall not exceed the lesser of $500 or the amount of the Deposit held by Broker. All such fees and costs authorized herein to be deducted may be deducted by Broker from the Deposit prior to paying the balance of the Deposit to the court. Buyer and Seller further agree and expressly declare that all such fees and costs so deducted shall be the exclusive property of Broker. If the amount deducted by Broker is less than the total of all of the costs incurred by Broker in filing and maintaining the interpleader action, then Buyer and Seller jointly, and severally, agree to reimburse Broker for all such excess costs upon the conclusion of the interpleader action.

**61. MEDIATION OF DISPUTES:** Mediation is a process by which the parties attempt to resolve a dispute or claim with the assistance of a neutral mediator who is authorized to facilitate the resolution of the dispute. The mediator has no authority to make an award, to impose a resolution of the dispute or claim upon the parties or to require the parties to continue mediation if the parties do not desire to do so. Buyer and Seller agree that any dispute or claim arising out of or from this Contract or the transaction which is the subject of this Contract shall be mediated through Maryland REALTORS® or its member local boards/associations in accordance with the established Mediation Rules and Guidelines of Maryland REALTORS® or through such other mediator or mediation service as mutually agreed upon by Buyer and Seller, in writing. Unless otherwise agreed in writing by the parties, mediation fees, costs and expenses shall be divided and paid equally by the parties to the mediation. If either party elects to have an attorney present that party shall pay his or her own attorney's fees.

Buyer and Seller further agree that the obligation of Buyer and Seller to mediate as herein provided shall apply to all disputes or claims arising whether prior to, during, or within one (1) year following the actual contract settlement date or when settlement should have occurred. Buyer and Seller agree that neither party shall commence any action in any court regarding a dispute or claim arising out of or from this Contract or the transaction which is the subject of this Contract, without first mediating the dispute or claim, unless the right to pursue such action or the ability to protect an interest or pursue a remedy as provided in this Contract, would be precluded by the delay of the mediation. In the event the right to pursue such action, or the ability to protect an interest or pursue a remedy would be precluded by the delay, Buyer or Seller may commence the action only if the initial pleading or document commencing such action is accompanied by a request to stay the proceeding pending the conclusion of the mediation. If a party initiates or commences an action in violation of this provision, the party agrees to pay all costs and expenses, including reasonable attorneys' fees, incurred by the other party to enforce the obligation as provided herein. The provisions of this paragraph shall survive closing and shall not be deemed to have been extinguished by merger with the deed.

**62. ATTORNEY'S FEES:** In any action or proceeding between Buyer and Seller based, in whole or in part, upon the performance or non-performance of the terms and conditions of this Contract, including, but not limited to, breach of contract, negligence, misrepresentation or fraud, the prevailing party in such action or proceeding shall be entitled to receive reasonable attorney's fees from the other party as determined by the court or arbitrator. In any action or proceeding between Buyer and Seller and/or between Buyer and Broker(s) and/or Seller and Broker(s) resulting in Broker(s) being made a party to such action or proceeding, including, but not limited to, any litigation, arbitration, or complaint and claim before the Maryland Real Estate Commission, whether as defendant, cross-defendant, third-party defendant or respondent, Buyer and Seller jointly and severally, agree to indemnify and hold Broker(s) harmless from and against any and all liability, loss, cost, damages or expenses (including filing fees, court costs, service of process fees, transcript fees and attorneys' fees) incurred by Broker(s) in such action or proceeding, providing that such action or proceeding does not result in a judgment against Broker(s). As used in this Contract, the term "Broker(s)" shall mean: (a) the Brokers as identified on Page 11 of this Contract; (b) the named Sales Associates identified on Page 11 of the Contract; and (c) any agent, subagent, salesperson, independent contractor and/or employees of Broker(s). The term "Broker(s)" shall also mean, in the singular, any or either of the named Broker(s) and/or Sales Associate(s) as identified or, in the plural, both of the named Brokers and/or Sales Associates as identified. This Paragraph shall apply to any and all such action(s) or proceeding(s) against Broker(s) including those action(s) or proceeding(s) based, in whole or in part, upon any alleged act(s) or omission(s) by Broker(s), including, but not limited to, any alleged act of misrepresentation, fraud, non-disclosure, negligence, violation of any statutory or common law duty, or breach of fiduciary duty by Broker(s). The provisions of this Paragraph shall survive closing and shall not be deemed to have been extinguished by merger with the deed.

| _Gregory Heffner_ | 06/12/2025 | _Thomas Leatherman II_ | 06/12/2025 |
|---|---|---|---|
| **Buyer Signature** | **Date** | **Seller Signature** | **Date** |
| Gregory  Heffner | | Thomas Leatherman II | |
| _Terry Heffner_ | 06/12/2025 | _Hilery Leatherman_ | 06/12/2025 |
| **Buyer Signature** | **Date** | **Seller Signature** | **Date** |
| Terry Heffner | | Hilery Leatherman | |

**DATE OF CONTRACT ACCEPTANCE:**  06/12/25  _____
(*Insert the date on which all final initials and signatures of all parties have been affixed to this Contract.*)

☐ **Check if First-Time Maryland Homebuyer**


Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com

4487 Tulip Tree Lane

**Contact Information:**

BUYER / NAME(S):  **Gregory  Heffner, Terry Heffner**

MAILING ADDRESS:

SELLER / NAME(S):  **Thomas Leatherman II, Hilery Leatherman**

MAILING ADDRESS:

Information provided for reference only:

LISTING BROKERAGE COMPANY NAME:  **Charis Realty Group**

BROKER OF RECORD NAME: **Christy Issler**                    LICENSE NUMBER: **582184**

SALES ASSOCIATE NAME: **Christy Issler**                    LICENSE NUMBER: **582184**

OFFICE ADDRESS: **241 E 4th Street, Ste 205, Frederick, MD  21701**

OFFICE PHONE: **(301)831-5099**                    BROKER/SALES ASSOCIATE MLS ID:

SALES ASSOCIATE PHONE: **(301)831-5099**                SALES ASSOCIATE E-MAIL: **christy@charisrealty.com**

ACTING AS:    ☒ LISTING BROKER AND SELLER AGENT; OR
              ☐ INTRA - COMPANY AGENT WITH BROKER AS DUAL AGENT

SELLING BROKERAGE COMPANY NAME:

BROKER OF RECORD NAME:                              LICENSE NUMBER:

SALES ASSOCIATE NAME: **Unrepresented Buyer**            LICENSE NUMBER:

OFFICE ADDRESS:

OFFICE PHONE:                              BROKER/SALES ASSOCIATE MLS ID:

SALES ASSOCIATE PHONE:                          SALES ASSOCIATE E-MAIL:

ACTING AS:    ☐ SELLER AGENT; OR
              ☐ SUBAGENT; OR
              ☐ BUYER AGENT; OR
              ☐ INTRA - COMPANY AGENT WITH BROKER AS DUAL AGENT

Copyright 2024 Maryland REALTORS®.  For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the
Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com



# VA FINANCING ADDENDUM

ADDENDUM dated _____ to Contract of Sale
between Buyer **Gregory Heffner, Terry Heffner**
and Seller **Thomas Leatherman II, Hilery Leatherman**
for Property known as **4487 Tulip Tree Ln, Middletown, Md 21769** .

