**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

In re:

| | |
|---|---|
| HILERY MARIE LEATHERMAN | 24-15386 |
| THOMAS EDWARD LEATHERMAN II | Chapter 13 |
| Debtors | |

## ORDER APPROVING SALE

Upon consideration of the Debtor's Motion to Sell Property of the Estate, and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the debtor's Motion is hereby Granted; and it is further

**ORDERED**, that the sale noticed by the debtor in this case of real property known as 4487 Tulip Tree Lane, Middletown, Maryland 21769, is approved by the court, under the terms of this Order; and it is further

**ORDERED**, that all debts secured by present liens upon the property shall be paid at settlement; and it is further

**ORDERED**, that after payment of the costs of closing and satisfaction of liens upon the property, the settlement office shall remit directly to the Chapter 13 Trustee the remaining nonexempt net proceeds, together with a copy of the executed settlement sheet (HUD-1); and it is further

**ORDERED**, that, if necessary, the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

**ORDERED**, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:

Chapter 13 Trustee
Debtors
Debtors' Counsel
Interested Parties

**END OF ORDER**