# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| In re: ) | |
| ) | |
| HILERY MARIE LEATHERMAN ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II ) | Chapter 13 |
| ) | |
| Debtors ) | |
| _____) | |

## MOTION TO SHORTEN TIME
## AND/OR REQUEST FOR EXPEDITED HEARING

COMES NOW Debtors, Hillary Marie Leatherman and Thomas Edward Leatherman, II, by and through their undersigned counsel, and hereby requests that the Court shorten the time to object to the motion or other paper identified herein in accordance with Local Bankruptcy Rule 9013-7 and for the reasons explained below. If a timely objection is filed or the Court otherwise finds a hearing necessary, the Movant requests that the Court set a hearing on the motion or other paper on the date requested below or as soon as reasonably practicable.

Title of Motion or Other Paper:  Motion to Sell Property of the Estate [Dkt. No. 29].

Requested Objection Deadline:  July 11, 2025, at 5:00 p.m.

Requested Hearing Date: June 14, 2025.

Reasons for Request:  The closing date on the real property being sold is scheduled for July 15, 2025.  The purchasers' interest rate is guaranteed through July 15, 2025.

Parties affected by the relief requested in the Motion or Other Paper:  Freedom Mortgage Company and Middletown Valley Bank who have a security interest in the real property which is the subject of the Motion to Sell Property of the Estate.

I hereby certify that the reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

Dated:  July 1, 2025	Respectfully submitted,


	/s/ David E. Cahn	
	David E. Cahn, Bar No. 18279
	The Law Office of David Cahn, LLC
	129 W. Patrick St., Ste. 10
	Frederick, MD  21701
	Tel: (301) 799-8072/Fa: (877) 862-5426
	cahnd@cahnlawoffice.com


**CERTIFICATE OF SERVICE**

	I hereby certify that on July 1, 2025, a true and correct copy of the foregoing Motion to Shorten Time, Exhibit, Notice of Motion, and Proposed Order was served electronically via the CM/ECF system to:

- Timothy P. Branigan     cmecf@chapter13maryland.com
- Christine Maggard     christine.maggard@brockandscott.com, wbecf@brockandscott.com
- Andrew Leonard Spivack     andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik     ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

and via the United States Postal Service with prepaid first class postage to the parties on the following Mailing Matrix.

	 /s/ David E. Cahn	
	David E. Cahn