**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

**In re:**

| | |
|---|---|
| **HILERY MARIE LEATHERMAN** | **24-15386** |
| **THOMAS EDWARD LEATHERMAN II** | **Chapter 13** |
| **Debtors** | |

**ORDER GRANTING REQUEST TO SHORTEN TIME AND EXPEDITED HEARING**

Having considered the Movants' Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the Request for Expedited Hearing is shortened to the date and time set forth above; and it is further

ORDERED, that a hearing upon the Request for Expedited Hearing will be held on the date and time set forth above in Courtroom 3-C of the U.S. Bankruptcy Court in District of Maryland, or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by the Court's CM/ECF system, electronic mail a copy of the Request for Expedited Hearing and this Order on the affected parties identified in the Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the Request for Expedited Hearing, the Request for Expedited Hearing may be granted without further notice or hearing.

cc:
Debtor
Debtor's Counsel
Creditors
All Interested Parties

**END OF ORDER**