| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-15386<br>District of Maryland<br>Greenbelt<br>Tue Jul  1 21:28:10 EDT 2025 | Affirm, Inc.<br>650 California St., Fl. 12<br>San Francisco, CA 94108-2716 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America<br>4060 Ogletown/Stanton Rd.<br>Newark, DE 19713 | Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Bank of Missouri<br>P.O. Box 4488<br>Beaverton, OR 97076-4402 | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 |
| David Erwin Cahn<br>Law Office of David Cahn, LLC<br>129-10 W. Patrick St., 2nd Fl.<br>Frederick, MD 21701 | Capital One Bank (USA), NA<br>4851 Cox Rd.<br>Glen Allen, VA 23060-6293 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital Women's Care<br>PO Box 791208<br>Baltimore, MD 21279-1208 | Chase Bank<br>PO Box 36520<br>Louisville, KY 40233-6520 | Citibank<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| Credit One Bank<br>PO Box 60500<br>City Of Industry, CA 91716-0500 | Cynthia J. Moorman, MD, PA<br>Attn # 26323R, PO Box 14000<br>Belfast, ME 04915-4033 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | FB&T<br>101 Crossways Park Dr. W<br>Woodbury, NY 11797-2020 | Family Dental Associates<br>504B W. Patrick St.<br>Frederick, MD 21701-4049 |
| Frederick Memorial Health<br>400 W 7th St.<br>Frederick, MD 21701-4593 | Frederick Pathology Consultatns, P.A.<br>PO Box 43130<br>Nottingham, MD 21236-0130 | Freedom Mortgage<br>PO Box 619063<br>Dallas, TX 75261-9063 |
| Freedom Mortgage / Attn: Bankruptcy Departme<br>11988 Exit 5 Pkwy., Bldg. 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103-2930 |

| | | |
|---|---|---|
| GS Bank USA<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 | Hyundai Capital America DBA Hyundai Motor Fi<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Motor Finance<br>Po Box 650805<br>Dallas, TX 75265-0805 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (p)JOHNS HOPKINS HEALTH SYSTEM<br>3910 KESWICK ROAD<br>SUITE 3300<br>BALTIMORE MD 21211-2226 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Hilery Marie Leatherman<br>4487 Tulip Tree Lane<br>Middletown, MD 21769-7612 |
| Thomas Edward Leatherman II<br>4487 Tulip Tree Lane<br>Middletown, MD 21769-7612 | Christine Maggard<br>Brock & Scott, PLLC<br>3825 Forrestgate Dr.<br>Suite 150<br>Winston-Salem, NC 27103-2930 | Maryland State Fair<br>PO Box 188<br>2200 York Rd.<br>Lutherville Timonium, MD 21093-3120 |
| Middletown Valley Bank<br>PO Box 75<br>Middletown, MD 21769-0075 | Middletown Valley Bank<br>24 W. Main Street<br>PO Box 75<br>Middletown, MD 21769-0075 | Middletown Valley Bank<br>498 N. Potomac Street<br>Hagerstown, MD 21740-3865 |
| Middletown Valley Bank<br>Maurice B. VerStandig, Esq.<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854-3976 | Middletown Valley Family Medicine, P.A.<br>Attn # 31681C, PO Box 14000<br>Belfast, ME 04915 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Patriot Federal Credit Union<br>800 Wayne Ave., PO Box 778<br>Chambersburg, PA 17201-0778 | Quest Diagnostics<br>PO Box 825<br>South Windsor, CT 06074-0825 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Andrew Leonard Spivack<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Ryan Srnik<br>Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Suite 150<br>Winston-Salem, NC 27103-2930 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| Synchrony Bank<br>170 West Election Road, Ste. 125<br>Draper, UT 84020-6425 | Treasurer of<br>Frederick County<br>30 North Market Street<br>Frederick, MD  21701-5420 | USAA Savings Bank<br>PO Box 33009<br>San Antonio, TX 78265-3009 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | Verizon<br>500 Technology Drive<br>Suite 550<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

Wiener and Daniels, DPM, PA
20 Crossrads Dr., Ste. 14-15
Owings Mills, MD 21117-5419

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Johns Hopkins Health System
Po Box 417714
Boston, MA 02241

(d)Office of the Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    60
Bypassed recipients     0
Total                  60