**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| HILERY M. LEATHERMAN and : | Case No. 24-1-5386-MCR |
| THOMAS E. LEATHERMAN, II, : | Chapter 13 |
| Debtors. : | |
| : | |

**TRUSTEE'S RESPONSE TO MOTION**
**TO SELL REAL PROPERTY**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), responds to the Motion to Sell Property of the Estate. The Trustee will consent to the proposed transfer pursuant to section 363 of the Bankruptcy Code only on the condition that the Debtors' net proceeds, after the payments to the lienholders on the property, are paid to the Trustee for distribution under the plan to be confirmed. The plan specifies that pre-petition arrears owed to Freedom Mortgage and Middletown Valley Bank will be paid through the plan. The sale will generate proceeds, which are property of the estate. At this time, the amount necessary to pay all creditors in full is approximately $192,550 (including pre-petition arrears in the amount of $14,222.30).

Respectfully submitted,

July 2, 2025

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland  21046
(410) 290-9120

- 2 -

## Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

David Cahn, Esq.

I caused a copy of the foregoing to be sent on July 2 2025 by first-class U.S. mail, postage prepaid to:

Hilery and Thomas Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769

                                                /s/ Timothy P. Branigan
                                   Timothy P. Branigan (Fed. Bar No. 06295)