

**MARIA ELLENA CHAVEZ-RUARK**
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>HILERY MARIE LEATHERMAN,<br>THOMAS EDWARD LEATHERMAN, III,<br><br>Debtors. | Case Number: 24-15386-MCR<br>(Chapter 13) |

### ORDER SHORTENING TIME TO RESPOND TO MOTION TO SELL
### AND SCHEDULING EXPEDITED HEARING ON MOTION TO SELL

On July 1, 2025, Hilery Marie Leatherman and Thomas Edward Leatherman (the "Debtors") filed a Motion to Sell Property of the Estate [Dkt. No. 29] (the "Motion to Sell"). On the same day, the Debtors filed a Motion to Shorten Time and/or Request for Expedited Hearing [Dkt. No. 30] (the "Motion to Shorten Time"). The Court finds good cause to shorten the time for parties in interest to file responses to the Motion to Sell as permitted by Bankruptcy Rule 9006(c)(1) and to hold an expedited hearing on the Motion to Sell.

Now, therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Shorten Time is granted as set forth herein; and it is further

ORDERED, that the deadline for parties in interest to file responses to the Motion to Sell is shortened to **July 11, 2025 at 1:00 p.m.**; and it is further

ORDERED, that the Court will hold a hearing on the Motion to Sell on **July 14, 2025 at 1:00 p.m.** by videoconference (for videoconference hearing access information, go to [www.mdb.uscourts.gov/hearings](www.mdb.uscourts.gov/hearings)); and it is further

ORDERED, that the Debtors shall serve by overnight delivery a copy of the Motion to Sell and this Order on all parties in interest which may claim to have an interest in the property proposed to be sold (including an ownership interest, a lien interest, a leasehold interest, and/or a possessory interest) and file a certificate of service within two (2) business days of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the Motion to Sell, the Court may grant the Motion to Sell without further notice or hearing.

cc: Debtors
     Debtors' Counsel
     Chapter 13 Trustee
     Office of the United States Trustee
     All creditors and parties in interest

**END OF ORDER**