United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 24-15386-MCR

Hilery Marie Leatherman                                      Chapter 13

Thomas Edward Leatherman, II
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                              User: admin                                    Page 1 of 4

Date Rcvd: Jul 03, 2025                      Form ID: pdfall                              Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 03 2025 19:13:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 03 2025 19:24:25 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 19:24:39 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 19:24:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2025 19:13:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2025 19:13:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2025 19:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 03 2025 19:14:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 03 2025 19:13:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |

| | | | | |
|---|---|---|---|---|
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 03 2025 19:13:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2025 19:24:31 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 03 2025 19:24:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580235 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 03 2025 19:24:36 | Chase Bank, PO Box 36520, Louisville, KY 40233-6520 |
| 32580236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2025 19:24:24 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2025 19:24:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2025 19:14:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 03 2025 19:24:36 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + | Email/Text: mrdiscen@discover.com | Jul 03 2025 19:13:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | | Email/Text: mrdiscen@discover.com | Jul 03 2025 19:13:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 03 2025 19:13:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 03 2025 19:13:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 03 2025 19:13:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 03 2025 19:14:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 03 2025 19:14:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2025 19:14:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 03 2025 19:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | | Email/Text: bankruptcy@jh.edu | Jul 03 2025 19:13:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32626950 | + | Email/Text: RASEBN@raslg.com | Jul 03 2025 19:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 19:24:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 03 2025 19:24:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + | Email/Text: bankruptcy@patriotfcu.org | Jul 03 2025 19:14:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 32580255 | ^ | MEBN | Jul 03 2025 19:13:30 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | Jul 03 2025 19:24:21 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 32580671 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 03 2025 19:14:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2025 19:24:09 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 | Email/Text: treasuryquestions@frederickcountymd.gov | Jul 03 2025 19:14:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + Email/Text: bkelectronicnotices@usaa.com | Jul 03 2025 19:13:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + Email/PDF: ebn_ais@aisinfo.com | Jul 03 2025 19:24:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 03 2025 19:13:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Ryan Srnik | |

District/off: 0416-0

Date Rcvd: Jul 03, 2025

User: admin

Form ID: pdfall

Page 4 of 4

Total Noticed: 54

ryan.srnik@brockandscott.com  wbecf@brockandscott.com

Timothy P. Branigan

cmecf@chapter13maryland.com

TOTAL: 6

Entered: July 3rd, 2025
Signed: July 3rd, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Greenbelt

In re:

HILERY MARIE LEATHERMAN,
THOMAS EDWARD LEATHERMAN, III,

     Debtors.

Case Number:  24-15386-MCR
(Chapter 13)

ORDER SHORTENING TIME TO RESPOND TO MOTION TO SELL
AND SCHEDULING EXPEDITED HEARING ON MOTION TO SELL

On July 1, 2025, Hilery Marie Leatherman and Thomas Edward Leatherman (the "Debtors") filed a Motion to Sell Property of the Estate [Dkt. No. 29] (the "Motion to Sell"). On the same day, the Debtors filed a Motion to Shorten Time and/or Request for Expedited Hearing [Dkt. No. 30] (the "Motion to Shorten Time"). The Court finds good cause to shorten the time for parties in interest to file responses to the Motion to Sell as permitted by Bankruptcy Rule 9006(c)(1) and to hold an expedited hearing on the Motion to Sell.

Now, therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Shorten Time is granted as set forth herein; and it is further

ORDERED, that the deadline for parties in interest to file responses to the Motion to Sell is shortened to **July 11, 2025 at 1:00 p.m.**; and it is further

ORDERED, that the Court will hold a hearing on the Motion to Sell on **July 14, 2025 at 1:00 p.m.** by videoconference (for videoconference hearing access information, go to www.mdb.uscourts.gov/hearings); and it is further

ORDERED, that the Debtors shall serve by overnight delivery a copy of the Motion to Sell and this Order on all parties in interest which may claim to have an interest in the property proposed to be sold (including an ownership interest, a lien interest, a leasehold interest, and/or a possessory interest) and file a certificate of service within two (2) business days of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the Motion to Sell, the Court may grant the Motion to Sell without further notice or hearing.

cc:     Debtors
        Debtors' Counsel
        Chapter 13 Trustee
        Office of the United States Trustee
        All creditors and parties in interest

**END OF ORDER**