IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                )
                                      )
HILERY MARIE LEATHERMAN               )    Case No. 24-15386-MCR
THOMAS EDWARD LEATHERMAN II           )    Chapter 13
                                      )
    Debtors                           )
                                      )
_____)

## AFFIDAVIT PURSUANT TO F.R. Bankr. P. 2014(a)

I, Christine Issler, do hereby depose and swear under the penalties of perjury that the following matters are true and correct:

1. My name is Christine Issler. I am a licensed Agent and Principal Broker of Charis Realty Group ("**Realtor**"). A true and correct copy of my bio is attached hereto and incorporated herein by reference for all purposes.

2. Realtor's office is located at 241 E 4th Street, Suite 205, Frederick, Maryland 21701.

3. Hilery Marie Leatherman and Thomas Edward Leaatherman, II, Debtors, seek to employ Realtor to provide professional real estate brokerage services. Specifically, Debtors are asking Realtor to prepare, stage, and sell certain real estate and improvements owned by Debtors located at 4487 Tulip Tree Lane, Middletown, Maryland 21679.

4. Realtor is well qualified to provide such services, and is willing to accept employment on the basis set forth in the Application to Employ, to which this Declaration is attached.

5. I have reviewed a list of all creditors and parties in interest in this bankruptcy case. Realtor has no connection with the creditors, or other party in interest herein, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

6. Realtor does not have claims against the Debtor's Estate. Realtor represents no interest adverse to the Debtors or Debtors' Estate in the matters upon which Realtor is to be engaged.

7. During the period of employment as real estate broker for the Debtor, Realtor will not hold interest adverse to the interests of the Debtors.

8. Realtor has not received any retainer or payment from the Debtors or any third parties for the proposed services. In addition, Realtor has requested fees for services rendered in the amount of no more than six percent (6%) of the sales price upon the successful sale of the above-mentioned real property for themselves and $550.00.

9. Realtor does not have agreements or arrangements with third parties for the payment of any fees herein.

10. I will personally be responsible for providing the professional services sought by Debtors. Administrative and secretarial work related to the professional services will be done by office staff.

11. Pursuant to and in accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2025         /s/Christine Issler  _____ 7/8/25
                            Christine Issler, Agent and Principal Broker
                            Charis Realty Group

# Christy Issler

O: 301-831-5099 x101 M: 240-285-6497

## Christy Sells Homes, Not Houses

Christy is the Co-Owner and Principal Broker of Charis Realty Group headquartered in Frederick, Maryland and providing exceptional real estate services to Maryland, West Virginia, Virginia, Delaware, and Pennsylvania. She lived all of her young life in Mount Airy until attending Grove City College in Pennsylvania to earn her Bachelors in Business Communication. She now loves living in Urbana and being a part of the vibrant Frederick County community. Since earning her real estate license in 2003, Christy wholly fell in love with the opportunities the industry provides to help people through some of the most significant changes of their lives. Whether it's helping a family downsize, or a couple moving in together, you'll find that Real Estate plays a large role in almost every transitional time in a person's life. These transactions are inherently some of the most stressful that a person can endure and having appropriate assistance can virtually eliminate that stress and create joy. The desire to help people at the highest possible level of skill and grace inspired the beginning of Charis Realty Group in 2013, as a need for a practical resource to the community based in passionate professionalism and a genuine investment in their best interest became evident. Christy strives, first and foremost, to use her expertise in the industry, commitment to her community, and passion for people to actualize the safest and most seamless experience possible.

When not on the road with a lockbox in hand, or in the office assisting agents and facilitating operations, Christy enjoys spending time with her husband of 18 years, Jonathan, and their two boys Kyle (15) and Zachary (12). They're rarely seen without their very rambunctious American Staffordshire Terrier, Finn (formally FN2187 for you Star Wars fans). The boys attend local public and private schools and they are active members of Damascus Road Community Church as well as Tristar Martial Arts and LOUYAA sports.

No matter what chapter of life you're facing, Christy has helped someone with something similar. She and Thomas are ready to help and to make this transition a graceful one.