Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962



# EXCLUSIVE RIGHT TO SELL RESIDENTIAL BROKERAGE AGREEMENT

**DATE:** June 10, 2025

**1. SELLER(S) (List all):** Thomas Leatherman II, Hilery Leatherman

**Mailing Address:**

**Office Telephones:** / **Office/Home Fax:** /

**Home Telephones:** / **Cell Phones:** /

**Email Addresses:** tleatherman81@gmail.com / homesbyhil@gmail.com

**2. BROKER:** Charis Realty Group

**Office Address:** 241 E 4th Street, Ste 205, Frederick, MD 21701

**Office Telephone:** (301)831-5099    **Office Fax:** (301)960-8240

**Listing Agent:** Christy Issler    **Direct Line:** (301)831-5099

**Home Phone:**    **Cell Phone:**

**Email Address:** christy@charisrealty.com

**3. PROPERTY LISTING:** Charis Realty Group ("Broker") is hereby authorized by the undersigned Seller(s) or by the authorized representative of Seller(s) ("Seller") to sell, as the exclusive real estate broker, the property known as: **4487 Tulip Tree Ln, Middletown, Md 21769** ("Property"). Seller acknowledges that the Property is being conveyed (**initial** one selection) TL / HL IN FEE SIMPLE, or ___/___ SUBJECT TO AN ANNUAL GROUND RENT, now existing, in the amount of $ _____, payable semi-annually.

**4. AGREEMENT TERM AND RIGHTS OF PARTIES FOLLOWING EXPIRATION OR TERMINATION OF AGREEMENT:**

This Agreement shall be effective on **June 10, 2025** (mm/dd/yyyy) and shall continue until 11:59:59 p.m. on **September 30, 2025** (mm/dd/yyyy), unless terminated in accordance with the provisions of this section. Pursuant to Maryland Code, Real Property, Section 14-903, this Agreement may not be longer than a year in duration.
As required under Section 17-534(b)(5) of the Maryland Real Estate Brokers Act, the parties agree to the following provision for the termination of this Agreement *(Broker to insert terms of termination)*:
**Either party may terminate this agreement simply with 72 hour e-mail notice. Should the sellers terminate prior to expiration then upon termination the seller will pay a $1,000 termination fee.**

An expiration or termination of this Agreement by Seller or Broker shall be subject to the provisions of Paragraph 14 of this Agreement, and Paragraph 14 of this Agreement shall survive the expiration or termination of this Agreement. Notwithstanding the rights of the parties to terminate this Agreement as provided herein, Broker, in Broker's sole and absolute discretion, may terminate this Agreement at any time and effective immediately in the event Seller provides any false information, misrepresents any fact to Broker or other third-party, or violates or indicates any intention to discriminate in violation of any applicable federal, state or local fair housing law(s). If a Contract of Sale is entered into by Seller during this Agreement, which provides for settlement to occur after the expiration of this Agreement, this Agreement shall be automatically extended until settlement has occurred or until the Contract of Sale is released in writing by the parties, but in no event shall the duration of this Agreement, including any extension, extend beyond one year in duration.

**5. LISTING PRICE:** The listing price of the Property is $ **650,000.00** and shall be the price advertised by Broker. If Seller desires to change the listing price, Seller shall immediately inform Broker in writing of the changed listing price, and such changed listing price shall thereafter be the price advertised by Broker.

REALTOR®  New Market, 26 W Main Street, Suite C New Market MD 21774    (240) 409-3245    4487 Tulip Tree
Hilery Leatherman    Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Page 1 of 10   10/24

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

**6. SHOWING INSTRUCTIONS** *(for LOCK BOX see addendum)*: <u>Online scheduling through showing time and an agreed upon lockbox (either combination or sentrilock).</u>

**7. MARKETING/MLS/INTERNET ADVERTISEMENT:**

    (a)   Broker is authorized to and shall market the Property including, but not limited to, entering the Property into the applicable multiple listing service(s) ("MLS"), installing a sign, photographing the Property and installing a lock box. Seller acknowledges that Broker is bound by the bylaws, policies and procedures, and rules and regulations governing the MLS and the lock box system owner. Upon the execution of this Agreement, Seller and Broker shall establish the date and status upon which the Property will be entered into the MLS by executing the MLS Disclosures and Residential Seller/Landlord Options form. Broker is hereby granted the right to report to the MLS for dissemination, in accordance with the MLS rules and policies, any contract of sale and sales price (including the other terms upon which any sale of the Property is made). Except as otherwise provided in paragraphs (b), (c), (d), and (e) below and in accordance with the directions therein, Broker, upon election by Broker and in Broker's sole and absolute discretion, is hereby authorized by Seller to submit and market the Property (including street name and house number) by and through:

