# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| In re: ) | |
| ) | |
| HILERY MARIE LEATHERMAN ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II ) | Chapter 13 |
| ) | |
| Debtors ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2025, a true and correct copy of the Motion to Use Cash Collateral with the corresponding Exhibit(s) [Dkt. No. 29] and the Order Setting Hearing [Dkt. No. 33] were served via the United States Postal Service Express Priority Mail, prepaid postage, to:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.,
Winston-Salem, NC 27103

Freedom Mortgage Corporation
11988 Exit 5 Pkwy Bldg 4
Fishers, Indiana 46037

                                                    /s/ David E. Cahn
                                                    David E. Cahn