United States Bankruptcy Court
District of Maryland

In re: Case No. 24-15386-MCR
Hilery Marie Leatherman Chapter 13
Thomas Edward Leatherman, II
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 4
Date Rcvd: Jul 11, 2025      Form ID: pdfall      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 11 2025 19:13:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 11 2025 19:26:48 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 19:26:29 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 19:25:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 19:13:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 19:13:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 19:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 11 2025 19:14:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 11 2025 19:13:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |

Case 24-15386   Doc 38   Filed 07/13/25   Page 2 of 6

| District/off: 0416-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: pdfall | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 11 2025 19:13:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2025 19:27:03 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2025 19:27:15 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580235 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2025 19:26:35 | Chase Bank, PO Box 36520, Louisville, KY 40233-6520 |
| 32580236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 19:27:15 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 19:27:09 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2025 19:14:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 19:26:19 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + | Email/Text: mrdiscen@discover.com | Jul 11 2025 19:13:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | | Email/Text: mrdiscen@discover.com | Jul 11 2025 19:13:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 11 2025 19:13:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 11 2025 19:13:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2025 19:13:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 11 2025 19:14:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 11 2025 19:14:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2025 19:13:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 11 2025 19:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | | Email/Text: bankruptcy@jh.edu | Jul 11 2025 19:13:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32626950 | + | Email/Text: RASEBN@raslg.com | Jul 11 2025 19:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 19:26:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2025 19:27:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + | Email/Text: bankruptcy@patriotfcu.org | Jul 11 2025 19:14:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 32580255 | ^ | MEBN | Jul 11 2025 19:10:50 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0416-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: pdfall | Total Noticed: 54 |

|  |  |  | Jul 11 2025 19:25:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 32580671 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 11 2025 19:14:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2025 19:27:01 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 |  | Email/Text: treasuryquestions@frederickcountymd.gov | Jul 11 2025 19:14:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 11 2025 19:13:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2025 19:25:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 11 2025 19:13:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Ryan Srnik |  |

District/off: 0416-0 User: admin Page 4 of 4
Date Rcvd: Jul 11, 2025 Form ID: pdfall Total Noticed: 54

    ryan.srnik@brockandscott.com wbecf@brockandscott.com

Timothy P. Branigan

    cmecf@chapter13maryland.com

TOTAL: 6

Entered: July 11th, 2025
Signed: July 11th, 2025

**SO ORDERED**

The hearing scheduled for 7/14/2025 is canceled.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

| | |
|---|---|
| HILERY MARIE LEATHERMAN | 24-15386 |
| THOMAS EDWARD LEATHERMAN II | Chapter 13 |

                Debtors
_____

## ORDER APPROVING SALE

Upon consideration of the Debtor's Motion to Sell Property of the Estate, and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the debtor's Motion is hereby Granted; and it is further

**ORDERED**, that the sale noticed by the debtor in this case of real property known as 4487 Tulip Tree Lane, Middletown, Maryland 21769, is approved by the court, under the terms of this Order; and it is further

**ORDERED**, that all debts secured by present liens upon the property shall be paid at settlement; and it is further

**ORDERED**, that after payment of the costs of closing and satisfaction of liens upon the property, the settlement office shall remit directly to the Chapter 13 Trustee the remaining nonexempt net proceeds, together with a copy of the executed settlement sheet (HUD-1); and it is further

**ORDERED**, that, if necessary, the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

**ORDERED**, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:

Chapter 13 Trustee
Debtors
Debtors' Counsel
Interested Parties

**END OF ORDER**