Entered: August 19th, 2025
Signed: August 15th, 2025

**DENIED**

On August 1, 2025, the Court instructed the applicant to serve a copy of the application on the United States Trustee as required by Bankruptcy Rule 2014(a) and file a supplemental certificate of service within ten (10) days. The applicant did not do so. Therefore, the application is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:

**Hilery Marie Leatherman**  **Case No. 24-15386-MCR**
**Thomas Edward Leatherman II**  **Chapter 13**

    **Debtor**

---

## ORDER APPROVING EMPLOYMENT OF PROFESSIONAL

UPON THE APPLICATION of Hilery Marie Leatherman and Thomas Edward Leatherman, II, the Debtors, requesting approval of its employment of Christine Issler as real estate agent/broker and Charis Realty Group as broker, and any hearing thereon, cause having being shown and proper notice having been given, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application be and is hereby GRANTED; and it is further

**ORDERED**, that the employment of Christine Issler and Charis Realty Group to render professional services in relation to the case be and is hereby APPROVED.

cc: Debtors
    Debtors' Counsel
    Chapter 13 Trustee
    Office of the U.S. Trustee
    Interested Parties

**End of Order**

