# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| In re: ) | |
| ) | |
| HILERY MARIE LEATHERMAN ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II ) | Chapter 13 |
| ) | |
|     Debtors ) | |
| _____) | |

## MOTION TO CONVERT CHAPTER 13 TO A CHAPTER 7 CASE

COMES NOW Debtors, Hillary Marie Leatherman and Thomas Edward Leatherman, II, by and through their undersigned counsel, who file this Motion to Convert Chapter 13 to Chapter 7 Case, and in support thereof represents as follows:

1. The Debtor in the above captioned case filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code on June 26, 2024.

2. The Debtor is eligible to be Debtor under Chapter 7 of Title 11 and desires to convert this case to a case under Chapter 7, pursuant to 11 U.S.C. § 1307.

3. This case has not been previously converted from a case under any Chapter of Title 11.

WHEREFORE, Debtor prays that this case be converted from Chapter 13 to a case under Chapter 7 and for such other and further relief as may be appropriate.

Respectfully submitted,

/s/ David Cahn
David E. Cahn, Bar No. 18279
The Law Office of David Cahn, LLC
129 W. Patrick Street, Suite 10
Frederick, MD  21701
Tel: (301) 799-8072/Fax: (877) 862-5426
cahnd@cahnlawoffice.com
*Attorney for the Debtors*


CERTIFICATE OF SERVICE

I hereby certify that on this August 20, 2025, a copy of the Motion to Convert was served electronically via the Court's CM/ECF system to:

- Timothy P. Branigan    cmecf@chapter13maryland.com
- Christine Maggard    christine.maggard@brockandscott.com, wbecf@brockandscott.com
- Andrew Leonard Spivack    andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik    ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

or by the United States Postal Service, pre-paid with first class postage, to all interested parties and all creditors listed on the following Mailing Matrix.

/s/ David E. Cahn
Attorney for the Debtor