United States Bankruptcy Court
District of Maryland

In re:     Case No. 24-15386-MCR

Hilery Marie Leatherman     Chapter 13

Thomas Edward Leatherman, II

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Aug 19, 2025     Form ID: pdfparty     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 19 2025 19:17:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Aug 19 2025 19:17:00 | U.S. TRustee, 6305 IVy Lane STe. 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | |

District/off: 0416-0                     User: admin                         Page 2 of 2
Date Rcvd: Aug 19, 2025                  Form ID: pdfparty                   Total Noticed: 4

          christine.maggard@brockandscott.com  wbecf@brockandscott.com

David Erwin Cahn
          david@cahnlawoffice.com  4200@notices.nextchapterbk.com

Maurice Belmont VerStandig
          mac@mbvesq.com
          lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Ryan Srnik
          ryan.srnik@brockandscott.com  wbecf@brockandscott.com

Timothy P. Branigan
          cmecf@chapter13maryland.com

TOTAL: 6

Case 24-15386   Doc 47   Filed 08/21/25   Page 2 of 4

Entered: August 19th, 2025
Signed: August 15th, 2025

**DENIED**

On August 1, 2025, the Court instructed the applicant to serve a copy of the application on the United States Trustee as required by Bankruptcy Rule 2014(a) and file a supplemental certificate of service within ten (10) days. The applicant did not do so. Therefore, the application is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

**IN RE:**

**Hilery Marie Leatherman**                           Case No. 24-15386-MCR
**Thomas Edward Leatherman II**                       Chapter 13

    **Debtor**

---

## ORDER APPROVING EMPLOYMENT OF PROFESSIONAL

UPON THE APPLICATION of Hilery Marie Leatherman and Thomas Edward Leatherman, II, the Debtors, requesting approval of its employment of Christine Issler as real estate agent/broker and Charis Realty Group as broker, and any hearing thereon, cause having being shown and proper notice having been given, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application be and is hereby GRANTED; and it is further

**ORDERED**, that the employment of Christine Issler and Charis Realty Group to render professional services in relation to the case be and is hereby APPROVED.

cc:    Debtors
        Debtors' Counsel
        Chapter 13 Trustee
        Office of the U.S. Trustee
        Interested Parties

**End of Order**

