United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-15386-MCR |
| Hilery Marie Leatherman | Chapter 7 |
| Thomas Edward Leatherman, II | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 21, 2025 | Form ID: 309B | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| aty | + | Andrew Leonard Spivack, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Christine Maggard, Brock & Scott, PLLC, 3825 Forrestgate Dr., Suite 150, Winston-Salem, NC 27103-2930 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: david@cahnlawoffice.com | Aug 21 2025 19:26:00 | David Erwin Cahn, Law Office of David Cahn, LLC, 129 West Patrick Street, Suite 10, Frederick, MD 21701 |
| aty | ^ | MEBN | Aug 21 2025 19:23:23 | Ryan Srnik, Brock and Scott, PLLC, 3825 Forrestgate Dr., Suite 150, Winston-Salem, NC 27103-2930 |
| tr | | EDI: BRSCHLOSSBERG | Aug 21 2025 23:23:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2025 19:26:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2025 19:37:13 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 19:37:25 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 19:37:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0416-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 309B | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 32580231 | + | EDI: BANKAMER | Aug 21 2025 23:23:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | EDI: BANKAMER | Aug 21 2025 23:23:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | EDI: BANKAMER | Aug 21 2025 23:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | EDI: PHINGENESIS | Aug 21 2025 23:23:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2025 19:26:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2025 19:26:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + | EDI: CAPITALONE.COM | Aug 21 2025 23:23:00 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + | EDI: AIS.COM | Aug 21 2025 23:23:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580235 | + | EDI: JPMORGANCHASE | Aug 21 2025 23:23:00 | Chase Bank, PO Box 36520, Louisville, KY 40233-6520 |
| 32580236 | + | EDI: CITICORP | Aug 21 2025 23:23:00 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | | EDI: CITICORP | Aug 21 2025 23:23:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + | EDI: WFNNB.COM | Aug 21 2025 23:23:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2025 19:37:13 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + | EDI: DISCOVER | Aug 21 2025 23:23:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | | EDI: DISCOVER | Aug 21 2025 23:23:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2025 19:26:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2025 19:26:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2025 19:26:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 21 2025 19:26:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 21 2025 19:26:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + | EDI: IRS.COM | Aug 21 2025 23:23:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | | EDI: JEFFERSONCAP.COM | Aug 21 2025 23:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | | Email/Text: bankruptcy@jh.edu | Aug 21 2025 19:26:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32626950 | + | Email/Text: RASEBN@raslg.com | Aug 21 2025 19:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, |

| District/off: 0416-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 309B | Total Noticed: 60 |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 19:37:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | | EDI: PRA.COM | Aug 21 2025 23:23:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 21 2025 19:26:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 32580255 | ^ | MEBN | Aug 21 2025 19:23:11 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 19:37:19 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32580671 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 21 2025 19:26:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + | EDI: SYNC | Aug 21 2025 23:23:00 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 | | Email/Text: treasuryquestions@frederickcountymd.gov | Aug 21 2025 19:26:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + | EDI: USAA.COM | Aug 21 2025 23:23:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + | EDI: AIS.COM | Aug 21 2025 23:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + | EDI: VERIZONCOMB.COM | Aug 21 2025 23:23:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed**

District/off: 0416-0 | User: admin | Page 4 of 4
Date Rcvd: Aug 21, 2025 | Form ID: 309B | Total Noticed: 60

below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com 4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Roger Schlossberg | trustee@schlosslaw.com MD20@ecfcbis.com |
| Ryan Srnik | ryan.srnik@brockandscott.com wbecf@brockandscott.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 7

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Hilery Marie Leatherman | Social Security number or ITIN | xxx–xx–8763 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Thomas Edward Leatherman II | Social Security number or ITIN | xxx–xx–2196 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   District of Maryland | | Date case filed in chapter 13 | 6/26/24 |
| Case number:   24–15386 MCR   Chapter: 7 | | Date case converted to chapter 7 | 8/21/25 |

<u>Official Form 309B (For Individuals or Joint Debtors)</u>
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Hilery Marie Leatherman | Thomas Edward Leatherman II |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4487 Tulip Tree Lane<br>Middletown, MD 21769 | 4487 Tulip Tree Lane<br>Middletown, MD 21769 |
| 4. | **Debtor's attorney**<br>Name and address | David Erwin Cahn<br>Law Office of David Cahn, LLC<br>129 West Patrick Street<br>Suite 10<br>Frederick, MD 21701 | Contact phone 301–799–8072<br>Email:  david@cahnlawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roger Schlossberg<br>P.O. Box 2067<br>Hagerstown, MD 21742–2067 | Contact phone (301) 739–8610<br>Email:  trustee@schlosslaw.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page 1

Debtor **Hilery Marie Leatherman** and **Thomas Edward Leatherman II**                                    Case number **24–15386**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (301) 344–8018<br><br>Date: 8/21/25 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 17, 2025 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 733 564 7354, and Passcode 1555307547, OR call 1–240–759–3087**<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc.** |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>All claims actually filed by a creditor *before conversion of the case are* deemed filed in the Chapter 7 case. You need not re–file your proof of claim. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/17/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/30/25**<br><br>**Filing deadline: 2/17/26** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |