United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-15386-MCR
Hilery Marie Leatherman  Chapter 7
Thomas Edward Leatherman, II
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: definmgt | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| aty | + | David Erwin Cahn, Law Office of David Cahn, LLC, 129 West Patrick Street, Suite 10, Frederick, MD 21701-5682 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

District/off: 0416-0     User: admin     Page 2 of 2
Date Rcvd: Aug 21, 2025     Form ID: definmgt     Total Noticed: 2

Roger Schlossberg
trustee@schlosslaw.com MD20@ecfcbis.com

Ryan Srnik
ryan.srnik@brockandscott.com wbecf@brockandscott.com

Timothy P. Branigan
cmecf@chapter13maryland.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: 24−15386 − MCR   Chapter: 7

**Hilery Marie Leatherman and Thomas Edward Leatherman II**
Debtor

# NOTICE OF REQUIREMENT TO FILE CERTIFICATE OF COMPLETION OF THE PERSONAL FINANCIAL MANAGEMENT COURSE

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in Personal Financial Management and file the Personal Financial Management Course Certificate **unless an approved provider has notified the Court that a debtor has completed the course.**

The Personal Financial Management Course Certificate certifies that an individual debtor or joint debtors have completed an instructional course in personal financial management from an approved personal financial management provider. It is required to be filed pursuant to Federal Rules of Bankruptcy Procedures, Rule 1007(b)(7). The Financial Management Course is obtained after the bankruptcy petition is filed.

If the debtor does not file the Personal Financial Management Course Certificate by the due date stated on this notice or the Court has not been notified by an approved provider that the debtor has completed the course, **the case will be closed without a discharge**. The debtor will have to file a motion to reopen the case to allow for the filing of the Personal Financial Management Course Certificate. The debtor must pay the full filing fee for such motion.

Information on the Personal Financial Management Course can be found on the U.S. Trustee Program web site: http://www.usdoj.gov/ust/eo/bapcpa/ccde/de_approved.htm

Please note, the Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certificate is a separate filing requirement.

Dated: 8/21/25

                                            Mark A. Neal, Clerk of Court
                                            by Deputy Clerk, Busayo Adu−Bakare
                                            Team Phone: 301−344−3964

Form definmgt (12/2024)