United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-15386-MCR
Hilery Marie Leatherman  Chapter 7
Thomas Edward Leatherman, II
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0  User: admin  Page 1 of 4
Date Rcvd: Aug 21, 2025  Form ID: pdfall  Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2025 19:26:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Aug 21 2025 19:26:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2025 19:37:19 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 19:37:19 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 19:37:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 19:26:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 19:26:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 19:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2025 19:26:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |

Case 24-15386   Doc 50   Filed 08/23/25   Page 2 of 5

| District/off: 0416-0 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 21, 2025 | Form ID: pdfall | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2025 19:26:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2025 19:26:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 19:37:12 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 19:37:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580235 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2025 19:37:18 | Chase Bank, PO Box 36520, Louisville, KY 40233-6520 |
| 32580236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 19:37:25 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 19:37:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2025 19:26:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2025 19:37:18 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + | Email/Text: mrdiscen@discover.com | Aug 21 2025 19:26:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 19:26:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2025 19:26:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2025 19:26:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2025 19:26:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 21 2025 19:26:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 21 2025 19:26:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 19:26:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 19:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | | Email/Text: bankruptcy@jh.edu | Aug 21 2025 19:26:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32626950 | + | Email/Text: RASEBN@raslg.com | Aug 21 2025 19:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 19:37:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 19:37:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 21 2025 19:26:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 32580255 | ^ | MEBN | | |

| District/off: 0416-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdfall | Total Noticed: 55 |

|  |  |  | Aug 21 2025 19:23:12 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
|---|---|---|---|---|
| 32616090 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 19:37:13 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32580671 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 21 2025 19:26:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 19:37:18 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 |  | Email/Text: treasuryquestions@frederickcountymd.gov | Aug 21 2025 19:26:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 21 2025 19:26:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 19:37:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 21 2025 19:26:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com 4200@notices.nextchapterbk.com |
| Maurice Belmont VerStandig | |

District/off: 0416-0 User: admin Page 4 of 4
Date Rcvd: Aug 21, 2025 Form ID: pdfall Total Noticed: 55

    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Ryan Srnik
    ryan.srnik@brockandscott.com wbecf@brockandscott.com

Timothy P. Branigan
    cmecf@chapter13maryland.com

TOTAL: 6



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24‒15386 ‒ MCR**   Chapter: **13**

**Hilery Marie Leatherman and**
**Thomas Edward Leatherman II**
Debtors

## ORDER CONVERTING FROM CHAPTER 13
## TO A CASE UNDER CHAPTER 7 ON DEBTOR'S REQUEST

Upon consideration of the motion/application of the Debtor requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor
      Attorney for Debtor ‒ David Erwin Cahn
      Case Trustee ‒ Timothy P. Branigan
      U.S. Trustee

### End of Order

13x03 (rev. 11/07/2005) ‒ BusayoAduBakare