UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| HILERY LEATHERMAN | * | 24-15386 |
| THOMAS LEATHERMAN | * | |
| | * | (Chapter 7) |
| | * | |
| Debtors. | * | |

**DESIGNATION AS ASSET CASE AND
REQUEST TO SET CLAIMS BAR DATE**

TO THE CLERK OF THE BANKRUPTCY COURT:

Roger Schlossberg, Trustee, reports that he has reviewed the Schedules and Statement of the Debtor(s) and believes this case contains assets administrable for the benefit of creditors of the estate.

Kindly issue a notice to creditors pursuant to Bankruptcy Rule 3002(5) directing the filing of claims in the case

/s/ Roger Schlossberg
Roger Schlossberg, TRUSTEE
P.O. Box 2067,  18421 Henson Blvd., Suite 201
Hagerstown, MD 21742-2067
(301) 739-8610

Certificate of Service

I HEREBY CERTIFY that on this date, August 26, 2025, a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filings by the Court.

/s/ Roger Schlossberg
Roger Schlossberg, TRUSTEE