IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILERY MARIE LEATHERMAN | ) | Case No: 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN, II | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

## MOTION TO TURNOVER FUNDS

**NOW COMES** Debtors, Hilery Marie Leatherman ("**H. Leatherman**") and Thomas Edward Leatherman, II ("**T. Leatherman**") (collectively the "**Leathermans**" or "**Debtors**"), by and through their undersigned counsel, and respectfully requests that this Honorable Court Order that funds held in a Chapter 7 Trustee's Estate Account ("**Estate Account**") with Roger Schlossberg ("**Schlossberg**"), Chapter 7 Trustee, and in support thereof states as follows:

1. On June 26, 2025, the Debtors filed a voluntary petition for relief under Chapter 13 of the U.S. Bankruptcy Code (the "**Petition Date**").

2. Timothy P. Branigan ("**Branigan**") was appointed as the Chapter 13 Trustee.

3. On December 20, 2024, the Debtors' plan was confirmed [Dkt. No. 25] in which the Debtors were to pay $1,000.00 per month for the first twelve (12) months of the plan and then pay $2,225.00 per month for the remaining forty eight (48) months of the plan ("**Confirmation Order**").

4. The same day, December 20, 2024, an Employee Payment Order ("**Wage Order**") was issued against T. Leatherman's wages [Dkt. No. 39].

5. On June 1, 2025, the Leathermans sought approval from this Honorable Court to sell their real property [Dkt. No. 30], which was approved on July 11, 2025 [Dkt. No. 37], and

the net proceeds of said sale ("**Net Proceeds**") were to be remitted to Branigan at settlement.

6. On or about July 16, 2025, the Debtors sold their real property and the Net Proceeds were remitted to Branigan for distribution to Creditors.

7. On August 20, 2025, Debtors filed a Motion to Convert Case from Chapter 13 to Chapter 7 [Dkt. No. 43].

8. On August 21, 2025, the Debtors case was converted to a case under Chapter 7 of the United States Bankruptcy Code [Dkt. No. 45] prior to Branginan's distribution of the Net Proceeds.

9. Branigan, therefore, remitted the Net Proceeds to Schlossberg who currently possesses same in his Estate Account.

10. T. Leatherman's wages after the date of conversion should not have been subject to the withholding order, however, his wages were garnished and sent to Branigan for approximately two (2) months after the conversion of the case.

11. Due to a technical error, $3,080.76 of the post conversion garnished funds were sent to the Internal Revenue Service and the Comptroller of Maryland by Branigan. These are funds that likely would have been disbursed by Schlossberg from the funds in his Estate Account as they are nondischargeable priority unsecured claims.

12. After discussions with a representative from Branigan's office and Schlossberg, it is believed that the best course of action for a swift resolution to rectify this error is that (1) the Internal Revenue Service and the Comptroller of Maryland retain the $3,080.76, (2) the Debtors are credited as paying the $3,080.76 from the Net Proceeds, and (3) that Schlossberg refund $3,080.76 to the Debtors out of the Estate Account.

13. Branigan and Schlossberg consent to the relief sought herein.

14. No parties will be unduly prejudiced by the relief sought herein.

WHEREFORE, Hillary M. Leatherman and Thomas E. Leatherman, II, debtors herein, respectfully request an Order to disburse $3,080.76 currently held by Roger Schlossberg, Chapter 7 Trustee, in his Estate Account to the undersigned for the benefit of the Debtors and further relief as is appropriate.

Respectfully submitted,

/s/David E. Cahn_____
David E. Cahn, Bar No. 18279
The Law Office of David Cahn, LLC
129 W. Patrick Street, Suite 10
Frederick, MD  21701
Tel: (301) 799-8072/F: (877) 862-5426
cahnd@cahnlawoffice.com
*Attorney for the Debtors*


**CERTIFICATE OF SERVICE**

I hereby certify that on this November 17, 2025, a true and correct copy of the Motion, Exhibit, and Proposed Order were served electronically via the CM/ECF system to:

- Christine Maggard    christine.maggard@brockandscott.com, wbecf@brockandscott.com
- Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
- Andrew Leonard Spivack    andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik    ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

and via prepaid first class United States Postal Service mail to the United States Office of the Trustee and parties on the following mailing list:

/s/David E. Cahn_____
David E. Cahn