**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

| | |
|---|---|
| In re: ) | |
| ) | |
| HILERY MARIE LEATHERMAN ) | Case No: 24-15386 |
| THOMAS EDWARD LEATHERMAN, II ) | Chapter 7 |
| ) | |
| Debtors ) | |
| ) | |

**ORDER GRANTING MOTION TO TURNOVER FUNDS**

UPON CONSIDERATION of the Debtors' Motion to Turnover Funds;

IT APPEARING that $3,080.76 was erroneously remitted to the Internal Revenue Service and Comptroller of Maryland post-conversion of the case to a case under chapter 7 of the United States Bankruptcy Code; and

IT APPEARING that Roger Schlossberg, Chapter 7 Trustee, is holding funds for the benefit of the Debtors' estate in excess of $3,080.76 in his Chapter 7 Trustee's Estate Account; and

IT APPEARING that the most prudent way to resolve this matter is for Roger Schlossberg, Chapter 7 Trustee, to refund the Debtors $3,080.76 rather than for the previously appointed Chapter 13 Trustee attempt to obtain said funds from the Internal Revenue Service and the Comptroller of Maryland; and

IT APPEARING that the Debtors are due a refund from Bankruptcy Estate; it is by the United States Bankruptcy Court for the District of Maryland hereby

**ORDERED** that the Debtors' Motion to Turnover funds is GRANTED; and it is further

**ORDERED** that the Internal Revenue Service and Comptroller of Maryland retain the funds that they received from the Bankruptcy Estate post-conversion to a case under chapter 7; and it is further

**ORDERED** that Debtors are credited as paying $3080.76 from the net proceeds from the sale of their real property; and it is further

**ORDERED** that Roger Schlossberg, Chapter 7 Trustee, shall remit to the Debtors $3,080.76 and mail same payable tot he Debtors to:  The Law Office of David Cahn, LLC, 129 W. Patrick St., Suite 10, Frederick, Maryland 21701 to be returned to the Debtors; and it is further

**ORDERED** that the distribution to the Internal Revenue Service and Comptroller shall be reduced by the sum that they received from the Chapter 13 post conversion of the case to one under chapter 7.

**IT IS SO ORDERED.**

**SEEN AND AGREED:**

*/s/ Roger Schlossberg*  
Roger Schlossberg  
Schlossberg | Mastro  
P.O. Box 2067  
Hagerstown, MD 21742  
Tel: (301) 739-8610  
rschlossberg@schlosslaw.com  
*Chapter 7 Trustee*

*/s/ Timothy P. Branigan*  
Timothy P. Branigan  
Chapter 13 Trustee  
9891 Broken Land Parkway, #301  
Columbia, MD  21046  
Tel: (410) 290-9120  
*Chapter 13 Trustee*

- 3 of 3 -

*/s/ David Erwin Cahn*_____
David Erwin Cahn
Law Office of David Cahn, LLC
129 West Patrick Street, Suite 10
Frederick, MD 21701
Tel: (301) 799-8072
david@cahnlawoffice.com
*Counsel for Debtors*

    I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                                        /s/ David E. Cahn_____
                                        David E. Cahn

**END OF ORDER**

Copies to:

Debtors
Debtors' Counsel
Chapter 7 Trustee
Interested Parties