```
Label Matrix for local noticing        Affirm, Inc.                            American Express
0416-0                                  650 California St., Fl. 12              P.O. Box 981537
Case 24-15386                           San Francisco, CA 94108-2716            El Paso, TX 79998-1537
District of Maryland
Greenbelt
Wed Oct 16 09:43:34 EDT 2024

American Express National Bank          Bank of America                         Bank of America
c/o Becket and Lee LLP                  4060 Ogletown/Stanton Rd.               P.O. Box 15284
PO Box 3001                             Newark, DE 19713                        Wilmington, DE 19850-5284
Malvern  PA 19355-0701

Bank of America, N.A.                   Bank of Missouri                        Timothy P. Branigan
PO Box 673033                           P.O. Box 4488                           9891 Broken Land Parkway
Dallas, TX 75267-3033                   Beaverton, OR 97076-4402                Suite 301
                                                                                Columbia, MD 21046-3002

David Erwin Cahn                        Capital One Bank (USA), NA              Capital One, N.A.
Law Office of David Cahn, LLC           4851 Cox Rd.                            4515 N Santa Fe Ave
129-10 W. Patrick St., 2nd Fl.          Glen Allen, VA 23060-6293               Oklahoma City, OK 73118-7901
Frederick, MD 21701

Capital Women's Care                    (p)JPMORGAN CHASE BANK  N A             Citibank
PO Box 791208                           BANKRUPTCY MAIL INTAKE TEAM             P.O. Box 9001037
Baltimore, MD 21279-1208                700 KANSAS LANE FLOOR 01                Louisville, KY 40290-1037
                                        MONROE LA 71203-4774

Citibank N.A.                           Comenity Bank                           (p)COMPTROLLER OF MARYLAND
Citibank, N.A.                          PO Box 182273                           BANKRUPTCY UNIT
5800 S Corporate Pl                     Columbus, OH 43218-2273                 7 ST PAUL STREET SUITE 230
Sioux Falls, SD  57108-5027                                                     BALTIMORE MD 21202-1626

Credit One Bank                         Cynthia J. Moorman, MD, PA              Discover
PO Box 60500                            Attn # 26323R, PO Box 14000             PO Box 71084
City Of Industry, CA 91716-0500         Belfast, ME 04915-4033                  Charlotte, NC 28272-1084

Discover Bank                           FB&T                                    Family Dental Associates
PO Box 3025                             101 Crossways Park Dr. W                504B W. Patrick St.
New Albany, OH  43054-3025              Woodbury, NY 11797-2020                 Frederick, MD 21701-4049

Frederick Memorial Health               Frederick Pathology Consultatns, P.A.   Freedom Mortgage
400 W 7th St.                           PO Box 43130                            PO Box 619063
Frederick, MD 21701-4593                Nottingham, MD 21236-0130               Dallas, TX 75261-9063

Freedom Mortgage / Attn: Bankruptcy Departme   Freedom Mortgage Corporation     Freedom Mortgage Corporation
11988 Exit 5 Pkwy., Bldg. 4             11988 Exit 5 Pkwy                       Brock and Scott, PLLC
Fishers, IN 46037-7939                  Bldg 4                                  Attorneys at Law
                                        Fishers, IN 46037-7939                  3825 Forrestgate Dr.
                                                                                 Winston-Salem, NC 27103-2930
```

GS Bank USA
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-0001

Hyundai Capital America DBA Hyundai Motor Fi
P.O. Box 20809
Fountain Valley, CA 92728-0809

Hyundai Motor Finance
Po Box 650805
Dallas, TX 75265-0805

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)JOHNS HOPKINS HEALTH SYSTEM
3910 KESWICK ROAD
SUITE 3300
BALTIMORE MD 21211-2226

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Hilery Marie Leatherman
4487 Tulip Tree Lane
Middletown, MD 21769-7612

Thomas Edward Leatherman II
4487 Tulip Tree Lane
Middletown, MD 21769-7612

Maryland State Fair
PO Box 188
2200 York Rd.
Lutherville Timonium, MD 21093-3120

Middletown Valley Bank
PO Box 75
Middletown, MD 21769-0075

Middletown Valley Bank
24 W. Main Street
PO Box 75
Middletown, MD 21769-0075

Middletown Valley Bank
498 N. Potomac Street
Hagerstown, MD 21740-3865

Middletown Valley Bank
Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Middletown Valley Family Medicine, P.A.
Attn # 31681C, PO Box 14000
Belfast, ME 04915

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Patriot Federal Credit Union
800 Wayne Ave., PO Box 778
Chambersburg, PA 17201-0778

Quest Diagnostics
PO Box 825
South Windsor, CT 06074-0825

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ryan Srnik
Brock and Scott, PLLC
3825 Forrestgate Dr.
Suite 150
Winston-Salem, NC 27103-2930

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Synchrony Bank
170 West Election Road, Ste. 125
Draper, UT 84020-6425

Treasurer of
Frederick County
30 North Market Street
Frederick, MD  21701-5420

USAA Savings Bank
PO Box 33009
San Antonio, TX 78265-3009

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Verizon
500 Technology Drive
Suite 550
Weldon Springs, MO 63304-2225

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Wiener and Daniels, DPM, PA
20 Crossrads Dr., Ste. 14-15
Owings Mills, MD 21117-5419

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>PO Box 36520<br>Louisville, KY 40233 | Comptroller of Maryland<br>110 Carroll St.<br>Annapolis, MD 21411 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Johns Hopkins Health System<br>Po Box 417714<br>Boston, MA 02241 | (d)Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street, Suite 230<br>Baltimore, MD 21202 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients   58<br>Bypassed recipients    0<br>Total                 58 | |