IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILERY MARIE LEATHERMAN | ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | |

## DEBTORS' APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE AGENT CHRISTINE ISSLER AND CHARIS REALTY GROUP

NOW COMES Debtors, Hilery Marie Latherman and Thomas Edward Leatherman, II, by and through their undersigned counsel and pursuant to 11 U.S.C. §§ 327(a) and 330 and Federal Rules of Bankruptcy Procedure Rule 2014(a), submit this application (hereinafter the "**Application**") to employ Christine Issler and Charis Realty Group (hereinafter collectively "**Realtor**"), and in support states:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

2. On June 26 2024, the Debtors filed a voluntary petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

3. The Debtors declared on Schedule A/B that they own real property located at 4487 Tulip Tree Lane, Middletown, Maryland 21679 ("**Tulip Tree Lane**") held as tenancy by the entities.

4. Debtors seek to employ Realtor, a real estate agent and broker, respectively, for the purpose of selling Tulip Tree Lane.

5. Realtor's office is located at 241 E 4th Street, Suite 205, Frederick, Maryland 21701.

6. Realtor is not being retained at this time to provide expert testimony or opinions, although Debtors are not waiving any right to retain Realtor in the future as an expert witness.

7. Debtors seek authority to employ Realtor as of the date of the filing of this application.

8. The Tulip Tree Lane property is solely owned by the Debtors. Tulip Tree Lane is a single family residential dwelling. Debtors wish to sell Tulip Tree Lane for the purpose of ensuring successful completion of the Plan as the proceeds from the sale are going to satisfy all secured claims and will be the vast majority of the confirmed Plan funding. Debtors selected Realtor because they are established and specialize in real property similar to the Debtors' and are familiar with real property prices and sales of the kind owned by the Debtors.

9. Debtors desire to employ Realtor to provide the above described services for a commision of no more than six percent (6%) of the sales price and an additional $550.00. All funds are to be paid upon the successful sale of Tulip Tree Lane.

10. To the best of Debtors' knowledge, Realtor has no connection with the creditors or any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than as may be outlined in the attached Declaration.

11. To the best of Debtors' knowledge, Realtor represents no interest adverse to the Debtors or the estate in matters upon which it is to be engaged for Debtors, and its employment would be in the best interest of the estate.

12. Realtor does not have any agreements or arrangements with any third parties for the payment of any fees herein.

13. Attached hereto as **Exhibit A** in support of this Application, pursuant to Federal Rule of Bankruptcy Procedure 2014(a), is the Declaration of Christine Issler.

WHEREFORE, the Debtors request that this Honorable Court authorize the employment of Christine Issler and Charis Realty Group on the terms set forth herein to render the brokerage services as described above, with compensation and any incurred reimbursement of expenses to be paid upon the completion of the services in such amounts as set forth herein or as this Honorable Court may hereafter determine and allow, pursuant to the provisions of 11 U.S.C. § 330; and for such other and further relief deemed just and proper.

Dated:  July  8, 2025                                  Respectfully submitted,

/s/ David E. Cahn
David E. Cahn, Bar No. 18279
Law Office of David Cahn, LLC
129 West Patrick Street, Suite 10
Frederick, MD  21701
Ph: (301) 799-8072/F: (877) 862-5426
cahnd@cahnlawoffice.com
*Attorney for Debtors*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this November 17, 2025, a copy of the Application to Employ, Affidavit, and Proposed Order was served electronically via the CM/ECF system to:

- Timothy P. Branigan     cmecf@chapter13maryland.com
- Christine Maggard     christine.maggard@brockandscott.com, wbecf@brockandscott.com
- Andrew Leonard Spivack     andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik     ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

and via first-class United States Postal Service, postage prepaid, to the United States Trustee and the parties listed on the following Matrix.

                                                    /s/ David E. Cahn_____
                                                    David E. Cahn