# Christy Issler

O: 301-831-5099 x101 M: 240-285-6497

## Christy Sells Homes, Not Houses

Christy is the Co-Owner and Principal Broker of Charis Realty Group headquartered in Frederick, Maryland and providing exceptional real estate services to Maryland, West Virginia, Virginia, Delaware, and Pennsylvania. She lived all of her young life in Mount Airy until attending Grove City College in Pennsylvania to earn her Bachelors in Business Communication. She now loves living in Urbana and being a part of the vibrant Frederick County community. Since earning her real estate license in 2003, Christy wholly fell in love with the opportunities the industry provides to help people through some of the most significant changes of their lives. Whether it's helping a family downsize, or a couple moving in together, you'll find that Real Estate plays a large role in almost every transitional time in a person's life. These transactions are inherently some of the most stressful that a person can endure and having appropriate assistance can virtually eliminate that stress and create joy. The desire to help people at the highest possible level of skill and grace inspired the beginning of Charis Realty Group in 2013, as a need for a practical resource to the community based in passionate professionalism and a genuine investment in their best interest became evident. Christy strives, first and foremost, to use her expertise in the industry, commitment to her community, and passion for people to actualize the safest and most seamless experience possible.

When not on the road with a lockbox in hand, or in the office assisting agents and facilitating operations, Christy enjoys spending time with her husband of 18 years, Jonathan, and their two boys Kyle (15) and Zachary (12). They're rarely seen without their very rambunctious American Staffordshire Terrier, Finn (formally FN2187 for you Star Wars fans). The boys attend local public and private schools and they are active members of Damascus Road Community Church as well as Tristar Martial Arts and LOUYAA sports.

No matter what chapter of life you're facing, Christy has helped someone with something similar. She and Thomas are ready to help and to make this transition a graceful one.