United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-15386-MCR
Hilery Marie Leatherman  Chapter 7
Thomas Edward Leatherman, II
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 19, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hilery Marie Leatherman, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: cmecf@chapter13maryland.com | Nov 19 2025 19:26:00 | Timothy P. Branigan, Chapter 13 Trustee, 9891 Broken Land Parkway, #301, Columbia, MD 21046-3002 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Roger Schlossberg
trustee@schlosslaw.com MD20@ecfcbis.com

Ryan Srnik
rsrnik@lojto.com wbecf@brockandscott.com

TOTAL: 6

Entered: November 19th, 2025
Signed: November 18th, 2025

**SO ORDERED**

Notwithstanding the establishment of a response deadline in the Bankruptcy Code, the Federal Bankruptcy Rules, or the Local Bankruptcy Rules, in its discretion, the Court grants this motion prior to the response deadline because the Court has determined that responses would not aid in the decisional process and the circumstances of the case warrant expedient consideration of the motion. Md. L. Bankr. R. 9013-1(c).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| In re: | ) |
| | ) |
| HILERY MARIE LEATHERMAN | ) Case No: 24-15386 |
| THOMAS EDWARD LEATHERMAN, II | ) Chapter 7 |
| | ) |
| Debtors | ) |
| _____ | ) |

### ORDER GRANTING MOTION TO TURNOVER FUNDS

UPON CONSIDERATION of the Debtors' Motion to Turnover Funds;

IT APPEARING that $3,080.76 was erroneously remitted to the Internal Revenue Service and Comptroller of Maryland post-conversion of the case to a case under chapter 7 of the United States Bankruptcy Code; and

IT APPEARING that Roger Schlossberg, Chapter 7 Trustee, is holding funds for the benefit of the Debtors' estate in excess of $3,080.76 in his Chapter 7 Trustee's Estate Account; and

IT APPEARING that the most prudent way to resolve this matter is for Roger Schlossberg, Chapter 7 Trustee, to refund the Debtors $3,080.76 rather than for the previously appointed Chapter 13 Trustee attempt to obtain said funds from the Internal Revenue Service and the Comptroller of Maryland; and

IT APPEARING that the Debtors are due a refund from Bankruptcy Estate; it is by the United States Bankruptcy Court for the District of Maryland hereby

**ORDERED** that the Debtors' Motion to Turnover funds is GRANTED; and it is further

**ORDERED** that the Internal Revenue Service and Comptroller of Maryland retain the funds that they received from the Bankruptcy Estate post-conversion to a case under chapter 7; and it is further

**ORDERED** that Debtors are credited as paying $3080.76 from the net proceeds from the sale of their real property; and it is further

**ORDERED** that Roger Schlossberg, Chapter 7 Trustee, shall remit to the Debtors $3,080.76 and mail same payable tot he Debtors to:  The Law Office of David Cahn, LLC, 129 W. Patrick St., Suite 10, Frederick, Maryland 21701 to be returned to the Debtors; and it is further

**ORDERED** that the distribution to the Internal Revenue Service and Comptroller shall be reduced by the sum that they received from the Chapter 13 post conversion of the case to one under chapter 7.

**IT IS SO ORDERED.**


**SEEN AND AGREED:**

| | |
|---|---|
| */s/ Roger Schlossberg* | */s/ Timothy P. Branigan* |
| Roger Schlossberg | Timothy P. Branigan |
| Schlossberg \| Mastro | Chapter 13 Trustee |
| P.O. Box 2067 | 9891 Broken Land Parkway, #301 |
| Hagerstown, MD 21742 | Columbia, MD  21046 |
| Tel: (301) 739-8610 | Tel: (410) 290-9120 |
| rschlossberg@schlosslaw.com | *Chapter 13 Trustee* |
| *Chapter 7 Trustee* | |

*/s/ David Erwin Cahn*_____
David Erwin Cahn
Law Office of David Cahn, LLC
129 West Patrick Street, Suite 10
Frederick, MD 21701
Tel: (301) 799-8072
david@cahnlawoffice.com
*Counsel for Debtors*

     I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                               /s/ David E. Cahn_____
                               David E. Cahn

**END OF ORDER**

Copies to:

Debtors
Debtors' Counsel
Chapter 7 Trustee
Interested Parties