IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILERY MARIE LEATHERMAN | ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | |

### SECOND AFFIDAVIT PURSUANT TO F.R. Bankr. P. 2014(a)

I, Christine Issler, do hereby depose and swear under the penalties of perjury that the following matters are true and correct:

1. My name is Christine Issler. I am a licensed Agent and Principal Broker of Charis Realty Group ("**Realtor**"). A true and correct copy of my bio is attached hereto and incorporated herein by reference for all purposes.

2. Realtor's office is located at 241 E 4th Street, Suite 205, Frederick, Maryland 21701.

3. Hilery Marie Leatherman and Thomas Edward Leatherman, II, Debtors, seek to employ Realtor to provide professional real estate brokerage services. Specifically, Debtors are asking Realtor to prepare, stage, and sell certain real estate and improvements owned by Debtors located at 4487 Tulip Tree Lane, Middletown, Maryland 21679.

4. Realtor is well qualified to provide such services, and is willing to accept employment on the basis set forth in the Application to Employ, to which this Declaration is attached.

5. I have reviewed a list of all creditors and parties in interest in this bankruptcy case. Realtor has no connection with the creditors, or other party in interest herein, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

6. Debtor Hilery Leatherman is a 1099 real estate agent employee of the Applicant's Charis Realty Group. Debtor Thomas Leatherman used to be a 1099 real estate agent employee of the Applicant's Charis Realty Group, however, has not worked for the Applicant in approximately four (4) years.

7. Realtor does not have claims against the Debtor's Estate. Realtor represents no interest adverse to the Debtors or Debtors' Estate in the matters upon which Realtor is to be engaged.

8. During the period of employment as real estate broker for the Debtor, Realtor will not hold interest adverse to the interests of the Debtors.

9. Realtor has not received any retainer or payment from the Debtors or any third parties for the proposed services.  In addition, Realtor has requested fees for services rendered in the amount of no more than six percent (6%) of the sales price upon the successful sale of the above-mentioned real property for themselves and $550.00.

10. Realtor does not have agreements or arrangements with third parties for the payment of any fees herein.

11. I will personally be responsible for providing the professional services sought by Debtors.  Administrative and secretarial work related to the professional services will be done by office staff.

12. Pursuant to and in accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 23, 2025            /s/Christine Issler_____
                                     Christine Issler, Agent and Principal Broker
                                     Charis Realty Group