# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: ) | |
| ) | |
| HILERY MARIE LEATHERMAN ) | Case No. 24-15386-MCR |
| THOMAS EDWARD LEATHERMAN II ) | Chapter 13 |
| ) | |
| Debtors ) | |
| _____) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 23, 2025, a copy of the Second Affidavit was served electronically via the CM/ECF system to:

- Christine Maggard    christine.maggard@brockandscott.com, wbecf@brockandscott.com
- Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
- Andrew Leonard Spivack    andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik    rsrnik@lojto.com, postlegal@johnorcutt.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

and that the Application to Employ, Second Affidavit, and Proposed Order was served via the United States Postal Service with prepaid firstclass postage, to:

US Trustee
6305 Ivy Ln # 600
Greenbelt, MD 20770

Respectfully submitted,

/s/ David E. Cahn
David E. Cahn, Bar No. 18279
Law Office of David Cahn, LLC
129 W. Patrick Street, Suite 10
Frederick, MD 21701
Tel: (301) 799-8072/Fax: (877) 862-5426
Email: cahnd@cahnlawoffice.com
*Counsel for the Debtors*