United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 24-15386-MCR

Hilery Marie Leatherman                                                 Chapter 7

Thomas Edward Leatherman, II
　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                     Page 1 of 4

Date Rcvd: Jan 09, 2026                  Form ID: pdfall                              Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| r | + | Christine Issler, c/o Charis Realty Group, 241 E 4th Street, Suite 205, Frederick, MD 21701-3612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 09 2026 19:33:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jan 09 2026 19:34:00 | Office of the UST, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770-6305 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 09 2026 19:37:08 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 19:36:55 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 19:37:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 09 2026 19:32:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 09 2026 19:32:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 09 2026 19:32:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 09 2026 19:34:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR |

| | | | |
|---|---|---|---|
| | | | 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | |
| | | Jan 09 2026 19:32:00 | Comptroller of Maryland, 110 Carroll St., Annapolis, MD 21411 |
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | |
| | | Jan 09 2026 19:32:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jan 09 2026 19:37:05 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jan 09 2026 19:37:08 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580235 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jan 09 2026 19:36:53 | Chase Bank, PO Box 36520, Louisville, KY 40233-6520 |
| 32580236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jan 09 2026 20:17:21 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jan 09 2026 19:59:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jan 09 2026 19:33:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Jan 09 2026 19:36:56 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + | Email/Text: mrdiscen@discover.com | |
| | | Jan 09 2026 19:33:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | | Email/Text: mrdiscen@discover.com | |
| | | Jan 09 2026 19:33:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jan 09 2026 19:33:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jan 09 2026 19:33:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Jan 09 2026 19:33:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | |
| | | Jan 09 2026 19:34:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | |
| | | Jan 09 2026 19:34:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jan 09 2026 19:33:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jan 09 2026 19:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | | Email/Text: bankruptcy@jh.edu | |
| | | Jan 09 2026 19:33:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32626950 | + | Email/Text: RASEBN@raslg.com | |
| | | Jan 09 2026 19:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid., Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 09 2026 19:36:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jan 09 2026 19:37:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + | Email/Text: bankruptcy@patriotfcu.org | |
| | | Jan 09 2026 19:34:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |

| 33015290 | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2026 19:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 32580255 | ^ MEBN | Jan 09 2026 19:31:33 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 19:37:03 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32580671 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jan 09 2026 19:34:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2026 19:37:05 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 | Email/Text: treasuryquestions@frederickcountymd.gov | Jan 09 2026 19:33:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + Email/Text: bkelectronicnotices@usaa.com | Jan 09 2026 19:32:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + Email/PDF: ebn_ais@aisinfo.com | Jan 09 2026 19:37:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 09 2026 19:32:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026                        Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |

District/off: 0416-0                        User: admin                                    Page 4 of 4
Date Rcvd: Jan 09, 2026                     Form ID: pdfall                                Total Noticed: 57

David Erwin Cahn
                         david@cahnlawoffice.com  4200@notices.nextchapterbk.com

Maurice Belmont VerStandig
                         mac@mbvesq.com
                         lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                         ndiglaw@recap.email

Roger Schlossberg
                         trustee@schlosslaw.com  MD20@ecfcbis.com

Ryan Srnik
                         rsrnik@lojto.com  postlegal@johnorcutt.com


TOTAL: 6

Entered: January 9th, 2026
Signed: January 8th, 2026

**SO ORDERED**

No opposition filed.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:

Hilery Marie Leatherman                    Case No. 24-15386-MCR
Thomas Edward Leatherman II                Chapter 13

        Debtor

_____

### ORDER APPROVING EMPLOYMENT OF PROFESSIONAL

UPON THE APPLICATION of Hilery Marie Leatherman and Thomas Edward

Leatherman, II, the Debtors, requesting approval of its employment of Christine Issler as real

estate agent/broker and Charis Realty Group as broker, and any hearing thereon, cause having

being shown and proper notice having been given, it is, by the United States Bankruptcy Court

for the District of Maryland,

        **ORDERED**, that the Application be and is hereby GRANTED; and it is further

        **ORDERED**, that the employment of Christine Issler and Charis Realty Group to render

professional services in relation to the case be and is hereby APPROVED.

cc:    Debtors
        Debtors' Counsel
        Chapter 13 Trustee
        Office of the U.S. Trustee
        Interested Parties

**End of Order**