Certificate Number: 13861-MD-DE-040504117

Bankruptcy Case Number: 24-15386



13861-MD-DE-040504117

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2026, at 12:31 o'clock PM PST, Hilery M Leatherman completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   January 13, 2026                         By:    /s/Andrea Gonzalez

                                                                         Name:  Andrea Gonzalez

                                                                         Title:   Counselor