United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-15386-MCR
Hilery Marie Leatherman  Chapter 7
Thomas Edward Leatherman, II
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 4
Date Rcvd: Jan 14, 2026      Form ID: 318      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hilery Marie Leatherman, Thomas Edward Leatherman, II, 4487 Tulip Tree Lane, Middletown, MD 21769-7612 |
| r | + | Christine Issler, c/o Charis Realty Group, 241 E 4th Street, Suite 205, Frederick, MD 21701-3612 |
| cr | + | Middletown Valley Bank, PO Box 75, Middletown, MD 21769-0075 |
| 32580234 | + | Capital Women's Care, PO Box 791208, Baltimore, MD 21279-1208 |
| 32580240 | + | Cynthia J. Moorman, MD, PA, Attn # 26323R, PO Box 14000, Belfast, ME 04915-4033 |
| 32580243 | + | FB&T, 101 Crossways Park Dr. W, Woodbury, NY 11797-2020 |
| 32580242 | + | Family Dental Associates, 504B W. Patrick St., Frederick, MD 21701-4049 |
| 32580244 | + | Frederick Memorial Health, 400 W 7th St., Frederick, MD 21701-4593 |
| 32580245 | + | Frederick Pathology Consultatns, P.A., PO Box 43130, Nottingham, MD 21236-0130 |
| 32589041 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 32580251 | + | Maryland State Fair, PO Box 188, 2200 York Rd., Lutherville Timonium, MD 21093-3120 |
| 32580252 | + | Middletown Valley Bank, 24 W. Main Street, PO Box 75, Middletown, MD 21769-0075 |
| 32641610 | + | Middletown Valley Bank, Maurice B. VerStandig, Esq., 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32581845 | + | Middletown Valley Bank, 498 N. Potomac Street, Hagerstown, MD 21740-3865 |
| 32580253 | | Middletown Valley Family Medicine, P.A., Attn # 31681C, PO Box 14000, Belfast, ME 04915 |
| 32580259 | + | Wiener and Daniels, DPM, PA, 20 Crossrads Dr., Ste. 14-15, Owings Mills, MD 21117-5419 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 14 2026 19:49:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 32580228 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2026 19:53:24 | Affirm, Inc., 650 California St., Fl. 12, San Francisco, CA 94108-2716 |
| 32580229 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 19:53:07 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 32611204 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 19:53:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32580231 | + | EDI: BANKAMER | Jan 15 2026 00:36:00 | Bank of America, P.O. Box 15284, Wilmington, DE 19850-5284 |
| 32580230 | | EDI: BANKAMER | Jan 15 2026 00:36:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 32638332 | | EDI: BANKAMER | Jan 15 2026 00:36:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32580232 | + | EDI: PHINGENESIS | Jan 15 2026 00:36:00 | Bank of Missouri, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 32580238 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 14 2026 19:48:00 | Comptroller of Maryland, 110 Carroll St., |

| District/off: 0416-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 318 | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 32580672 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 14 2026 19:48:00 | Annapolis, MD 21411<br>Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32580233 | + | EDI: CAPITALONE.COM | Jan 15 2026 00:36:00 | Capital One Bank (USA), NA, 4851 Cox Rd., Glen Allen, VA 23060-6293 |
| 32609334 | + | EDI: AIS.COM | Jan 15 2026 00:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580235 | + | EDI: JPMORGANCHASE | Jan 15 2026 00:36:00 | Chase Bank, PO Box 36520, Louisville, KY 40233-6520 |
| 32580236 | + | EDI: CITICORP | Jan 15 2026 00:36:00 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 32623619 | | EDI: CITICORP | Jan 15 2026 00:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 32580237 | + | EDI: WFNNB.COM | Jan 15 2026 00:36:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 32580239 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 19:53:07 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 32580241 | + | EDI: DISCOVER | Jan 15 2026 00:36:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32586022 | | EDI: DISCOVER | Jan 15 2026 00:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 32580246 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 14 2026 19:49:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 32639843 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 14 2026 19:49:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 32580247 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 14 2026 19:49:00 | GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32620927 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 14 2026 19:50:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 32580248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 14 2026 19:50:00 | Hyundai Motor Finance, Po Box 650805, Dallas, TX 75265-0805 |
| 32580249 | + | EDI: IRS.COM | Jan 15 2026 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32617663 | | EDI: JEFFERSONCAP.COM | Jan 15 2026 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32580250 | | Email/Text: bankruptcy@jh.edu | Jan 14 2026 19:49:00 | Johns Hopkins Health System, Po Box 417714, Boston, MA 02241 |
| 32626950 | + | Email/Text: RASEBN@raslg.com | Jan 14 2026 19:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32634613 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 19:53:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32635604 | | EDI: PRA.COM | Jan 15 2026 00:36:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32580254 | + | Email/Text: bankruptcy@patriotfcu.org | Jan 14 2026 19:49:00 | Patriot Federal Credit Union, 800 Wayne Ave., PO Box 778, Chambersburg, PA 17201-0778 |
| 33015290 | | EDI: Q3G.COM | Jan 15 2026 00:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

Case 24-15386  Doc 70  Filed 01/16/26  Page 3 of 6

| District/off: 0416-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 318 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 32580255 | ^ | MEBN | Jan 14 2026 19:44:22 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 32616090 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 19:53:09 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32580671 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jan 14 2026 19:50:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32580256 | + | EDI: SYNC | Jan 15 2026 00:36:00 | Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 32580670 | | Email/Text: treasuryquestions@frederickcountymd.gov | Jan 14 2026 19:49:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32580257 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 14 2026 19:48:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 32629119 | + | EDI: AIS.COM | Jan 15 2026 00:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32580258 | + | EDI: VERIZONCOMB.COM | Jan 15 2026 00:36:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32656460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2026          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |

District/off: 0416-0 | User: admin | Page 4 of 4
Date Rcvd: Jan 14, 2026 | Form ID: 318 | Total Noticed: 56

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Roger Schlossberg
trustee@schlosslaw.com  MD20@ecfcbis.com

Ryan Srnik
rsrnik@lojto.com  postlegal@johnorcutt.com

TOTAL: 6

Entered: January 14, 2026
Signed:  January 14, 2026

**SO ORDERED**



```
MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Hilery Marie Leatherman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8763** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Thomas Edward Leatherman II** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2196** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:   **24–15386 MCR**   Chapter:   **7** | | |

### Order of Discharge                                                                                                      12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Hilery Marie Leatherman                                        Thomas Edward Leatherman II

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**