***The Contract is contingent upon Buyer obtaining a mortgage guaranteed by the Veterans Administration and secured by the Property as follows:***

### 1. LOAN DETAILS:

VA Funding Fee $ _____  Loan Program **FIXED** _____
Base Loan Amount $ **650,000.00**  TERM OF LOAN **30** _____ Years
TOTAL LOAN AMOUNT $ _____  INITIAL INTEREST RATE **6.62** _____%

Buyer agrees to pay to Lender loan origination/discount fees of □ $ _____ / □ _____% of the loan amount, and Seller agrees to pay loan origination/discount fees of □ $ _____ / □ _____% of the loan amount. Buyer shall receive the benefit of any reduction in said fees. Under the "Settlement Costs" Paragraph of the Contract, Buyer obtaining VA financing is prohibited from paying certain charges, and Seller hereby agrees to pay such charges not to exceed $ _____ .

BY ACCEPTING A LOAN AGREEMENT WHEREBY THE INTEREST RATE AND LOAN DISCOUNT FEES ARE NOT BEING LOCKED IN, BUYER AGREES TO ACCEPT THE RATE AS CHARGED BY LENDER AT THE TIME OF LOCK-IN AND THE RESPONSIBILITY FOR ANY ADDITIONAL LOAN DISCOUNT FEES CHARGED, AND BUYER SHALL REMAIN BOUND BY THE TERMS OF THE CONTRACT, NOTWITHSTANDING ANY SUCH CHANGES IN THE RATE AND/OR FEES.

**2. MONTHLY PAYMENT:** Payments to Lender shall include monthly principal and interest, plus one-twelfth of the annual real property taxes, ground rent, special assessments or charges, if any, hazard insurance premium, flood insurance premium, and private mortgage insurance where required.

**3. LOAN UNDERWRITING:** Buyer and Seller understand that Lender will have to resubmit the loan to underwriting if, from the time Buyer's loan application was approved to the time of settlement, there are any increases to the interest rate and/or the loan origination/discount fees. To the extent such changes do not conflict with the conditions of the Contract, Buyer agrees to comply with Lender's request for additional or updated information as required to approve the loan.

**4. VETERANS ADMINISTRATION GUARANTEED LOAN:**

**A. VA LOAN:** Buyer's deposit shall be placed in an escrow account as required by Title 38, US Code, Section 3706. It is expressly agreed that, notwithstanding any other provisions of this Contract, Buyer shall not incur any penalty by forfeiture of earnest money or otherwise be obligated to complete the purchase of the property described herein, if the Contract purchase price or cost exceeds the reasonable value of the property established by the Veterans Administration or Buyer is not approved by the Veterans Administration and the lending institution. In the event Certificate of Reasonable Value is less than the amount of the Contract price, Buyer shall have the privilege and option for five (5) days after receipt of the VA appraisal to proceed with the consummation of this Contract without regard to the amount of reasonable value established by the Veterans Administration by giving the Seller notice of his intention to do so in writing. During the five (5) day period, Buyer may either: (1) take no action which will result in the Contract becoming null and void at the end of the five (5) day



Page 1 of 2    10/24



©Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

period; (2) notify the Seller that they agree to move forward with the Contract at the Contract Price; or (3) negotiate with the Seller to lower the Contract Price. If the parties agree to lower the Contract Price during the five (5) day period, the Buyer covenants and agrees to be bound to proceed with consummation hereof at the agreed upon Contract Price. If, after negotiations, the Seller refuses to lower the Contract Price, but the Buyer still wants to proceed with the Contract at the Contract Price, the Buyer must notify the Seller in writing of their intention to do so before the five (5) day period expires, or the Contract will become null and void. This Contract is contingent on the approval of the house and Buyer by the Veterans Administration and the lending institution. If the aforesaid approval is not obtained, it is expressly agreed that Buyer shall be refunded the Deposit and the Contract shall be null and void.

**B. VA FEES:** Buyer agrees to pay at settlement a VA funding fee equal to _____% of the principal sum of the loan, unless Buyer is eligible for and obtains exemption from the VA or elects to add the funding fee to the principal sum of the loan amount. Buyer hereby (_____ agrees to **pay the funding fee** at settlement) OR ( **X** elects to **add the funding fee to the principal** sum of the loan amount). Lender's fees to Seller, if any, shall be paid by Seller at settlement, along with the excess amount of any of Buyer's fees which are limited by the Veterans Administration.

**5. WOOD DESTROYING INSECT INSPECTION:** Should Lender require a wood destroying insect inspection as a condition of financing, the parties agree that Buyer may conduct such inspection at Buyer's expense. Lender Required Repairs in connection with a lender required wood destroying insect inspection shall be performed in accordance with the Lender Required Repairs paragraph of this Addendum. Seller shall have no obligation to consider any other request for repairs and/or Seller Credit in connection with a lender required wood destroying insect inspection unless a wood destroying insect inspection was negotiated by the parties as part of a Property Inspections Addendum. In all transactions involving VA financing, all fences and outbuildings shall be included in the inspection and certification. Pursuant to VA regulations dated June 15, 2022, VA buyers may be charged for wood destroying insect inspection fees and pay for repairs: https://www.benefits.va.gov/HOMELOANS/documents/circulars/26-22-11.pdf.

**6. LENDER REQUIRED REPAIRS:** In the event VA and/or Lender require any repairs or improvements ("Required Repairs") be made to the Property, Seller agrees to perform the Required Repairs and to pay the cost thereof at or prior to settlement, provided the total cost of the Required Repairs does not exceed $**250.00**_____ ("Repair Amount"). **Seller's obligation to perform and pay for the Required Repairs shall be in addition to Seller's other obligations under the terms of the Contract**. Should the cost of Required Repairs exceed the Repair Amount:

A. Seller may elect to pay the total cost of the Required Repairs, in which event the Contract shall remain in full force and effect.

B. Seller may terminate the Contract by written notice to Buyer, which must include a written estimate of the cost of the Required Repairs. Said written notice shall be provided to Buyer within five (5) days of Seller's receipt of written estimate(s).

C. The Contract shall remain in full force and effect if, within five (5) days of Buyer's receipt of Seller's notice of termination, Buyer elects, in writing, to pay the difference between the cost of the Required Repairs and the Repair Amount listed above.

D. If neither Buyer nor Seller elects to pay the excess cost of any Required Repairs, the Contract shall be null and void; and the Deposit(s) shall be disbursed in accordance with the Deposit(s) paragraph of the Contract.

*All other terms and conditions of the Contract of Sale remain in full force and effect.*

| | | | |
|---|---|---|---|
| *Gregory Heffner* | 06/12/2025 | *Thomas Leatherman II* | |
| Buyer Signature | Date | Seller Signature | Date |
| Gregory Heffner | | Thomas Leatherman II | |
| *Terry Heffner* | 06/12/2025 | *Hilery Leatherman* | 06/12/2025 |
| Buyer Signature | Date | Seller Signature | Date |
| Terry Heffner | | Hilery Leatherman | |

©Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com          4487 Tulip Tree Lane Middletown MD 21769

Maryland REALTORS

## SELLER CONTRIBUTION ADDENDUM

ADDENDUM dated ______________________________ to Contract of Sale

Between Buyer **Gregory Heffner, Terry Heffner**

And Seller **Thomas Leatherman II, Hilery Leatherman**

for Property known as **4487 Tulip Tree Ln, Middletown, Md 21769**.

**The parties shall use this Seller Contribution Addendum to reflect Seller's agreement to contribute to Buyer's closing costs that are not related to the compensation of Buyer's broker. The parties acknowledge that any agreement by the Seller or Seller's broker to compensate Buyer's broker must be made through either the Buyer Request for Seller's Compensation of Buyer's Broker Addendum and/or the Listing Broker's Offer of Cooperative Compensation agreement.**

The following provisions are included in and supersede any conflicting language in the Contract.