1. Broker's internet website;
2. The Internet websites of licensed real estate salespersons or associate real estate brokers affiliated with Broker;
3. Any other Internet website in accordance with applicable MLS rules and regulations;
4. Print media; and/or
5. Any available MLS Program(s) that enable participants to display aggregated MLS active listing information on participants' public websites. Seller further consents to and authorizes Broker, in accordance with the MLS rules and regulations, to allow other MLS participants and authorized users to market the Property by and through the internet website of other such MLS participants and authorized users.

If the Property is scheduled for an open house by Broker, Seller authorizes Broker to advertise the Property as an open house together with other properties listed with Broker and advertised as an open house in the same advertisement, whether by print media or by internet advertisement.

> **(b) OFFICE EXCLUSIVE:**
>
> **Seller may elect not to have the Property listing distributed on the MLS at all.** *(Seller to initial if Seller does <u>not</u> authorize Broker to distribute Property listing on the MLS at all)*:
>
>     ____/____   **Broker may *not* market the Property by and through distribution on the MLS during the listing period.**
>
> **Seller hereby acknowledges that, having selected not to distribute the Property listing on the MLS at all:**
>
> **(1) real estate licensees from other companies and their buyer clients who have access to the MLS may not be aware that Seller's Property is for sale and the terms and conditions under which Seller is marketing the Property; (2) Seller's Property will not be included in the MLS's download to various real estate internet sites that are used by the public to search for property listings; and (3) any reduction in the exposure of the Property may lower the number of offers made and negatively impact the sales price.**  *(Seller to initial)*:  ____/____

    (c)  Seller may elect not to have the Property listing or the Property address displayed on the internet. Seller hereby directs Broker that *(Seller to initial all that apply)*:

____/____  Broker may *not* submit and market the Property by and through display on any internet website.

____/____  Broker may submit and market the Property by and through display on any internet website, but Seller elects *not* to permit display of the <u>Property address</u> on any internet website.

Seller hereby acknowledges that, having selected either or both of the above option(s) not to allow information on internet websites, a consumer who conducts searches for listings on the internet will not see the corresponding information about the Property in response to a search.  *(Seller to initial)*:  ____/____

    (d)   Certain features may be displayed on the websites of MLS participants, including:

        (1)   Unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews); or

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com   **4487 Tulip Tree Lane Middletown MD**



Copyright 2024 Maryland REALTORS®.  For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

(2) An automated estimate of the market value of the Property (or a hyperlink to such estimate).

*(Seller to initial):*
Seller  *TLI* / *HL*  authorizes *or* _____/_____ does not authorize the display of unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews) on MLS participants' websites.

Seller  *TLI* / *HL*  authorizes *or* _____/_____ does not authorize the display of an automated estimate of the market value of the Property (or a hyperlink to such estimate) on MLS participants' websites.

During the term of this Agreement, Seller, by written request to Broker, may authorize Broker to enable or disable use of either feature as described in (1) or (2) above. Broker agrees to transmit promptly the request to the MLS.

**(e) COMING SOON LISTING STATUS:** The "Coming Soon" listing status is an option for properties listed in the MLS that are not available but will be in the future. Sellers who choose this option must have executed a listing agreement. Listings under the "Coming Soon" status are given a MLS number. All MLS subscribers may view listings under this status. However, properties listed under the "Coming Soon" status may not be shown.

**Seller, by Seller's initials, authorizes Broker to list the Property under the "Coming Soon" listing status in the MLS. (Seller initials): _____/_____**

**(f) SELLER CONCESSIONS ON THE MLS:** Concessions in the MLS may not be limited to or conditioned on the retention of or payment to a cooperating/buyer broker: they are subject to negotiation between a buyer and seller. Bright has a zero-tolerance policy for misuse of these fields.