In addition to any other amount(s) which Seller has agreed to pay under other provisions of the Contract, (example: origination/discount points, transfer/recordation tax, lender fees), Seller shall credit Buyer at the time of settlement with the sum of $ **20,000.00** **OR** ______________ % of Purchase Price towards Buyer's closing costs. It is Buyer's responsibility to confirm with lender that the entire credit provided for herein may be utilized. If lender prohibits Seller from payment of any portion of such credit, then said credit shall be reduced to the maximum amount allowed by lender.

**All other terms and conditions of the Contract of Sale remain in full force and effect.**

| | | | |
|---|---|---|---|
| AuthentiSIGN *Gregory Heffner* | 06/12/2025 | AuthentiSIGN *Thomas Leatherman II* | 06/12/2025 |
| Buyer Signature **Gregory Heffner** | Date | Seller Signature **Thomas Leatherman II** | Date |
| AuthentiSIGN *Terry Heffner* | 06/12/2025 | AuthentiSIGN *Hilery Leatherman* | 06/12/2025 |
| Buyer Signature **Terry Heffner** | Date | Seller Signature **Hilery Leatherman** | Date |

©Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.



**STATE OF MARYLAND**
**REAL ESTATE COMMISSION**

# Understanding Whom Real Estate Agents Represent

## THIS NOTICE IS NOT A CONTRACT

*In this form "seller" includes "landlord"; "buyer" includes "tenant"; and "purchase" or "sale" includes "lease"*

**Agents Who Represent the Seller**

**Seller's Agent:** A seller's agent works for the real estate company that lists and markets the property for the sellers and exclusively represents the sellers. A Seller's agent may assist the buyer in purchasing the property, but his or her duty of loyalty is only to the sellers.

**Subagent:** A Subagent means a licensed real estate broker, licensed associate real estate broker, or licensed real estate salesperson who is not affiliated with or acting as the listing real estate broker for a property, is not a buyer's agent, has an agency relationship with the seller, and assists a prospective buyer in the acquisition of real estate for sale in a non-agency capacity. The subagent works for a real estate company different from the company for which the seller's agent works. The subagent can assist a buyer in purchasing a property, but his or her duty of loyalty is only to the seller.

<u>**If you are viewing a property and you have not signed a Brokerage Agreement, that agent represents the seller**</u>

**Agents Who Represent the Buyer**

**Buyer's Agent:** A buyer may enter into a written contract with a real estate broker which provides that the broker will represent the buyer in locating a property to buy. The agent from that broker's company is then known as the buyer's agent. The buyer's agent assists the buyer in evaluating properties and preparing offers and developing negotiation strategies and works in the best interest of the buyer. The agent's fee is paid according to the written agreement between the broker and the buyer. If you as a buyer wish to have an agent represent you, you must enter into a written buyer agency agreement.

**Dual Agents**

The possibility of **dual agency** arises when the buyer's agent and the seller's agent both work for the same real estate company, and the buyer is interested in property listed by that company. The real estate broker or the broker's designee, is called the "dual agent." Dual agents do not act exclusively in the interests of either the seller or buyer, and therefore cannot give undivided loyalty to either party. There may be a conflict of interest because the interests of the seller and buyer may be different or adverse.

**If both seller and buyer agree to dual agency** by signing a Consent For Dual Agency form, the "dual agent" (the broker or the broker's designee) shall assign one agent to represent the seller (the seller's "intra-company agent") and another agent to represent the buyer (the buyer's "intra-company agent"). Intra-company agents are required to provide the same services to their clients that agents provide in transactions not involving dual agency, including advising their clients as to price and negotiation strategies.

**P 1 of 2**

**If either party does not agree to dual agency**, the real estate company must withdraw the brokerage agreement for that particular property with either the buyer or seller, or both. If the seller's agreement is terminated, the seller must then either represent him or herself or arrange to be represented by an agent from another real estate broker/company. If the brokerage agreement is terminated, the buyer may choose to enter into a written buyer brokerage agreement with a different broker/company. Alternatively, the buyer may choose not to be represented but simply to receive assistance from the seller's agent, from another agent in that company, or from a subagent from another company.

No matter what type of agent you choose to work with, you have the following rights and responsibilities in selling or buying property:

>Real estate agents are obligated by law to treat all parties to a real estate transaction honestly and fairly. They must exercise reasonable care and diligence and maintain the confidentiality of clients. They must not discriminate in the offering of properties; they must promptly present each written offer or counteroffer to the other party; and they must answer questions truthfully.

>Real estate agents must disclose all material facts that they know or should know relating to a property. An agent's duty to maintain confidentiality does not apply to the disclosure of material facts about a property.

>All agreements with real estate brokers and agents must be in writing and explain the duties and obligations of both the broker and the agent. The agreement must explain how the broker and agent will be paid and any fee-sharing agreements with other brokers.

>You have the responsibility to protect your own interests. **You should carefully read all agreements** to make sure they accurately reflect your understanding. A real estate licensee is qualified to advise you on real estate matters only. If you need legal or tax advice, it is your responsibility to consult a licensed attorney or accountant.

Any complaints about a real estate licensee may be filed with the Real Estate Commission at 500 North Calvert Street, Baltimore, MD 21202. (410) 230-6205

We, the ☐ Sellers/Landlord ☒ Buyers/Tenants acknowledge receipt of a copy of this disclosure and that **Charis Realty Group** _____ (firm name)
and **Christy Issler** _____ (salesperson) are working as:

**(You may check more than one box but not more than two)**
☒ seller/landlord's agent
☐ subagent of the Seller
☐ buyer's/tenant's agent

_Gregory Heffner_     06/12/25            _Terry Heffner_     06/12/25
Signature                    (Date)        Signature                    (Date)
**Gregory Heffner**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I certify that on this date I made the required agency disclosure to the individuals identified below and they were **unable or unwilling** to acknowledge receipt of a copy of this disclosure statement

_____          _____
Name of Individual to whom disclosure made        Name of Individual to whom disclosure made

_____          _____
Agent's Signature                                (Date)

**Rev. 10/1/2019**

**P 2 of 2**

Authentisign ID: 8BF5919D-A847-F011-8F7C-000D3A8A9962
Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962



# FREDERICK COUNTY NOTICES AND DISCLOSURES

This disclosure statement is attached to and hereby made a part of the Contract dated _____ between _____ **Gregory Heffner** _____ (Buyer) and _____ **Thomas Leatherman II, Hilery Leatherman** _____ (Seller) for the property located in the County of Frederick, State of Maryland, described as **4487 Tulip Tree Ln, Middletown, Md 21769** _____ (the "Property").

1. ***MASTER PLANS AND ZONING ORDINANCES:*** Buyers have the right to review any applicable master plans and zoning ordinances, including but not limited to: Frederick Municipal Airport Overlay Zone, Historic Preservation Overlay District, National Register of Historic Places, Livable Frederick Master Plan, Carroll Creek Overlay District, and Monocacy Scenic River Management Plan, or other maps and information relating to planned land uses, roads, highways and the location of parks and other public facilities affecting the property. This information may be found online or at most local, county or state offices such as Parks and Recreation, Planning and Zoning, etc.