**Does the seller want to signal they will consider offers requesting concessions/credits towards a buyer's closing costs and service providers?**
[X] YES   [ ] NO

**Seller acknowledges that Seller has read and understands the provisions of Paragraph 7(f). (Seller initials):**  *TLI* / *HL*

**8. CONSENT TO DISCUSS OTHER PROPERTIES WITH BUYERS AT SELLER'S OPEN HOUSE:** Seller _____/_____ authorizes *or*  *TLI* / *HL*  does not authorize Broker to discuss other properties with buyers at Seller's open house.

Broker's responsibility to market the Property is suspended upon Seller's acceptance of a written offer to purchase the Property, unless otherwise agreed by Broker.

**9. GRANT/RELEASE OF PROPERTY DATA TO BROKER:** Seller grants to Broker the unlimited right to use, publish, disseminate, sell, and license to others all text, graphics, photos, virtual tours, documents, and any other types of data entered into the MLS, and Seller hereby releases to Broker all of the Seller's interests and all intellectual property rights therein. If Seller elects to allow dissemination of Property data on the internet, Seller understands and agrees that public websites determine their own content and use of data, and therefore Broker has no control over public websites and no obligation to remove any of the above content from public websites at any time.

**10. HOME SECURITY SYSTEMS THAT RECORD AUDIO:** Seller is advised that Maryland law prohibits audio recording of private conversations without the consent of all parties. Seller may view the penalties for violating the law which are contained in Section 10-402 of the Courts and Judicial Proceedings Article, Annotated Code of Maryland at: http://mgaleg.maryland.gov/mgawebsite/Laws/StatuteText?article=gcj&section=10-402&enactments=false.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 10.
*(Seller to initial):*  *TLI* / *HL*

REALTOR®  Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com    4487 Tulip Tree Lane Middletown MD

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

**11. FAIR HOUSING**: Federal, State, and Local Fair Housing laws grant broad protections from discrimination in housing. **It is unlawful to discriminate based upon certain protected characteristics, which include, but are not limited to, race, color, religion, sex, national origin, disability, familial status, marital status, sexual orientation, gender identity, and source of income.** Seller agrees to comply with all such Federal, State, and Local Fair Housing laws. Some buyers attempt to stand out to a seller by submitting a letter, photo, or video to describe why the seller should select their offer. Such conduct may raise fair housing concerns, and could expose Seller and Broker to possible violation of Fair Housing laws. To avoid consideration of such characteristics when selecting an offer, Seller instructs and directs Broker to remove from any offer, counter-offer, or any other communication exchanged during the transaction, any letters, photographs, videos or any other similar items other than the contract documents submitted by a buyer or buyer's agent.

**12. SELLER RESPONSIBILITY/INSURANCE:** Broker shall not be responsible for the care, or physical condition of the Property. Seller shall remain solely responsible for the care and physical condition of the Property, including, but not limited to, cost of all utilities, maintenance, the physical security of the premises and all personal property and maintaining adequate property and personal injury insurance during the term of this Agreement; and, Broker shall have no liability for such matters.

**13. REPAIRS:** Seller is hereby notified that repairs of the Property may require that the individuals engaged to perform such repairs be duly licensed.

**14. BROKER'S COMPENSATION:**
**NOTICE: Real estate commission rates are not fixed by law or established by any membership organization with which Broker is affiliated. Each real estate brokerage independently sets their own commission rates. Commission rates are negotiable between the Seller and Broker.**

In the event of a sale, exchange, or transfer, the Compensation to be paid by Seller to Broker shall be (Select only one):

| | |
|---|---|
| ☐ | _____ percent (%) of the sales price. |
| ☒ | **6.000** percent (%) of the sales price AND $ **550.00** _____. |
| ☐ | $ -------------------------------------- . |

The Compensation shall be deemed to have been earned by Broker and shall be due and payable by Seller to Broker if:

   A. During the term of this Agreement, or any extension thereof:

   (i) Broker produces a ready, willing and able buyer to purchase the Property at the listing price and/or at such other price as shall be accepted by Seller or agreed upon in writing between Seller and Broker (the "Sale Price"); or

   (ii) Seller shall enter into a written agreement to sell, exchange, convey or transfer the Property to any person or entity whether such person or entity shall have been procured by Broker, by Seller or by any other person or entity, in which event Seller, within seventy-two (72) hours thereof, shall furnish Broker a copy of such written agreement; or