2. ***FREDERICK COUNTY RIGHT TO FARM ORDINANCE NO. 96-23-175:*** FREDERICK COUNTY ALLOWS AGRICULTURAL OPERATIONS (as defined in the Frederick County Right to Farm Ordinance) WITHIN THE COUNTY. Buyer(s) may be subject to inconveniences or discomforts arising from such operations, including but not limited to: noise, odors, fumes, dust, flies, the operation of machinery of any kind during any 24-hour period (including aircraft), vibration, the storage and disposal of manure, and the application by spraying or otherwise of chemical fertilizers, soil amendments, and pesticides. Frederick County has determined that inconveniences or discomforts associated with such agricultural operations shall not be considered to be an interference with reasonable use and enjoyment of land, if such operations are conducted in accordance with generally accepted agricultural management practices. Frederick County has established an Agricultural Reconciliation Committee to assist in the resolution of disputes which might arise between persons in this County regarding whether agricultural operations conducted on agricultural lands are causing an interference with the reasonable use and enjoyment of land or personal well-being and whether those operations are being conducted in accordance with generally accepted agricultural practices. If you have any question concerning this policy or the Reconciliation Committee, please contact the Frederick County Planning Department.

3. ***SPECIAL TAXING DISTRICT OR COMMUNITY DEVELOPMENT AUTHORITY (CDA):*** <u>The property may be part of a Special Taxing District or Community Development Authority (CDA).</u> There are Special Taxing Districts and CDAs in Frederick County, including but not limited to: Lake Linganore CDA, Urbana CDA, Brunswick Crossing, Lake Linganore-Oakdale CDA, Jefferson Tech Park, and others. For the most accurate and up-to-date information, please contact MuniCap, Inc. at (443) 539-4101.

   **<u>If this sale is subject to a tax or fee of a Special Taxing District or CDA, State law requires that the seller disclose to the buyer at or before the time the contract is entered into, or within 20 calendar days after entering into the contract, certain information concerning the property being purchased. The content of the information to be disclosed is set forth in §10-704 of the Real Property Article of the Maryland Annotated Code and includes the amount of the current annual tax or fee, the number of years remaining for the tax or fee, and a statement of whether any tax or fee against the property is delinquent.</u>**

   - The amount of the current annual tax or fee of the Special Taxing District or Community Development Authority on the property is $_____.
   - The number of years remaining for the tax or fee of the Special Taxing District or Community Development Authority on the property is_____.
   - Any tax or fee of the Special Taxing District or Community Development Authority against the property ☐ is delinquent or ☐ is not delinquent.

Authentisign ID: 8BF5919D-A847-F011-8F7C-000D3A8A9962
Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

4. ***NOTICE ON ZONES OF DEWATERING INFLUENCE:*** The property may be located in a "Zone of Dewatering Influence." Such a zone is defined under Maryland law as the area surrounding a surface pit mine in "karst" terrain (limestone and carbonate rock containing closed depressions, sinkholes, caverns, cavities, and underground channels), where groundwater has been depleted through pumping activities in the subject mine. Dewatering of karst terrain may result in gradual caving in or sinking of the surface of the land. Dewatering may also result in declining ground water levels, which may affect the yield of wells on a property. The Maryland Department of the Environment (MDE) is required to provide on its website for use by the public a searchable map of established zones of dewatering influence. The MDE website can be accessed at https://mde.maryland.gov/programs/LAND/mining/Pages/mapping.aspx

A PURCHASER OF REAL PROPERTY LOCATED IN BALTIMORE COUNTY, CARROLL COUNTY, FREDERICK COUNTY, OR WASHINGTON COUNTY IS ADVISED TO CONTACT THE MARYLAND DEPARTMENT OF THE ENVIRONMENT TO DETERMINE WHETHER THE REAL PROPERTY FOR PURCHASE IS LOCATED WITHIN A ZONE OF DEWATERING INFLUENCE. MARYLAND LAW PROVIDES CERTAIN REMEDIES FOR PROPERTY IMPACTED BY DEWATERING.

| *Thomas Leatherman II* | 06/11/2025 | | *Gregory Heffner* | 06/12/25 |
|---|---|---|---|---|
| SELLER **Thomas Leatherman II** | DATE | | BUYER **Gregory  Heffner** | DATE |
| *Hilery Leatherman* | 06/11/2025 | | *Terry Heffner* | 06/12/25 |
| SELLER **Hilery Leatherman** | DATE | | BUYER | DATE |

Revised December 2024
© Copyright 2019 Frederick County Association of REALTORS®
For the sole use of the Frederick County Association of Realtors, Inc., and its members; to be used in Maryland only.
This form may not be altered, except as negotiated by the parties to this Contract. The Association, its members,
and employees assume no responsibility if this form fails to protect the interests of any party.
Page 2 of 2





Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962



# Maryland REALTORS®

## DISCLOSURE OF INCLUSIONS/EXCLUSIONS, LEASED ITEMS, AND UTILITIES ADDENDUM

**UPON EXECUTION BY BUYER AND SELLER, THIS DOCUMENT WILL BECOME AN <u>ADDENDUM</u> TO THE CONTRACT OF SALE**

SELLER'S DISCLOSURE made on _____ ■ ADDENDUM to Contract of Sale dated _____

between Buyer **Gregory  Heffner** _____

and Seller                                **Thomas Leatherman II, Hilery Leatherman** _____

for Property known as **4487 Tulip Tree Ln, Middletown, Md  21769** _____.

**1. INCLUSIONS/EXCLUSIONS.** Included in the purchase price are all permanently attached fixtures, including all smoke detectors (and, carbon monoxide detectors, as applicable). Certain other **now existing items** which may be considered personal property, whether stored or installed upon the property, ***are included if box below is checked.***

| | | | |
|---|---|---|---|
| [___] Alarm System | [X] Exist. W/W Carpet | [___] Playground Equipment | [  ] TV Antenna |
| [X] Ceiling Fan(s) # ___ | [  ] Fireplace Screens/Doors | [X] Pool, Equipment & Cover | [  ] Trash Compactor |
| [___] Central Vacuum | [  ] Fireplace Equipment | [X] Refrigerator(s) # ___ | [  ] Wall Mount TV Brackets |
| [___] Clothes Dryer | [  ] Freezer | [X] w/ Ice Maker(s) # ___ | [  ] Wall Oven(s) # ___ |
| [X] Clothes Washer | [___] Furnace Humidifier | [X] Satellite Dish | [  ] Water Filter |
| [___] Cooktop | [  ] Garage Opener(s) # ___ | [  ] Screens | [  ] Water Softener |
| [X] Dishwasher | [  ] Garage remote(s) # ___ | [X] Shades/Blinds | [  ] Window A/C Unit(s) # ___ |
| [  ] Drapery/Curtain Rods | [X] Garbage Disposal | [___] Storage Shed(s) # ___ | [  ] Window Fan(s) # ___ |
| [  ] Draperies/Curtains | [  ] Hot Tub, Equipment & Cover | [X] Storm Doors | [  ] Wood Stove |
| [  ] Electronic Air Filter | [  ] Intercom | [X] Storm Windows | |
| [X] Exhaust Fan(s) # ___ | [X] Microwave | [X] Stove or Range | |

ADDITIONAL INCLUSIONS (SPECIFY): _____

_____

ADDITIONAL EXCLUSIONS (SPECIFY): _____

_____

**2. LEASED ITEM(S) INCLUDED:**

| | | |
|---|---|---|
| [  ] Fuel Tank(s) | [  ] Other | _____ |
| [  ] Solar Panels | [  ] Other | _____ |
| [  ] Alarm System | [  ] Other | _____ |
| [  ] Water Treatment System | [  ] Other | _____ |

ADDITIONAL TERMS AND/OR INFORMATION REGARDING LEASED ITEM(S): _____

_____

_____

**3. UTILITIES:** WATER, SEWAGE, HEATING, AND AIR CONDITIONING **(check all that apply):**

Water Supply        [X] Public        [  ] Well

Sewage Disposal     [X] Public        [  ] Septic        [  ] Other _____

Heating             [  ] Gas          [X] Electric       [  ] Oil    [  ] Heat Pump    [  ] Other _____