   (iii) if during the period of _____ **30** _____ days following the expiration or termination of this Agreement, Seller shall enter into a written agreement to sell, exchange, convey or transfer the Property to any person who or to any entity which, with knowledge of Seller or any agent of Seller, inspected or made inquiry about the Property or negotiated to purchase or exchange the Property during the term of this Agreement or any extension thereof, in which event Seller, within seventy-two (72) hours thereof, shall furnish Broker a copy of such written agreement;
   B. Seller defaults or voluntarily agrees to terminate a sale; or

   C. Seller breaches this Agreement.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com    **4487 Tulip Tree Lane Middletown MD**

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Page 4 of 10    10/24

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

The Compensation due Broker shall be a charge against the Property and shall be paid at settlement as a convenience to Seller. However, Seller acknowledges and agrees that settlement on the Property shall not be a condition precedent to Seller's obligation to Broker as herein provided.

If Broker prevails in any action brought to obtain payment of the Compensation, Broker shall also be entitled to recover in such action Broker's reasonable attorney's fees and court costs.

If a deposit made on any contract of sale or other transfer of the Property is forfeited to Seller, or if all or part of the deposit is received by Seller as a settlement made by and between Seller and buyer, $_____ or **50.000** % of the amount forfeited or received as settlement shall be paid to Broker for Broker's services, but in no event shall the amount exceed an amount equal to the full Compensation specified herein.

Seller shall have no obligation to pay the Compensation to Broker if the Property is listed by any other licensed real estate broker following the expiration of this Agreement, or any extension thereof, or following the termination of this Agreement as herein provided, unless such termination by Seller is for the purpose of avoiding the obligation of Seller to pay the Compensation to Broker.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 14.
(*Seller to initial*): _TLI_ / _HQ_

15. **AUTHORITY TO COOPERATE WITH AND COMPENSATE OTHER BROKERS:** Broker is authorized to cooperate with other brokers as subagents of Broker ("Subagents") and/or brokers retained by prospective buyers to represent buyer's interests ("Buyer Brokers"). In this paragraph, "cooperate" means sharing information on

the Property and making the Property available to other brokers for showing to prospective purchasers. Seller consents to Broker's cooperation with and compensation of Subagents or Buyer Brokers.

Broker shall pay to any Subagent who has earned and is entitled to compensation, $_____ or **2.50** % of the Sales Price, plus _____(_ ) month(s) ground rent, if any.

Broker shall pay to any Buyer Broker who has earned and is entitled to compensation $_____ or **2.500** % of the Sales Price, plus _____(___) month(s) ground rent, if any.

Seller understands that compensating Subagents or Buyer Brokers is optional.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 15.
(*Seller to initial*): _TLI_ / _HQ_

16. **MINISTERIAL ACTS:** Seller hereby consents to and authorizes Broker and Broker's agents to provide ministerial acts as defined by law on behalf of Seller to third persons in connection with the sale of the Property.

17. **DEPOSIT HELD BY ESCROW AGENT:** Seller is advised that an escrow agent, other than a Maryland licensed real estate broker, is not subject to the same legal requirements that Maryland licensed real estate brokers are under the Maryland Real Estate Brokers Act concerning the holding and the release of deposit monies. If the deposit is going to held by a third party other than by a Maryland licensed real estate broker involved in the transaction, the Buyer and Seller are required to enter into a separate written escrow agreement, binding upon the Buyer and Seller and the escrow agent that complies with Section 10-802 of the Real Property Article, Annotated Code of Maryland.

18. **SMOKE ALARM NOTICE:** Seller is hereby notified of changes in Maryland law regarding smoke alarms and smoke detectors (Section 9-101 et seq. of the Public Safety Article, Annotated Code of Maryland). The type of smoke alarm required in a dwelling depends upon the age of the property. As of January 1, 2018, among other changes, no alarm—battery powered or hard-wired—may be older than 10 years from the date of manufacture, and if battery powered, be sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries. There are penalties for non-compliance. Additionally, some jurisdictions have more stringent rules for new construction or for rentals. Seller is advised to verify compliance with the city or county in which the Property is located. Seller may view the smoke alarm requirements at:

https://www.mdrealtor.org/Portals/22/adam/Content/qwFxfjogaUC-uVz5Mbaz9g/Link/Smoke%20Alarm%20Flyer%202024.pdf

Seller acknowledges that Seller has read and understands the provisions of Paragraph 18. (*Seller to initial*):  _TLI_ / _HQ_

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com       **4487 Tulip Tree Lane Middletown**

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

**19. LEAD-BASED PAINT:**

**A. LEAD-BASED PAINT HAZARD:** Seller acknowledges that the Property, if constructed before 1978, is subject to Federal law (Title X) as to the presence of lead-based paint and/or lead-based paint hazards.