Hot Water           [  ] Gas          [X] Electric       [  ] Oil                              [  ] Other _____

Air Conditioning    [  ] Gas          [X] Electric                                             [  ] Other _____

Utility Service Providers: First Energy Electric

_____

_____

***All other terms and conditions of the Contract of Sale remain in full force and effect.***

| | | |
|---|---|---|
| *Gregory Heffner*        06/12/25 | | *Thomas Leatherman II*        06/11/2025 |
| **Buyer Signature                        Date** | | **Seller Signature                        Date** |
| **Gregory  Heffner** | | **Thomas Leatherman II** |
| *Terry Heffner*        06/12/25 | | *Hilery Leatherman*        06/11/2025 |
| **Buyer Signature                        Date** | | **Seller Signature                        Date** |
| | | **Hilery Leatherman** |

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**Page 1 of 1     1/23**



New Market, 26 W Main Street, Suite C New Market MD 21774                Phone: (240) 409-3245        Fax:                                4487 Tulip Tree Lane
Hilery Leatherman                                Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201    www.lwolf.com



## NOTICE TO BUYER AND SELLER OF BUYER'S RIGHTS AND SELLER'S OBLIGATIONS UNDER MARYLAND'S SINGLE FAMILY RESIDENTIAL PROPERTY CONDITION DISCLOSURE LAW

ADDENDUM dated _____ to the Contract of Sale
between Buyer                                   **Gregory  Heffner**
and Seller         **Thomas Leatherman II, Hilery Leatherman**                 for Property
known as                  **4487 Tulip Tree Ln, Middletown, Md  21769**                          .

NOTE: This notice does not apply to: (1) the initial sale of single family residential property which has never been occupied, or for which a certificate of occupancy has been issued within one year prior to the date of the Contract; (2) a transfer that is exempt from the transfer tax under Subsection 13-207 of the Tax-Property Article, except land installments contracts of sale under Subsection 13-207(a)(11) of the Tax-Property Article and options to purchase real property under Subsection 13-207(a)(12) of the Tax-Property Article; (3) a sale by a lender or an affiliate or subsidiary of a lender that acquired the real property by foreclosure or deed in lieu of foreclosure; (4) a sheriff's sale, tax sale, or sale by foreclosure, partition or by court appointed trustee; (5) a transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship, or trust; (6) a transfer of single family residential real property to be converted by the buyer into a use other than residential use or to be demolished; or (7) a sale of unimproved real property.

Section 10-702 of the Real Property Article of the Annotated Code of Maryland ("Section 10-702") requires that a seller of a single family residential property  ("the property") deliver to each buyer, on or before entering into a contract of sale, on a form published and prepared by the Maryland Real Estate Commission, **EITHER:**

(A)  A written property condition disclosure statement listing all defects including latent defects, or information of which the seller has actual knowledge in relation to the following:

   (i)     Water and sewer systems, including the source of household water, water treatment systems, and sprinkler systems;
   (ii)    Insulation;
   (iii)   Structural systems, including the roof, walls, floors, foundation and any basement;
   (iv)   Plumbing, electrical, heating, and air conditioning systems;
   (v)    Infestation of wood-destroying insects;
   (vi)   Land use matters;
   (vii)  Hazardous or regulated materials, including asbestos, lead-based paint, radon, underground storage tanks, and licensed landfills;
   (viii) Any other material defects, including latent defects, of which the seller has actual knowledge;
   (ix)   Whether the required permits were obtained for any improvements made to the property;
   (x)    Whether the smoke alarms:
       1.  will provide an alarm in the event of a power outage;
       2.  are over 10 years old; and
       3.  if battery operated, are sealed, tamper resistant units incorporating a silence/hush button and use long-life batteries as required in all Maryland homes by 2018; and
   (xi)   If the property relies on the combustion of a fossil fuel for heat, ventilation, hot water, or clothes dryer operation, whether a carbon monoxide alarm is installed on the property.

"Latent defects" under Section 10-702 means material defects in real property or an improvement to real property that:

   (i)     A buyer would not reasonably be expected to ascertain or observe by a careful visual inspection, and
   (ii)    Would pose a threat to the health or safety of the buyer or an occupant of the property, including a tenant or invitee of the buyer;

                                        **OR**

(B)  A written disclaimer statement providing that:

   (i)     Except for latent defects of which the seller has actual knowledge, the seller makes no  representations or warranties as to the condition of the real property or any improvements on the real property; and
   (ii)    The buyer will be receiving the real property "as is," with all defects, including latent defects, that may exist, except as otherwise provided in the contract of sale of the property.



**Page 1 of 2  1/23**



At the time the disclosure or disclaimer statement is delivered to you ("the buyer"), you are required to date and sign a written acknowledgement of receipt on the disclosure or disclaimer statement which shall be included in or attached to the contract of sale.

Section 10-702 further provides that a buyer who receives the disclosure or disclaimer statement on or before entering into a contract of sale does not have the right to rescind the contract based upon the information contained in the disclosure or disclaimer statement.

You are hereby notified that, in certain circumstances, you have the right to rescind your contract with the seller if the seller fails to deliver to you the written property condition disclosure or disclaimer statement. Section 10-702 provides that a buyer who does not receive the disclosure or disclaimer statement on or before entering into the contract has the unconditional right, upon written notice to the seller or seller's agent:

    (i)      To rescind the contract at any time before the receipt of the disclosure or disclaimer statement or within 5 days following receipt of the disclosure or disclaimer statement; and

    (ii)     To the immediate return of any deposits made on account of the contract.

Your right to rescind the contract under Section 10-702 terminates if not exercised before making a written application to a lender for a mortgage loan, if the lender discloses in writing at or before the time application is made that the right to rescind terminates on submission of the application or within 5 days following receipt of a written disclosure from a lender who has received your application for a mortgage loan, if the lender's disclosure states that your right to rescind terminates at the end of that 5 day period.

Your rights as a buyer under Section 10-702 may not be waived in the contract and any attempted waiver is void. Your rights as the buyer to terminate the contract under Section 10-702 are waived conclusively if not exercised before:

    (i)      Closing or occupancy by you, whichever occurs first, in the event of a sale; or

    (ii)     Occupancy, in the event of a lease with option to purchase.

The information contained in the property condition disclosure statement is the representation of the seller and not the representation of the real estate broker or sales person, if any. A disclosure by the seller is not a substitute for an inspection by an independent professional home inspection company. You should consider obtaining such an inspection. The information contained in a disclosure statement by the seller is not a warranty by the seller as to the condition of the property of which condition the seller has no actual knowledge or other condition, including latent defects, of which the seller has no actual knowledge. The seller is not required to undertake or provide an independent investigation or inspection of the property in order to make the disclosures required by Section 10-702. The seller is not liable for an error, inaccuracy or omission in the disclosure statement if the error, inaccuracy or omission was based upon information that was not within the actual knowledge of the seller or was provided to the seller by a third party as specified in Section 10-702(i) or (j).

You may wish to obtain professional advice about the property or obtain an inspection of the property.