Seller represents and warrants to Broker, Broker's agents and Subagents/Buyer's Agents intending that they rely upon such warranty and representation, that the Property was constructed: *(Seller to initial one):*
*TCI* / *HL* prior to 1978;
OR _____/_____ during or after 1978;
OR _____/_____ Seller is uncertain as to the date of construction.

If Seller is uncertain as to the date the Property was constructed, Seller agrees that, for the purpose of the sale contemplated by this Agreement, the Property will be treated as though it had been constructed prior to 1978. If Title X applies to the Property, Seller agrees to comply fully with the requirements as set forth in the EPA and HUD Real Estate Notification and Disclosure Rule. Accordingly, if applicable, Seller is required to disclose to buyer, based upon Seller's actual knowledge, all known lead-based paint hazards in the Property and provide buyer with any available reports in Seller's possession relating to lead-based paint or lead-based paint hazards applicable to the Property. Additionally, the Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards shall be attached and made a part of the Contract of Sale. For detailed information regarding the EPA and HUD Real Estate Notification and Disclosure Rule, Seller should visit:
https://www.epa.gov/lead/epa-and-hud-real-estate-notification-and-disclosure-rule-questions-and-answers.

**B. RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of paint per room for interior projects; more than 20 square feet of paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP. A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on the Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit https://www.epa.gov/lead/lead-renovation-repair-and-painting-program.

Seller acknowledges that Seller has read and understands the provisions of Paragraph 19.B.
(Seller to initial): *TCI* / *HL* ..

**20. NOTICE REGARDING DISCLOSURE OF DEFERRED WATER AND SEWER ASSESSMENTS:** Pursuant to Section 117(a)(5) of the Real Property Article of the Annotated Code of Maryland, a contract for the resale of residential real property that is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration shall contain a notice disclosing information about the deferred water and sewer charges. **If a Seller subject to this law fails to comply**:

**Prior to settlement, Buyer is entitled to rescind in writing the sales contract without penalty or liability. On rescission, Buyer is also entitled to the full return of any deposits made on account of the sales contract. If any deposits are held in trust by a licensed real estate broker, the return of the deposits to a Buyer under this law shall comply with the procedures under § 17-505 of the Business Occupations and Professions Article of the Annotated Code of Maryland and § 10-803 of the Real Property Article, Annotated Code of Maryland. The right of rescission shall terminate five days after Seller provides to Buyer written notice in accordance with this requirement; and**
<u>**After settlement, Seller shall be liable to Buyer for the full amount of any fee or assessment not disclosed,**</u> **unless Seller was never charged a fee or assessment to defray the costs of public water or wastewater facilities by the developer, a successor of the developer, or a subsequent assignee.**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com **4487 Tulip Tree Lane Middletown MD** 

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

This law does *not* apply in a county that has adopted a disclosure requirement that is substantially similar to this law. (If the Property is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration, Seller to complete Notice & Disclosure of Deferred Water and Sewer Charges.)

Seller acknowledges that the Property is (*Seller to initial one*)_____/_____ OR is <u>not</u> __TLI__/__HL__ served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration.

### 21. OFFERS:

**A. AUTHORITY TO DISCLOSE EXISTING OFFERS:** Seller is advised that prospective buyers or cooperating Brokers may inquire of Broker or Broker's Agents as to whether existing written offer(s) have been received for the purchase of the Property. The disclosure of the existence of written offer(s) could be either beneficial or detrimental to Seller. On the one hand, such disclosure could result in the interested buyer making the highest and best offer as promptly as possible. On the other hand, such disclosure could result in the interested buyer electing not to make an offer.

Seller: (*Seller to initial one*): __TLI__/_____Authorizes;   OR   _____/_____Does Not Authorize

Broker or Broker's agents to disclose the existence of other written offers on the Property in response to inquiries from buyers or cooperating brokers. If disclosure is authorized, Broker or Broker's agents shall also disclose, if asked, whether an offer was obtained by the listing agent, another agent in Broker's firm, or by a cooperating broker. Such authority does not include the disclosure of the terms and conditions of such offer(s).