The undersigned buyer(s) and seller(s) acknowledge receipt of this notice on the date indicated below and acknowledge that the real estate licensee(s) named below have informed the buyer(s) and the seller(s) of the buyer(s)' rights and the seller(s)' obligations under Section 10-702.

| *Gregory Heffner*  06/12/25 | *Thomas Leatherman II*  06/11/2025 |
|---|---|
| Buyer's Signature    Date | Seller's Signature    Date |
| **Gregory Heffner** | **Thomas Leatherman II** |
| *Terry Heffner*  06/12/25 | *Hilery Leatherman*  06/11/2025 |
| Buyer's Signature    Date | Seller's Signature    Date |
| | **Hilery Leatherman** |
| | *Christy Issler*  06/11/2025 |
| Agent's Signature    Date | Agent's Signature    Date |
| **Unrepresented Buyer** | **Christy Issler** |

**Page 2 of 2  1/23**

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Authentisign ID: 8BF5919D-A847-F011-8F7C-000D3A8A9962

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

## MARYLAND RESIDENTIAL PROPERTY DISCLOSURE AND DISCLAIMER STATEMENT

Property Address: **4487 Tulip Tree Ln, Middletown, Md  21769**

Legal Description: **LT 11 BL B PL 6 0.55 ACRE FOUNTAINDALE**

### NOTICE TO SELLER AND PURCHASER

Section 10-702 of the Real Property Article, *Annotated Code of Maryland*, requires the seller of certain residential real property to furnish to the purchaser either (a) a RESIDENTIAL PROPERTY DISCLAIMER STATEMENT stating that the seller is selling the property "as is" and makes no representations or warranties as to the condition of the property or any improvements on the real property, except as otherwise provided in the contract of sale, or in a listing of latent defects; or (b) a RESIDENTIAL PROPERTY DISCLOSURE STATEMENT disclosing defects or other information about the condition of the real property actually known by the seller. Certain transfers of residential property are excluded from this requirement (see the exemptions listed below).

10-702. EXEMPTIONS. The following are specifically <u>excluded</u> from the provisions of §10-702:
1. The initial sale of single family residential real property:
   A. that has never been occupied; or
   B. for which a certificate of occupancy has been issued within 1 year before the seller and buyer enter into a contract of sale;
2. A transfer that is exempt from the transfer tax under §13-207 of the Tax-Property Article, except land installment contracts of sales under §13-207(a) (11) of the Tax-Property Article and options to purchase real property under §13-207(a)(12) of the Tax-Property Article;
3. A sale by a lender or an affiliate or subsidiary of a lender that acquired the real property by foreclosure or deed in lieu of foreclosure;
4. A sheriff's sale, tax sale, or sale by foreclosure, partition, or by court appointed trustee;
5. A transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship. conservatorship, or trust;
6. A transfer of single family residential real property to be converted by the buyer into use other than residential use or to be demolished; or
7. A sale of unimproved real property.

Section 10-702 also requires the seller to disclose information about latent defects in the property that the seller has actual knowledge of. The seller must provide this information even if selling the property "as is." "Latent defects" are defined as: Material defects in real property or an improvement to real property that:
(1) A purchaser would not reasonably be expected to ascertain or observe by a careful visual inspection of the real property; and
(2) Would pose a direct threat to the health or safety of:
   (i)  the purchaser; or
   (ii) an occupant of the real property, including a tenant or invitee of the purchaser.

### MARYLAND RESIDENTIAL PROPERTY DISCLOSURE STATEMENT

NOTICE TO SELLERS: Complete and sign this statement only if you elect to disclose defects, including latent defects, or other information about the condition of the property actually known by you; otherwise, sign the Residential Property Disclaimer Statement. You may wish to obtain professional advice or inspections of the property; however, you are not required to undertake or provide any independent investigation or inspection of the property in order to make the disclosure set forth below. The disclosure is based on your personal knowledge of the condition of the property at the time of the signing of this statement.

NOTICE TO PURCHASERS: The information provided is the representation of the Sellers and is based upon the actual knowledge of Sellers as of the date noted. Disclosure by the Sellers is not a substitute for an inspection by an independent home inspection company, and you may wish to obtain such an inspection. The information contained in this statement is not a warranty by the Sellers as to the condition of the property of which the Sellers have no knowledge or other conditions of which the Sellers have no actual knowledge.

How long have you owned the property? _____

**Property System: Water, Sewage, Heating & Air Conditioning (Answer all that apply)**

| | | | |
|---|---|---|---|
| Water Supply | [_] Public | [_] Well | [_] Other _____ |
| Sewage Disposal | [_] Public | [_] Septic System approved for _____ (# of bedrooms) **Other Type** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| _____ | | | | | | |
| Garbage Disposal | [_] Yes | [_] No | | | | |
| Dishwasher | [_] Yes | [_] No | | | | |
| Heating | [_] Oil | [_] Natural Gas | [_] Electric | [_] Heat Pump Age _____ | [_] Other _____ |
| Air Conditioning | [_] Oil | [_] Natural Gas | [_] Electric | [_] Heat Pump Age _____ | [_] Other _____ |
| Hot Water | [_] Oil | [_] Natural Gas | [_] Electric Capacity _____ Age _____ | [_] Other _____ |

Page 1 of 4

**Please indicate your actual knowledge with respect to the following:**

1. Foundation: Any settlement or other problems?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

2. Basement: Any leaks or evidence of moisture?    [ ] Yes    [ ] No    [ ] Unknown    [ ] Does Not Apply
Comments: _____

3. Roof: Any leaks or evidence of moisture?    [ ] Yes    [ ] No    [ ] Unknown
    Type of Roof: _____ Age _____
Comments: _____
    Is there any existing fire retardant treated plywood?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

4. Other Structural Systems, including exterior walls and floors:
Comments: _____
    Any defects (structural or otherwise)?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

5. Plumbing system: Is the system in operating condition?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

6. Heating Systems: Is heat supplied to all finished rooms?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____
    Is the system in operating condition?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

7. Air Conditioning System: Is cooling supplied to all finished rooms?    [ ] Yes [ ] No    [ ] Unknown    [ ] Does Not Apply
Comments: _____
    Is the system in operating condition?    [ ] Yes    [ ] No    [ ] Unknown    [ ] Does Not Apply
Comments: _____

8. Electric Systems: Are there any problems with electrical fuses, circuit breakers, outlets or wiring?
    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

**8A. Will the smoke alarms provide an alarm in the event of a power outage?    [ ] Yes    [ ] No**
**Are the smoke alarms over 10 years old?    [ ] Yes    [ ] No**
**If the smoke alarms are battery operated, are they sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries as required in all Maryland Homes by 2018?    [ ] Yes    [ ] No**
**Comments:** _____

9. Septic Systems: Is the septic system functioning properly?    [ ] Yes [ ] No [ ] Unknown    [ ] Does Not Apply
    When was the system last pumped?  Date _____    [ ] Unknown
Comments: _____

10. Water Supply: Any problem with water supply?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____
    Home water treatment system:    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____
    Fire sprinkler system:    [ ] Yes    [ ] No    [ ] Unknown    [ ] Does Not Apply
Comments: _____
    Are the systems in operating condition?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

11. Insulation:
    In exterior walls?    [ ] Yes    [ ] No    [ ] Unknown
    In ceiling/attic?    [ ] Yes    [ ] No    [ ] Unknown
    In any other areas?    [ ] Yes    [ ] No    Where? _____
Comments: _____

12. Exterior Drainage: Does water stand on the property for more than 24 hours after a heavy rain?
    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____
    Are gutters and downspouts in good repair?    [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201    www.lwolf.com    4487 Tulip Tree

13. Wood-destroying insects: Any infestation and/or prior damage?        [___] Yes        [___] No        [___] Unknown
Comments: _____
         Any treatments or repairs?        [___] Yes        [___] No        [___] Unknown
         Any warranties?        [___] Yes        [___] No        [___] Unknown
Comments: _____

14. Are there any hazardous or regulated materials (including, but not limited to, licensed landfills, asbestos, radon gas, lead-based paint, underground storage tanks, or other contamination) on the property?        [___] Yes        [___] No        [___] Unknown
If yes, specify below
Comments: _____