**B. PRESENTATION OF OFFERS:** Broker shall present to Seller in a timely manner all written offers and counter-offers, even if the Property is subject to an existing Contract of Sale unless Seller has waived the obligation in writing.

**22. HOME WARRANTY:** Broker __X__ does or _____ does not offer the opportunity for Seller to purchase a home warranty to be in force during the listing period and which will transfer to the buyer upon settlement. (*Seller to initial one*):
_____/_____ Warranty desired. For policy to be effective, Seller must complete the necessary paperwork.
__TLI__/__HL__ Warranty Declined

**23. NOTICE OF PROPERTY CONDITION DISCLOSURE/DISCLAIMER:** Seller is advised that under Maryland Law (Real Property Article 10-702), the buyer is entitled to receive the Maryland Residential Property Disclosure And Disclaimer Statement ("Disclosure/Disclaimer Statement"), a form provided by the Maryland Real Estate Commission, from the Seller. Seller must deliver the completed Disclosure/Disclaimer Statement to the buyer on or before the buyer's entering into a Contract of Sale (offer to purchase) (with the exception of a Land Installment Contract, an Option to Purchase Agreement and a Lease Agreement containing an Option to Purchase provision, in which case the Disclosure/Disclaimer Statement must be delivered to the buyer before the execution of the Contract by the buyer). A buyer who does not receive the Disclosure/Disclaimer Statement on or before the execution of the offer by the buyer has the unconditional right upon written notice to the Seller or Seller's agent, to rescind the Contract of Sale at any time before the receipt of the Disclosure/Disclaimer Statement or within five (5) days following receipt of the Disclosure/Disclaimer Statement and to the immediate return of any deposit. However a buyer's right to rescind the Contract terminates if not exercised (A) before making a written application to a lender for a loan, if the lender discloses in writing at or before the time application is made that the right to rescind terminates upon submission of the application, or (B) within five (5) days following receipt of a written disclosure from a lender who has received the buyer's application for a mortgage loan, if the lender's disclosure states that the buyer's right to rescind terminates at the end of that five (5) day period. Maryland Law (Real Property Article 10-702) exempts certain transfers or sales from its application: A) the initial sale of a new home: (1) that has never been occupied; or (2) for which a certificate of occupancy has been issued within one year before the buyer and Seller enter into a Contract of Sale; B) certain transfers that are exempt from the state transfer tax; C) a sale by a lender acquiring real property by a foreclosure or deed-in-lieu of foreclosure; D) a sheriff sale, tax sale or sale by foreclosure, partition or by court-appointed trustee; E) a transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship or trust; F) a transfer of single family residential real estate to be converted by the buyer into a use other than residential use or to be demolished; or G) a sale of unimproved property. Seller: (Seller to initial one):

_____/_____ is exempt             **OR**             __TLI__/_____ is not exempt

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com    **4487 Tulip Tree Lane Middletown MD 21769**

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

**24. VIOLATION NOTICES:** Seller is advised that the Contract of Sale may require that Seller convey the Property free and clear of all violation notices, requirements noted or issued by any governmental authority (including without limitation, any permit violation notices), and actions in any court, against or affecting the Property.

**25. CONSERVATION EASEMENTS:**

   **A.** Seller is advised and acknowledges that if the Property is encumbered by one or more Conservation Easements or other restrictions limiting or affecting uses of the Property, Maryland law requires that Seller deliver to the buyer the required notice and copies of the easement(s). A buyer who does not receive the notice and copies of the easement(s) on or before entering into the contract for sale has the unconditional right upon written notice to the Seller or Seller's agent, to rescind the Contract of Sale at any time before the receipt of the notice and copies of the easement(s) or within five (5) days following receipt of the notice and copies of the easement(s) and to the immediate return of any deposit.

   **B.** Seller hereby represents to Broker, and upon which representation Broker is entitled to rely; that: *(Seller to initial one):*

   [TJ] [HL]   1.   The Property **IS NOT** subject to one or more Conservation Easement(s) or other restrictions limiting or affecting uses of the Property; **OR**

   _____   2.   The Property **IS** subject to one or more Conservation Easement(s) or other restrictions limiting or affecting uses of the Property, as follows: *(Seller to check applicable Conservation Easement(s)*
   _____ Maryland Environmental Trust
   _____ Maryland Historical Trust
   _____ Maryland Agricultural Land Preservation Trust
   _____ Maryland Department of Natural Resources
   _____ A County or Municipal Corporation, funded by the Maryland Department of Natural Resources, the Rural Legacy Program, or a local Agricultural Preservation Program
   _____ Land Trust
   _____ Required by a permit issued by the Department of the Environment

If paragraph B.2. is initialed by Seller, Seller ☐ has **OR** ☐ has not (check one) provided a copy of the Conservation Easement(s) to Broker, and Seller acknowledges that it is Seller's sole obligation to obtain and deliver copies of the Conservation Easement(s) to buyer.