15. If the property relies on the combustion of a fossil fuel for heat, ventilation, hot water, or clothes dryer operation, is a carbon monoxide alarm installed in the property?
    [___] Yes        [___] No        [___] Unknown
Comments: _____

16. Are there any zoning violations, nonconforming uses, violation of building restrictions or setback requirements or any recorded or unrecorded easement, except for utilities, on or affecting the property?        [___] Yes        [___] No        [___] Unknown
If yes, specify below
Comments: _____

**16A. If you or a contractor have made improvements to the property, were the required permits pulled from the county or local permitting office?        [___] Yes        [___] No        [___] Does Not Apply        [___] Unknown**
**Comments:** _____

17. Is the property located in a flood zone, conservation area, wetland area, Chesapeake Bay critical area or Designated Historic District?        [___] Yes        [___] No        [___] Unknown   If yes, specify below
Comments: _____

18. Is the property subject to any restriction imposed by a Home Owners Association or any other type of community association?
    [___] Yes        [___] No        [___] Unknown   If yes, specify below
Comments: _____

19. Are there any other material defects, including latent defects, affecting the physical condition of the property?
    [___] Yes        [___] No        [___] Unknown
Comments: _____

NOTE: Seller(s) may wish to disclose the condition of other buildings on the property on a separate RESIDENTIAL PROPERTY DISCLOSURE STATEMENT.

The seller(s) acknowledge having carefully examined this statement, including any comments, and verify that it is complete and accurate as of the date signed. The seller(s) further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Seller(s) _____        Date _____
      **Thomas Leatherman II**

Seller(s) _____        Date _____
      **Hilery Leatherman**

The purchaser(s) acknowledge receipt of a copy of this disclosure statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Purchaser _____        Date _____
      **Gregory  Heffner**

Purchaser _____        Date _____

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201    www.lwolf.com        **4487 Tulip Tree**

## MARYLAND RESIDENTIAL PROPERTY DISCLAIMER STATEMENT

NOTICE TO SELLER(S): Sign this statement only if you elect to sell the property without representations and warranties as to its condition, except as otherwise provided in the contract of sale and in the listing of latent defects set forth below; otherwise, complete and sign the RESIDENTIAL PROPERTY DISCLOSURE STATEMENT.

Except for the latent defects listed below, the undersigned seller(s) of the real property make no representations or warranties as to the condition of the real property or any improvements thereon, and the purchaser will be receiving the real property "as is" with all defects, including latent defects, which may exist, except as otherwise provided in the real estate contract of sale. The seller(s) acknowledge having carefully examined this statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Section 10-702 also requires the seller to disclose information about latent defects in the property that the seller has actual knowledge of. The seller must provide this information even if selling the property "as is." "Latent defects" are defined as: Material defects in real property or an improvement to real property that:

    (1)  A purchaser would not reasonably be expected to ascertain or observe by a careful visual inspection of the real property; and
    (2)  Would pose a direct threat to the health or safety of:
        (i)  the purchaser; or
        (ii)  an occupant of the real property, including a tenant or invitee of the purchaser.

Does the seller(s) have actual knowledge of any latent defects? [ __ ] Yes   [X] No   If yes, specify:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Seller  *Thomas Leatherman II*                          Date  06/11/2025
       **Thomas Leatherman II**
Seller  *Hilery Leatherman*                              Date  06/11/2025
       **Hilery Leatherman**

The purchaser(s) acknowledge receipt of a copy of this disclaimer statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Purchaser  *Gregory Heffner*                             Date  06/12/25
       **Gregory Heffner**
Purchaser  *Jerry Heffner*                               Date  06/12/25

FORM: MREC/DLLR:  Rev 07/31/2018

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com      **4487 Tulip Tree**

 **Maryland REALTORS®**

**DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS**

4487 Tulip Tree Ln
Property Address: **Middletown, Md  21769**
_____

SELLER/LANDLORD REPRESENTS AND WARRANTS, INTENDING THAT SUCH BE RELIED UPON REGARDING THE ABOVE PROPERTY, THAT **(SELLER/LANDLORD TO INITIAL APPLICABLE LINE)**: _TL_ / _HL_ housing was constructed prior to 1978 **OR** _____ / _____ date of construction is uncertain.

**FEDERAL LEAD WARNING STATEMENT**: A buyer/tenant of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may contain lead-based paint and that exposure to lead from lead-based paint, paint chips or lead paint dust may place young children at risk of developing lead poisoning if not managed properly Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller/landlord of any interest in residential real property is required to disclose to the buyer/tenant the presence of known lead-based paint hazards and to provide the buyer/tenant with any information on lead-based paint hazards from risk assessments or inspections in the seller's/landlord's possession. A **tenant** must receive a federally approved pamphlet on lead poisoning prevention. It is recommended that a **buyer** conduct a risk assessment or inspection for possible lead-based paint hazards prior to purchase.

**Seller's/Landlord's Disclosure**

(a)  Presence of lead-based paint and/or lead-based paint hazards (initial (i) or (ii) below):

   (i)  _____ / _____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).
   _____
   _____

   (ii)  _TL_ / _HL_ Seller/Landlord has no knowledge of lead-based paint or lead-based paint hazards in the housing.

(b)  Records and reports available to the seller (initial (i) or (ii) below):

   (i)  _____ / _____ Seller/Landlord has provided the purchaser/tenant with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).
   _____
   _____

   (ii)  _TL_ / _HL_ Seller/Landlord has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Buyer's/Tenant's Acknowledgment** (initial)

(c)  _____ / _____ Buyer/Tenant has received copies of all information listed in section (b)(i) above, if any.

(d)  _GH_ / _TH_ Buyer/Tenant has received the pamphlet Protect Your Family from Lead In Your Home.

**(e) Buyer** has (initial (i) or (ii) below):

   (i)  _____ / _____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint or lead-based paint hazards; or

   (ii)  _GH_ / _TH_ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (initial)

(f)  _CI_ Agent has informed the Seller/Landlord of the Seller's/Landlord's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | |
|---|---|---|
| _Thomas Leatherman II_    06/11/2025 | _Gregory Heffner_    06/12/25 |
| **Seller/Landlord**                **Date** | **Buyer/Tenant**                **Date** |
| **Thomas Leatherman II** | **Gregory Heffner** |
| _Hilery Leatherman_    06/11/2025 | _Terry Heffner_    06/12/25 |
| **Seller/Landlord**                **Date** | **Buyer/Tenant**                **Date** |
| **Hilery Leatherman** | |
| _Christy Issler_    06/11/2025 | |
| **Seller's/Landlord's Agent**                **Date** | **Buyer's/Tenant's Agent**                **Date** |
| **Christy Issler** | **Unrepresented Buyer** |

10/17

©Copyright 2017 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

Authentisign ID: 8BF5919D-A847-F011-8F7C-000D3A8A9962

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962



**MARYLAND LEAD POISONING PREVENTION PROGRAM DISCLOSURE**

         **4487 Tulip Tree Ln**
**Property Address: Middletown, Md  21769**

**MARYLAND LEAD POISONING PREVENTION PROGRAM DISCLOSURE:** Under the Maryland Lead Poisoning Prevention Program (the "Maryland Program"), any leased residential dwelling constructed prior to 1978 is required to be registered with the Maryland Department of the Environment (MDE). Detailed information regarding compliance requirements may be obtained at: http://www.mde.state.md.us/programs/Land/LeadPoisoningPrevention/Pages/index.aspx.

1. Seller hereby discloses that the Property was constructed prior to 1978;

AND

The Property _____ / _____ **is** or _TLL_ / _HL_ **is not** registered in the Maryland Program (**Seller to initial applicable line**).