**26. INSURABILITY:** An informational brochure published by the Maryland REALTORS® titled "Property Insurance Basics" is available to explain current issues relative to obtaining insurance coverage for the Property.

**27. FLOOD DISCLOSURE NOTICE:** Seller is advised that the Property or part of the Property may be located in an area established by the government as a "flood plain" or otherwise in an area where flood insurance could be required. The National Flood Insurance Program ("NFIP") establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP, those premiums are increasing, and in some cases will rise by a substantial amount over the premiums previously charged for flood insurance. As a result, premiums paid for flood insurance on the Property may not be indicative of premiums that will apply after the Property is purchased. Also, the State of Maryland in conjunction with the Federal Emergency Management Agency has been systematically updating flood insurance rate maps. The Property may be affected.

**28. MARYLAND NON-RESIDENT SELLER:** Seller acknowledges, pursuant to Section 10-912 of the Tax-General Article, Annotated Code of Maryland, that if Seller is: 1) a non-resident individual of the State of Maryland or is 2) a non-resident entity which is not formed under the laws of the State of Maryland and is not qualified by or registered with the Maryland State Department of Assessments and Taxation to do business in the State of Maryland, the deed or other instrument of writing that effects a change of ownership to the Property may not be recorded with the clerk of the court for a county or filed with the Maryland State Department of Assessments and Taxation unless payment is first made by the Seller in an amount equal to
   a) 8% of the total payment to a non-resident Seller; **OR**
   b) 8.25% of the total payment to a non-resident entity;

**(NOTE: The amount of the payment for a non-resident individual is subject to adjustment on a recurring basis by the Comptroller of Maryland. The amount of the payment for a non-resident entity is subject, from time to time, to change by an Act of the Maryland General Assembly. Seller acknowledges that the amount(s) as set forth in a) and b) above may be greater or lesser than the actual amount(s) due by Seller at time of settlement.**

UNLESS each Seller:

REALTOR®  Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com   **4487 Tulip Tree Lane Middletown MD**

Copyright 2024 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior express written consent of Maryland REALTORS®.

Page 8 of 10   10/24

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

1. Certifies, in writing, under the penalties of perjury, that the Seller is a resident of the State of Maryland or is a resident entity of the State of Maryland; **OR**
2. Presents to the clerk of the circuit court for a county or the Maryland State Department of Assessments and Taxation a certificate issued by the Comptroller of the State of Maryland stating that: i) there is no tax due in connection with the sale or exchange of the Property; or ii) a reduced amount of tax is due from the Seller and the reduced amount is collected by the clerk of the circuit court for a county or the Maryland Department of Assessments and Taxation before recording or filing; (**NOTE**: If Seller intends to obtain a certificate from
 the Comptroller's office, Seller should immediately contact the Comptroller at 1-800-MDTAXES. Obtaining the certificate requires a MINIMUM of three (3) weeks); **OR**
3. Has satisfied the tax liability or has provided adequate security to cover such liability; **OR**
4. Certifies, in writing, under the penalties of perjury, that the Property being transferred is the Seller's principal residence. As defined under Maryland law and as used in a) and b) above, the term "total payment" means the net proceeds paid to the Seller for the Property and associated tangible personal property, less: 1) debts owed by the Seller and secured by a mortgage or other lien against the Property being paid upon the sale or exchange of the Property and 2) other expenses of the Seller arising out of the sale or exchange of the Property and disclosed on a settlement statement prepared in connection with the sale or exchange of the Property. "Total payment" includes the fair market value of any property transferred to the Seller.