2.   If the Property was constructed prior to 1978 and Buyer intends to lease the Property effective immediately following settlement or in the future, Buyer is required to register the Property with the Maryland Department of the Environment within thirty (30) days following the date of settlement or within thirty (30) days following the conversion of the Property to rental property as required by the Maryland Program. Buyer is responsible for full compliance under the Maryland Program, including but not limited to, registration; inspections; lead-paint risk reduction and abatement procedures; payment of all fees, costs and expenses; and the notice requirements to tenants.

3.   If the Property is registered under the Maryland Program as indicated above, Seller further discloses to Buyer that an event as defined under the Maryland Program (including, but not limited to, notice of the existence of lead-based paint hazards or notice of elevated blood lead levels from a tenant or state, local or municipal health agency) (**Seller to initial applicable line**) _____ / _____ has; or _____ / _____ has **not** occurred, which obligates Seller to perform either the modified or full risk reduction treatment of the Property as required under the Maryland Program. If an event has occurred that obligates Seller to perform either the modified or full risk reduction treatment of the Property, Seller hereby discloses the scope of such treatment as follows:

_____

_____

If such event has occurred, Seller (**Seller to initial applicable line**) _____ / _____ will; OR _____ / _____ will **not** perform the required treatment prior to transfer of title of the Property to Buyer.

**ACKNOWLEDGEMENT:** Buyer acknowledges by Buyer's initials that Buyer has read and understands the above Paragraphs. _GH_ / _TH_ **(BUYER)**

**CERTIFICATION OF ACCURACY:** The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| _Thomas Leatherman II_  06/11/2025 | | _Gregory Heffner_  06/12/25 | |
| **Seller**                     **Date** | | **Buyer**                       **Date** | |
| **Thomas Leatherman II** | | **Gregory Heffner** | |
| _Hilery Leatherman_  06/11/2025 | | _Terry Heffner_  06/12/25 | |
| **Seller**                     **Date** | | **Buyer**                       **Date** | |
| **Hilery Leatherman** | | | |
| _Christy Issler_  06/11/2025 | | | |
| **Seller's Agent**             **Date** | | **Buyer's Agent**               **Date** | |
| **Christy Issler** | | **Unrepresented Buyer** | |

©Copyright 2017 Maryland REALTORS®. For use by REALTOR® members of Maryland Association of REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

New Market, 26 W Main Street, Suite C New Market MD 21774                                    Phone: (240) 409-3245          Fax:                                  4487 Tulip Tree
Hilery Leatherman                          Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201  www.lwolf.com



### Consumer Notice to Buyers of Residential Real Estate in Maryland

### (Include with Exclusive Buyer/Tenant Representation Agreement)

**Buyers of residential real estate in Maryland are advised to inquire about the following items:**

**COVENANTS RUNNING WITH THE LAND:** Covenants running with the land are agreements that stipulate that ownership of the land cannot be transferred unless the new owner agrees to continue to abide by the covenants. They cannot be separated from the land and transfer with it. For example, an individual might own property subject to a covenant that requires the property to be used for charitable purposes only. A buyer who purchases the property must agree to use the property for charitable purposes only.

**DEED RESTRICTIONS:** Deed restrictions are provisions in a deed that limit the use of the property. With some exceptions, deed restrictions cannot be removed by the new owner.

**EASEMENTS:** An easement is a right, privilege, or interest that one party has in the land of another. There are many types of easements, including, conservation easements, utility easements, gas line easements, and power line easements. Easements may be in property deeds or title papers, and are part and parcel of the land they affect.

**LEASES:** A lease is any agreement that gives rise to a landlord/tenant relationship. Unless otherwise specified in the lease agreement, the buyer of a property occupied by a tenant under a lease is bound by the conditions and terms of the lease.

**ONSITE SEWAGE DISPOSAL SYSTEMS (OSDS) WITH BEST AVAILABLE TECHNOLOGY (BAT):** An OSDS is a wastewater treatment system that discharges the treated effluent into the ground. An OSDS with best available technology reduces nitrogen levels. If an OSDS system with BAT is installed on the property, Seller may have used state funds to purchase the system. If state funds were used to purchase the system, the property may be encumbered by an easement that obligates the owner of the property to comply with certain requirements such as maintaining the system and allowing the Maryland Department of the Environment and the county/city in which the property is located to inspect the system. Buyer is advised to inquire about the terms under which an OSDS system with BAT was installed on the property and check with the appropriate city/county agency.

**PROPANE TANKS:** Propane is a source of energy that is used for heating homes and water, cooking and refrigerating food, drying clothes, and fueling gas fireplaces and barbecue grills. Propane tanks may be owned or leased. If a propane tank is installed on the property, Buyer is advised to inquire about the terms under which the propane tank was installed, how to transfer the ownership or lease, and any costs associated with the transfer.

**HOME SECURITY SYSTEMS THAT RECORD AUDIO:** Buyer is advised that Maryland law prohibits **audio recording** of private conversations without the consent of all parties.

**SOLAR PANELS:** Solar panels are devices that convert light into electricity. If solar panels are installed on the property, Buyer is advised to inquire about the terms under which the solar panels were installed, how to transfer the ownership or lease, and any costs associated with the transfer.

**WIRE FRAUD THROUGH EMAIL:** Buyer is advised to never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Buyer should always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Buyer should never wire money without double-checking that the wiring instructions are correct.

**DEPOSIT HELD BY ESCROW AGENT:** Buyer is advised that an escrow agent, other than a Maryland licensed real estate broker, is not subject to the same legal requirements that Maryland licensed real estate brokers are under the Maryland Real Estate Brokers Act concerning the holding and the release of deposit monies. If the deposit is going to held by a third party other than by a Maryland licensed real estate broker involved in the transaction, the parties are required to enter into a separate written escrow agreement, binding upon the parties and the escrow agent that complies with Section 10-802 of the Real Property Article, Annotated Code of Maryland.

**SMOKE ALARMS:** Buyer is notified that there were changes in Maryland law regarding smoke alarms and smoke detectors (Section 9-101 et seq. of the Public Safety Article, Annotated Code of Maryland). The type of smoke alarm required in a dwelling depends upon the age of the property. As of January 1, 2018, among other changes, no alarm—battery powered or hard-wired— may be older than 10 years from the date of manufacture, and if battery powered, be sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries. There are penalties for non-compliance. Additionally, some jurisdictions have more stringent rules for new construction or for rentals. Buyer is advised to inquire about smoke alarm compliance. Buyer may



©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.



New Market, 26 W Main Street, Suite C New Market MD 21774                                        Phone: (240) 409-3245         Fax:                          4487 Tulip Tree
Hilery Leatherman                                 Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com

view the smoke alarm requirements at: http://mgaleg.maryland.gov/mgawebsite/Laws/StatuteText?article=gps&section=9-101&enactments=false. Buyer may contact the local fire marshal to obtain additional information about the smoke alarm law.

**CONDOMINIUM/HOA RESERVE STUDY:** A Reserve Study is a long-term capital budgeting tool that a condominium/HOA uses to determine the amount of money it should set aside in its Reserve Fund for replacement, repair, or restoration of common areas. The Reserve Fund is financed by collecting condominium dues, HOA fees, or special assessments. Buyer is advised to pay close attention to the reserve study report of a condominium/HOA as an underfunded Reserve Fund may result in a future increase of condominium dues, HOA fees, or the imposition of special assessments upon Buyer.

*Gregory Heffner*          06/12/25               *Terry Heffner*          06/12/25
_____        _____
**Buyer Signature**                   **Date**        **Buyer Signature**                   **Date**
**Gregory Heffner**

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com        **4487 Tulip Tree**