**29. FOREIGN INVESTMENT TAXES – FIRPTA (Foreign Investment in Real Property Tax Act):** Section 1445 of the United States Internal Revenue Code of 1986 and applicable Treasury Department regulations adopted thereunder (the "Act") provide that a buyer of residential real property located in the United States must withhold federal income taxes from the payment of the purchase price under certain circumstances. Seller agrees to comply with the Internal Revenue Service reporting requirements. If applicable, Seller agrees to complete, sign, and deliver to the appropriate party a certificate indicating whether Seller is a foreign person or non-resident alien under the Act.

**30. PROPERTIES WITH PRIVATE OR DOMESTIC WATER SUPPLY WELL:** Pursuant to Section 10-713(B)(1) of the Real Property Article of the Annotated Code of Maryland, a contract for the sale of real property on which a private or domestic water supply well is located shall include a provision requiring, as a condition of the sale, that the buyer ensure that water quality testing of the well be conducted. Settlement on the contract for the sale of real property may not occur until seller and buyer have each received and reviewed the results of the water quality testing. The buyer may waive their right to have the well tested for water quality.

Seller hereby represents to Broker, and upon which representation Broker is entitled to rely; that: (Seller to initial one):


1. There is a private or domestic water supply well located on the Property; OR
2. There is not a private or domestic water supply well located on the Property.

**31. NATIONAL PRIORITIES LIST (NPL) SUPERFUND SITE:** A National Priorities List (NPL) Superfund Site is a site of national priority among the known releases or threatened releases of hazardous substances, pollutants, or contaminants throughout the United States and its territories. Sellers of real property that is located within one (1) mile of a National Priorities List (NPL) Superfund Site must disclose the existence of the National Priorities List (NPL) Superfund Site to a buyer. Information about the location of Superfund Sites throughout the State of Maryland and across the United States can be found at the Environmental Protection Agency's Search for Superfund Sites Where You Live Website.

Seller hereby represents to Broker, and upon which representation Broker is entitled to rely; that: (Seller to initial one):


1. The Property is located within one (1) mile of a National Priorities List (NPL) Superfund Site; OR
2. The Property is not located within one (1) mile of a National Priorities List (NPL) Superfund Site.

**32. FHA LOAN NOTICE:** If the current loan on the property is insured by the Federal Housing Administration, the loan shall be paid in full at settlement in accordance with FHA rules and regulations.

**33. WIRE FRAUD NOTICE:** Seller is advised to never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Seller should always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Seller should never wire money without double-checking that the wiring instructions are correct.

**34. LEGAL CONSTRUCTION:** This Agreement is binding upon the parties hereto, and their personal representatives, successors, heirs, and assigns.  If this Agreement is signed by more than one person, it shall constitute the joint and
several obligations of each. This Agreement contains the entire Agreement of the parties and cannot be changed except by the written agreement of the parties hereto. Seller warrants that there are no other existing agreements or conditions other than as set forth herein.  This is a legally binding Agreement; if not understood, seek competent legal, tax or other professional advice. Seller has not relied upon any statement or representation of Broker except as set forth in this Agreement. This Agreement shall be interpreted and construed in accordance with the laws of the State of Maryland.

Authentisign ID: D8D45191-6246-F011-8F7C-000D3A8A9962

**35. ADDENDA:** The Addenda marked below, which are hereby attached, are made a part of this Agreement.

☐ Consent for Dual Agency
☒ Disclosure of Inc./Ex., Leased Items, Utilities
☒ Disclosure of Licensee Status
☒ Federal Lead-Based Paint Disclosure
☐ Financial Condition of Property Disclosure
☐ FIRPTA
☐ Lock Box

☒ MD Lead Poisoning Prevention Program Disclosure
☒ MD Residential Property Disclosure/Disclaimer Statement
☐ MD Non-Resident Seller Transfer Withholding Tax
☐ Notice & Disclosure of Deferred Water and Sewer Charges
☐ NPL Superfund Site Disclosure
☐ Protect Your Family from Lead in Your Home
☐ Solar Panel

☐ Other Addenda/Special Conditions: _____

**RECEIPT OF COPY:** Seller acknowledges receipt of a copy of this Agreement at time of signing hereof.

*Thomas Leatherman II*                 06/11/2025
**Seller Signature**                   **Date**
**Thomas Leatherman II**

*Hilery Leatherman*                    06/11/2025
**Seller Signature**                   **Date**
**Hilery Leatherman**

**Charis Realty Group**
**Broker (Company Name)**

*Christy Issler*                       06/11/25
**Broker/Authorized Representative Signature**   **Date**
**Christy Issler**